WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
James S. Richter
Melissa Steedle Bogad

*Attorneys for Defendants Amneal Pharmaceuticals LLC,*
*Amneal Pharmaceuticals of New York, LLC,*
*Dr. Reddy's Laboratories, Inc.,*
*Dr. Reddy's Laboratories, Ltd.,*
*Sun Pharmaceuticals Industries, Ltd.,*
*Sun Pharmaceuticals Industries,*
*West-Ward Pharmaceuticals Corp.,*
*and Hikma Pharmaceuticals, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BTG INTERNATIONAL LIMITED, et al., | : | Honorable Kevin McNulty, U.S.D.J. |
| Plaintiffs, | : | Civil Action No. 15 CV 5909 (KM) (JBC) |
| v. | : | |
| AMNEAL PHARMACEUTICALS LLC, et al., | : | **CERTAIN DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** |
| Defendants. | : | |
| | : | **Oral Argument Requested** |
| | : | **Return date: January 2, 2018** |
| BTG INTERNATIONAL LIMITED, et al., | : | Honorable Kevin McNulty, U.S.D.J. |
| Plaintiffs, | : | Civil Action No. 16 CV 2449 (KM) (JBC) |
| v. | : | |
| AMERIGEN PHARMACEUTICALS, INC., and AMERIGEN PHARMACEUTICALS LTD., | : | |
| Defendants. | : | |

TO:     ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, on January 2, 2018, the undersigned attorneys for Defendants Amerigen Pharmaceuticals Limited, Amerigen Pharmaceuticals, Inc. ("Amerigen"); Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC ("Amneal"); Apotex Corp, Apotex Inc. ("Apotex"); Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Ltd. ("DRL"); Sun Pharmaceuticals Industries, Ltd., Sun Pharmaceuticals Industries, Inc. ("Sun"); Mylan Pharmaceuticals Inc., Mylan Inc. ("Mylan"); Teva Pharmaceuticals USA, Inc. ("Teva"); West-Ward Pharmaceuticals Corp. and Hikma Pharmaceuticals, LLC ("West-Ward") (collectively, "SJ Defendants") will move before the Honorable Kevin McNulty, U.S.D.J., at the United States District Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order granting SJ Defendants' Motion for Summary Judgment of Noninfringement.

**PLEASE TAKE FURTHER NOTICE** that SJ Defendants rely upon the Memorandum of Law, Local Rule 56.1 Statement of Material Facts Not in Dispute, Declaration of James S. Richter, and all exhibits attached thereto, which are submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that SJ Defendants respectfully request oral argument.

Dated: November 3, 2017

s/ Ryan P. Blaney
Ryan P. Blaney (RB4984)
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
Telephone: 202-912-4800
Facsimile: 202-861-1905
E-mail:  rblaney@cozen.com

s/ James S. Richter
James S. Richter
Melissa Steedle Bogad
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jrichter@winston.com
mbogad@winston.com

Barry P. Golob
Aaron S. Lukas
Keri Schaubert
COZEN O'CONNOR
1200 Nineteenth Street, N.W.
Washington, DC  20036
Tel: (202) 912-4800
Fax: (202) 861-1905
E-mail: bgolob@cozen.com
      alukas@cozen.com
      kschaubert@cozen.com

*Attorneys for Defendants*
*Apotex Corp. and Apotex Inc.*

s/ Arnold B. Calmann
Arnold B. Calmann (abc@saiber.com)
Jeffrey S. Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
SAIBER LLC
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-3349 (facsimile)

Shannon M. Bloodworth
(SBloodworth@perkinscoie.com)
Brandon M. White
(BMWhite@perkinscoie.com)
Robert D. Swanson
(RSwanson@perkinscoie.com)
Maria A. Stubbings
(MStubbings@perkinscoie.com)
PERKINS COIE LLP
700 Thirteenth Street N.W., Suite 600
Washington, D.C.  20005-3960
(202) 654-6200 (telephone)
(202) 654-9135 (facsimile)

Bryan D. Beel
(BBeel@perkinscoie.com)
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon  97209-4128

Of Counsel:

Charles B. Klein
Jovial Wong
WINSTON & STRAWN LLP
1700 K Street
Washington, DC 20006
Tel: (202) 282-5000
Fax: (202) 282-5100
cklein@winston.com
jwong@winston.com

Samuel S. Park
David W. Creasey
Ryan B. Hauer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
spark@winston.com
dcreasey@winston.com
rhauer@winston.com

*Attorneys for Defendants*
*Amneal Pharmaceuticals LLC, Amneal*
*Pharmaceuticals of New York, LLC,*
*Dr. Reddy's Laboratories, Inc., Dr.*
*Reddy's Laboratories, Ltd., Sun*
*Pharmaceuticals Industries, Ltd.,*
*Sun Pharmaceuticals Industries,*
*West-Ward Pharmaceuticals Corp.,*
*and Hikma Pharmaceuticals, LLC*

s/Michael E. Patunas
Michael E. Patunas
PATUNAS LAW LLC
24 Commerce Street
Suite 606
Newark, NJ 07102
Tel. (973) 396-8740
mpatunas@patunaslaw.com

3

(503) 727-2000 (telephone)
(503) 346-2116 (facsimile)

*Attorneys for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

/s/ Christopher Casieri
Christopher Casieri
MCNEELY, HARE & WAR LLP
12 Roszel Road, Suite C 104
Princeton, NJ 08540
(609) 731-3668
chris@miplaw.com
William D. Hare
MCNEELY, HARE & WAR LLP
5335 Wisconsin Ave, NW
Suite 440
Washington, DC 20015
(202) 640-1801
bill@miplaw.com

*Attorneys for Defendant Amerigen Pharmaceuticals, Inc. and Amerigen Pharmaceuticals Ltd.*

Of Counsel:

Charles B. Klein
Jovial Wong
WINSTON & STRAWN LLP
1700 K Street
Washington, DC 20006
Tel: (202) 282-5000
Fax: (202) 282-5100
cklein@winston.com
jwong@winston.com

Samuel S. Park
David W. Creasey
Ryan B. Hauer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
spark@winston.com
dcreasey@winston.com
rhauer@winston.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on November 3, 2017, copies of the foregoing Notice of Motion and supporting documents were electronically filed and served by notice of electronic filing upon all counsel of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

s/ James S. Richter  
James S. Richter  
jrichter@winston.com

Dated: November 3, 2017