

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

January 31, 2018

**VIA ECF**

The Honorable James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *BTG International Limited, et al. v. Amneal Pharmaceuticals. LLC, et al.*
    Civil Action No.: 15-05909 (KM) (JBC)

Dear Judge Clark:

This Firm, along with Sidley Austin LLP, represents Plaintiffs in the above-captioned matter. On behalf of the parties, we write to inform the Court that the parties have met and conferred and agreed to a brief proposed extension of deadlines concerning the submission of a proposed Final Pretrial Order, due to the complexity of the issues. The parties propose the following amended schedule:

| Deadline | Current | Proposed |
| --- | --- | --- |
| Parties to meet and confer as necessary to finalize the proposed Final Pretrial Order, attempt to narrow evidentiary issues | February 2, 2018 | February 14, 2018 |
| Parties to submit joint proposed Final Pretrial Order | February 12, 2018 | February 23, 2018 |

If this joint request meets with Your Honor's approval, we kindly ask that this letter be "SO ORDERED" and entered on the Court's docket. We thank the Court for its courtesies and consideration.

Respectfully,

*s/ Keith J. Miller*
Keith J. Miller

cc: All counsel of record (*via* ECF)