Donald A. Robinson
Keith J. Miller
Justin T. Quinn
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400 (Telephone)
(973) 466-2760 (Facsimile)

*Attorneys for Plaintiffs BTG International Ltd., Janssen Biotech, Inc., Janssen Oncology, Inc., and Janssen Research & Development, LLC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BTG INTERNATIONAL LIMITED, et al. | Honorable Kevin McNulty, U.S.D.J. |
| Plaintiffs, | Civil Action No.: 2:15-cv-5909 (KM) (JBC) |
| v. | **Oral Argument Requested** |
| | Return Date: March 5, 2018 |
| AMNEAL PHARMACEUTICALS LLC, et al. | |
| Defendants. | |
| BTG INTERNATIONAL LIMITED, et al., | |
| Plaintiffs, | Honorable Kevin McNulty, U.S.D.J. |
| v. | Civil Action No.: 2:16-cv-2449 (KM) (JBC) |
| AMERIGEN PHARMACEUTICALS, INC., and AMERIGEN PHARMACEUTICALS LTD., | |
| Defendants. | |

**NOTICE OF PLAINTIFFS' MOTION *IN LIMINE* PURSUANT TO 35 U.S.C. § 315(e)(2) TO PRECLUDE PRIOR ART-BASED INVALIDITY DEFENSES**

**TO:** ALL COUNSEL OF RECORD

     **PLEASE TAKE NOTICE** that, on March 5, 2018, or as soon thereafter as the Court deems appropriate, Plaintiffs Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and BTG International Ltd. shall move before the Honorable Kevin McNulty, at the Marin Luther King, Jr. Federal Building and Courthouse in Newark, New Jersey, for an Order granting their Motion *in Limine* Pursuant to 35 U.S.C. § 315(e)(2) to Preclude Prior Art-Based Invalidity Defenses, which seeks to preclude Defendants Amerigen Pharmaceuticals Ltd., Amerigen Pharmaceuticals Inc. ("Amerigen"); Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC ("Amneal"); Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Ltd. ("DRL"); Mylan Pharmaceuticals Inc., Mylan Inc. ("Mylan"); Teva Pharmaceuticals USA, Inc. ("Teva"); West-Ward Pharmaceuticals Corp., Hikma Pharmaceuticals, LLC ("West-Ward"); Wockhardt Bio AG, Wockhardt USA, LLC, and Wockhardt Ltd. ("Wockhardt") (collectively, "Defendants") from presenting prior art-based invalidity defenses at trial pursuant to 35 U.S.C. § 315(e)(2).

     **PLEASE TAKE FURTHER NOTICE** that in support of their motion, Plaintiffs will rely on the accompanying Brief, the Declaration of Andrew T. Langford and exhibits thereto, which are submitted herewith; and Plaintiffs' reply papers, if any.  A proposed form of Order has been submitted simultaneously with this motion.

     **PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  February 7, 2018    Respectfully submitted,

s/ Keith J. Miller
Keith J. Miller (kmiller@rwmlegal.com)
Donald A. Robinson (drobinson@rwmlegal.com)
Justin T. Quinn (jquinn@rwmlegal.com)
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400 (Telephone)
(973) 466-2760 (Facsimile)

*Attorneys for Plaintiffs BTG International Ltd., Janssen Biotech, Inc.,  Janssen Oncology, Inc. and Janssen Research & Development, LLC*

*Of Counsel:*

*Attorneys for Plaintiffs Janssen Biotech, Inc., Janssen Oncology, Inc. and Janssen Research & Development, LLC*

David T. Pritikin (dpritikin@sidley.com)
**SIDLEY AUSTIN LLP**
1. S. Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Bindu Donovan (bdonovan@sidley.com)
Todd L. Krause (tkrause@sidley.com)
S. Isaac Olson (iolson@sidley.com)
Alyssa B. Monsen (amonsen@sidley.com)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

Andrew Langford (alangford@sidley.com)
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue

*Attorneys for Plaintiff BTG International Ltd.*

Anthony C. Tridico (anthony.tridico@finnegan.com)
Jennifer H. Roscetti (jennifer.roscetti@finnegan.com)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington D.C.  20001
Tel:  (202) 408-4000
Fax:  (202) 408-4400

Suite 2000
Dallas, TX 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2018, copies of the foregoing Notice of Motion and supporting documents were served by electronic mail upon all counsel of record.

Dated: February 7, 2018                              s/ Keith J. Miller
                                                                   Keith J. Miller

4