1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY
2      _____
       BTG INTERNATIONAL LIMITED, et al.,      Civil Action Number:
3                                              2:15-cv-5909-KM-JBC
            Plaintiffs,
4      -v-
                                               **TRANSCRIPT OF**
5      AMNEAL PHARMACEUTICALS LLC, et al.,     **TRIAL PROCEEDINGS**

6           Defendants.                        **VOLUME III**
       _____        **Pages 494 - 750**
7      BTG INTERNATIONAL LIMITED, et al.,

8           Plaintiffs,                        Civil Action Number:
       -v-                                     2:16-cv-2449-KM-JBC
9
       AMERIGEN PHARMACEUTICALS, INC.,
10
            Defendant.
11     _____
       BTG INTERNATIONAL LIMITED, et al.,
12
            Plaintiffs,                        Civil Action Number:
13     -v-                                     2:17-cv6435-KM-JBC

14     TEVA PHARMACEUTICALS USA, INC.,

15          Defendant.

16     _____
                MARTIN LUTHER KING BUILDING and U.S. COURTHOUSE
17              50 Walnut Street, Newark, New Jersey 07101
                            Wednesday, July 25, 2018
18                        Commencing at 9:03 a.m.

19     **B E F O R E:**

20                    **THE HONORABLE KEVIN McNULTY,**
                      **UNITED STATES DISTRICT JUDGE**
21

22     _____
            Certified as True and Correct as required by Title 28,
23     U.S.C., Section 753
            _/S/ Mary-Jo Monteleone, CCR, CRCR, RPR_
24
                Mary-Jo Monteleone, Official Court Reporter
25                          (973) 580-5262
                       maryjomonteleone@gmail.com

```
 1   A P P E A R A N C E S :

 2   ROBINSON MILLER LLC
     BY:  KEITH J. MILLER, ESQUIRE
 3   One Newark Center, 19th Floor
     Newark, New Jersey  07102
 4   (973)690-5400
     kmiller@rwmlegal.com
 5   For the Plaintiffs BTG International Limited, Janssen Biotech,
     Inc., Janssen Oncology, Inc., and Janssen Research &
 6   Development, LLC

 7   SIDLEY AUSTIN LLP
     BY:  CONSTANTINE TRELA, ESQUIRE
 8        THOMAS D. REIN, ESQUIRE
     1 S. Dearborn Street
 9   Chicago, Illinois  60603
     (312)853-7000
10   trein@sidley.com
     For Plaintiffs Janssen Biotech, Inc., Janssen Oncology, Inc.,
11   and Janssen Research & Development, LLC

12   SIDLEY AUSTIN LLP
     BY:  BINDU DONOVAN, ESQUIRE
13        TODD L. KRAUSE, ESQUIRE
          ALYSSA B. MONSEN, ESQUIRE
14        AMANDA POTTER, ESQUIRE
     787 Seventh Avenue
15   New York, New York  10019
     (212)839-8742
16   bdonovan@sidley.com
     tkrause@sidley.com
17   amonsen@sidley.com
     amanda.potter@sidley.com
18   For Plaintiffs Janssen Biotech, Inc., Janssen Oncology, Inc.,
     and Janssen Research & Development, LLC
19
     SIDLEY AUSTIN LLP
20   BY:  PAUL J. ZEGGER, ESQUIRE
     1501 K Street, N.W.
21   Washington, D.C.  20005
     (202)736-8000
22   pzegger@sidley.com
     For Plaintiffs Janssen Biotech, Inc., Janssen Oncology, Inc.,
23   and Janssen Research & Development, LLC

24

25
```

*United States District Court*
*Newark, New Jersey*

```
 1   A P P E A R A N C E S:   (Continuing)

 2   SIDLEY AUSTIN LLP
     BY:  ANDREW LANGFORD, ESQUIRE
 3   2021 McKinney Avenue
     Suite 2000
 4   Dallas, Texas  75201
     (214)981-3300
 5   alangford@sidley.com
     For Plaintiffs Janssen Biotech, Inc., Janssen Oncology, Inc.,
 6   and Janssen Research & Development, LLC

 7
     FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
 8   BY:  ANTHONY C. TRIDICO, ESQUIRE
          JENNIFER H. ROSCETTI, ESQUIRE
 9   901 New York Avenue, N.W.
     Washington, D.C.  20001
10   (202)408-4000
     anthony.tridico@finnegan.com
11   jennifer.roscetti@finnegan.com
     For Plaintiff BTG International Limited
12

13   McNEELY, HARE & WAR LLP.
     BY:  WILLIAM D. HARE, ESQUIRE
14   5335 Wisconsin Avenue, N.W.
     Suite 440
15   Washington, D.C.  20015
     (202)640-1801
16   bill@miplaw.com
     For the Defendants Amerigen Pharmaceuticals, Inc. and Amerigen
17   Pharmaceuticals Limited

18
     WINSTON & STRAWN LLP
19   BY:  JAMES S. RICHTER, ESQUIRE
     200 Park Avenue
20   New York, New York 10166-4193
     (212)294-6700
21   jrichter@winston.com
     For the Defendants Amneal Pharmaceuticals LLC, Amneal
22   Pharmaceuticals of New York, LLC, Dr. Reddy's Laboratories,
     Inc., Dr. Reddy's Laboratories, Limited, West-Ward
23   Pharmaceuticals Corp., Hikma Pharmaceuticals, LLC, and Teva
     Pharmaceuticals USA, Inc.
24

25
```

```
 1   A P P E A R A N C E S:   (Continuing)

 2   WINSTON & STRAWN LLP
     BY:  CHARLES B. KLEIN, ESQUIRE
 3        JOVIAL WONG, ESQUIRE
          SHARON LIN, ESQUIRE
 4   1700 K Street
     Washington, D.C. 20006
 5   (202)282-5000
     cklein@winston.com
 6   jwong@winston.com
     slin@winston.com
 7   For the Defendants Amneal Pharmaceuticals LLC, Amneal
     Pharmaceuticals of New York, LLC, Dr. Reddy's Laboratories,
 8   Inc., Dr. Reddy's Laboratories, Limited, West-Ward
     Pharmaceuticals Corp., Hikma Pharmaceuticals, LLC, and Teva
 9   Pharmaceuticals USA, Inc.

10
     WINSTON & STRAWN LLP
11   BY:  RYAN B. HAUER, ESQUIRE
     35 West Wacker Drive
12   Chicago, Illinois  60601
     (312)558-5600
13   rhauer@winston.com
     For the Defendants Amneal Pharmaceuticals LLC, Amneal
14   Pharmaceuticals of New York, LLC, Dr. Reddy's Laboratories,
     Inc., Dr. Reddy's Laboratories, Limited, West-Ward
15   Pharmaceuticals Corp., Hikma Pharmaceuticals, LLC, and Teva
     Pharmaceuticals USA, Inc.
16

17   SAIBER LLC
     BY:  KATHERINE A. ESCANLAR, ESQUIRE
18   One Gateway Center, 10th Floor
     Newark, New Jersey  07102-5311
19   (973)622-3333
     abc@saiber.com
20   js@saiber.com
     kae@saiber.com
21   For the Defendants Mylan, Inc. and Mylan Pharmaceuticals, Inc.

22

23

24

25
```

```
 1   A P P E A R A N C E S:   (Continuing)

 2   PERKINS COIE
     BY:   SHANNON M. BLOODWORTH, ESQUIRE
 3         BRANDON M. WHITE, ESQUIRE
           ROBERT D. SWANSON, ESQUIRE
 4         MARIA A. STUBBINGS, ESQUIRE
     700 13th Street, NW, Suite 600
 5   Washington, D.C.  20005-3960
     (202)654-6200
 6   sbloodworth@perkinscoie.com
     bmwhite@perkinscoie.com
 7   rswanson@perkinscoie.com
     mstubbings@perkinscoie.com
 8   For the Defendants Mylan, Inc. and Mylan Pharmaceuticals, Inc.

 9
     PERKINS COIE LLP
10   BY:   BRYAN D. BEEL, ESQUIRE
     1120 NW Couch Street, 10th Floor
11   Portland, Oregon  97209
     (503)727-2000
12   bbeel@perkinscoie.com
     For the Defendants Mylan, Inc. and Mylan Pharmaceuticals, Inc.
13

14   PATUNAS LAW LLC
     BY:   MICHAEL E. PATUNAS, ESQUIRE
15   24 Commerce Street
     Suite 606
16   Newark, New Jersey  07102
     (973)396-8740
17   mpatunas@patunaslaw.com
     For Defendants Teva Pharmaceuticals USA, Inc.
18

19   STERNE KESSLER GOLDSTEIN FOX.
     BY:   CASSANDRA SIMMONS, ESQUIRE
20         DENNIES VARUGHESE, ESQUIRE
     1100 New York Avenue, NW
21   Washington, D.C. 20005
     (202)371-2600
22   csimmons@skgf.com
     dvarughe@skgf.com
23   For Defendants Wockhardt Bio AG, Wockhardt Limited, and
     Wockhardt USA, LLC
24

25
```

INDEX

|  | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| WITNESSES FOR THE PLAINTIFF: | | | | |
| SUZANNE O'SHEA | 503 | | | 521 |
| MATTHEW RETTIG | 525 | 663 | 719 | |

|  | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| WITNESSES FOR THE DEFENSE: | | | | |
| AKHILESH NAGAICH | 726 | | | |

E X H I B I T S

| NO. | MARKED | RECEIVED |
|---|---|---|
| PDX 2.2 | | 503 |
| PDX 227 | | 503 |
| PDX 359 | | 503 |
| PDX 372 | | 503 |
| PDX 383 | | 503 |
| PDX 393 | | 503 |
| PDX 397 | | 503 |
| PDX 406 | | 503 |
| PDX 458 | | 503 |
| DTX 1235 | | 503 |
| DTX 1260 | | 503 |
| DTX 1276 | | 503 |
| DTX 1278 | | 503 |
| DTX 1323 | | 503 |
| DTX 1331 | | 503 |
| DTX 1333 | | 503 |
| DTX 1338 | | 503 |
| DTX 1336 | | 503 |
| DTX 1340 | | 503 |

500

1                         <u>E X H I B I T S</u>

2           <u>NO.</u>                  <u>MARKED</u>                  <u>RECEIVED</u>

3

4           DTX 1354                                            503
            DTX 1367                                            503
5           DTX 1358                                            503
            DTX 1573                                            503
6           DTX 1575                                            503
            DTX 1580                                            503
7           DTX 1585                                            503
            DTX 1707                                            503
8
            JTX 8002                                            503
9           JTX 8005                                            503
            JTX 8011                                            503
10          JTX 8093                                            503
            JTX 8123                                            503
11          JTX 8128                                            503
            JTX 8145                                            503
12          JTX 8187                                            503
            JTX 8102                                            503
13

14

15

16

17

18

19

20

21

22

23

24

25

Colloquy

1          (PROCEEDINGS held in open court before The Honorable

2    KEVIN McNULTY, United States District Judge, at 9:03 a.m.)

3               THE COURT:  Be seated.  Okay.  What's next?

4          MR. REIN:  Your Honor, first we have our usual

5    housekeeping matter of exhibits.

6               THE COURT:  Okay.

7          MR. REIN:  And I've got a list of exhibits that we

8    believe should be admitted through the witnesses that we put on

9    yesterday.  I have lists.  I'm happy to read them into the

10   record or I can provide them again to the court reporter.

11              THE COURT:  Why don't we do it the same way.  Why

12   don't you read it so it's on the record and give us the list as

13   well.

14          MR. REIN:  Let me start with the following

15   PTX-exhibits, 2.2, 227, 359, 372, 383, 393, 397, 406 and 458.

16              Then I have the following DTX-exhibits, 1235, 1260,

17   1276, 1278, 1323, 1331, 1333, 1338, 1336, 1340, 1354, 1367,

18   1358 -- sorry about that being out of order -- then I have

19   DTX-1573, 1575, 1580, 1585 and 1707.

20              Oh, I've been corrected on one thing.  I started out

21   by saying that the first grouping were the PTX-exhibit.  In

22   fact, the first one was PDX.

23              THE COURT:  PDX, I thought that was what you said,

24   actually.

25              MR. REIN:  That, I think, that brings me to the DTXs.

Colloquy                                        502

```
 1   DTX-1573, DTX-1575, DTX-1580, DTX-1585 and DTX-1707.

 2            And lastly, the JTX-exhibits.

 3            THE COURT:  Now I'm confused.  Where was the break

 4   between the PTX and the DTX?

 5            MR. REIN:  Good point.  I thought I was picking up

 6   from where I read before.  But do you have 1235, 1260?

 7            THE COURT:  Yes.

 8            MR. REIN:  All the way to 1358?

 9            THE COURT:  All the way to 1707.

10            MR. REIN:  All the way to 1707.  Then we're all set.

11            THE COURT:  Okay.  Okay.

12            MR. REIN:  I probably read some of them twice.

13            THE COURT:  Okay.  Now you have the joint.

14            MR. REIN:  Joints are JTX-8002, 8005, 8011, 8093,

15   8123, 8128, 8145, 8187 and 8102.

16            And I have a copy of the listing.  Hopefully, I hope I

17   didn't misspeak.  I'll have to go share it with the court

18   reporter so she takes it down accurately.

19            THE COURT:  Okay.  Why don't you give her a copy for

20   her reference.

21            MR. REIN:  Would you like one, Your Honor?

22            THE COURT:  I don't need a separate one, no.

23            MR. REIN:  And then, lastly, if the defendants don't

24   have anything, we're prepared for the redirect.

25            THE COURT:  Mr. Wong.
```

1          MR. WONG:  No objection, and that covers the list that

2    we had too.

3          THE COURT:  So that's it.  All right.  Those -- those

4    exhibits that's listed will be admitted.

5          (Exhibit Nos. PDX 2.2, 227, 359, 372, 383, 393, 397,

6    406 and 458 are received are evidence.)

7          (Exhibit Nos. DTX 1235, 1260, 1276, 1278, 1323, 1331,

8    1333, 1338, 1336, 1340, 1354, 1367, 1358, 1573, 1575, 1580,

9    1585 and 1707 is received are evidence.)

10          (Exhibit Nos. DTX 1235, 1260, 1276, 1278, 1323, 1331,

11    1333, 1338, 1336, 1340, 1354, 1367, 1358, 1573, 1575, 1580,

12    1585 and 1707 are received in evidence.)

13          (Exhibit Nos. JTX 8002, 8005, 8011, 8093, 8123, 8128,

14    8145, 8187 and 8102 are received in evidence.)

15          THE COURT:  Any further housekeeping before we begin?

16    Okay.  Are we set?

17          MR. REIN:  I believe we are, Your Honor.

18          THE COURT:  Okay.  Is it Ms. O'Shea or Dr. Rettig?

19          MR. REIN:  It will be Ms. O'Shea.

20          THE COURT:  Okay.

21          MS. DONOVAN:  Good morning, Your Honor.

22          THE COURT:  Good morning.

23          MS. DONOVAN:  Bindu Donovan again from Sidley Austin.

24             SUZANNE O'SHEA, PLAINTIFF'S WITNESS,

25          having been duly sworn, testifies as follows:

*United States District Court*
*Newark, New Jersey*

```
 1                    REDIRECT EXAMINATION

 2   BY MS. DONOVAN:

 3   Q.   Good morning, Ms. O'Shea.

 4   A.   Good morning.

 5   Q.   Ms. O'Shea, the defendants tried to suggest on cross that

 6   your opinions on whether the patent claims are off-label use or

 7   on-label, were not based on the Court's claim construction.  Do

 8   you recall that?

 9   A.   Yes, I do.

10   Q.   Do you recall that the defendants played your deposition

11   testimony from July 2017?

12   A.   Yes, I do.

13   Q.   Did you submit supplemental expert reports in this case

14   addressing defendants' amended ANDA labels?

15   A.   Yes.

16   Q.   If you could, please turn to DTX-1584.

17   A.   I don't have that book.

18           MS. DONOVAN:  May I approach, Your Honor?

19           THE COURT:  Sure.

20           THE WITNESS:  Thank you.

21   BY MS. DONOVAN:

22   Q.   Ms. O'Shea, if you could turn to DTX-1584.  Is this your

23   expert report from May 2018?

24   A.   Yes, it is.

25   Q.   Please turn to Page 5, Paragraph 10 of your expert report.
```

O'Shea - redirect - Donovan                    505

1    A.    Yes.

2    Q.    Does Paragraph 10 indicate whether you were informed of

3    this Court's claim construction?

4    A.    Yes, it does.

5    Q.    And you were informed of your -- of the Court's claim

6    construction at the time you submitted your supplemental expert

7    report?

8    A.    Yes, I was.

9    Q.    In reaching the opinions you expressed yesterday, did you

10   apply the Court's claim construction?

11   A.    Yes, I did.

12   Q.    Did defendants take your deposition after you submitted

13   your expert report on the amended labels, after you submitted

14   your supplemental expert report?

15   A.    Yes, I believe so.

16   Q.    And your testimony that the defendants played relating to

17   the Court's claim construction came from 2017, not from your

18   2018 deposition relating to the amended ANDA product labels,

19   correct?

20   A.    I think there was, maybe, one from the 2018 deposition,

21   but the others were all from the earlier deposition, correct.

22   Q.    But the specific testimony that the defendants played,

23   trying to suggest on cross that your opinions on the patent

24   claims being an off-label or on-label use, were not based on

25   the Court's claim construction, that testimony was from 2017,

1   not from your 2018 deposition?

2   A.   I believe that's correct.

3   Q.   And just to refresh us, your opinion yesterday was that

4   the '438 patented method of treatment is not an off-label use.

5   Is that right?

6   A.   Yes, my opinion is that the method of treatment in the

7   patent, as construed by the Court, is not an off-label use,

8   correct.

9   Q.   Ms. O'Shea, staying with that, the testimony that the

10  defendants played from your deposition in July 2017, that

11  concerned the fact that you weren't aware of the Court's claim

12  construction that abiraterone and prednisone both have an

13  anti-cancer effect in the combination at that time, correct, in

14  July of 2017?

15  A.   That's what the testimony concerned.   That's -- well, that

16  was the defendants' position, yeah.

17  Q.   And subsequently, after your first deposition, you wrote

18  two supplemental expert reports, as we've just discussed?

19  A.   Yes.

20  Q.   And at that time you looked at more regulations?

21  A.   Yes.

22  Q.   And among other things, you located 21CFR.57, a section

23  that you mentioned on direct yesterday?

24  A.   201.57?

25  Q.   Yes.

1   A.   Yes.

2   Q.   And as you advised yesterday, that regulation states that

3   when FDA approves a drug for symptoms or palliation, or as an

4   adjunct therapy to another drug, it should clearly state that?

5   A.   That's correct.

6   Q.   After submitting your supplemental expert reports, the

7   defendants took your deposition again.  We just discussed that?

8   A.   Yes, hmm-hmm.

9   Q.   And all but one of the clips that they showed to impeach

10  you were in the first deposition before your Court -- before

11  you addressed your -- your report addressed the Court's claim

12  construction?

13  A.   That's right.

14  Q.   The only testimony that the defendants played from the

15  second deposition asked if it was your understanding that FDA

16  required --

17          THE COURT:  Listen, I'm going to have to ask you --

18  this is your witness.  Okay?  You're leading a lot.

19          MS. DONOVAN:  Okay.

20          THE COURT:  Okay?

21          MS. DONOVAN:  I'll rephrase.

22  BY MS. DONOVAN:

23  Q.   Ms. O'Shea, the defendants also played testimony from the

24  second deposition in which you were asked if it was your

25  understanding that FDA required prednisone to be taken with

1   abiraterone acetate for a particular purpose?

2   A.   Yes.

3   Q.   Does that have anything to do with whether the label is

4   saying prednisone, in the combination, has an anti-cancer

5   effect?

6   A.   Could you please restate what the -- what part the

7   deposition said?

8   Q.   Yes.  Ms. O'Shea, yesterday the defendants played a clip

9   from your second deposition --

10  A.   Hmm-hmm.

11  Q.   -- in which you were asked if it was your understanding

12  that FDA required prednisone to be taken with abiraterone

13  acetate for a particular reason?

14  A.   If FDA understood that?

15  Q.   That was the question.

16  A.   Okay.

17  Q.   Yes.  The question you were asked is, is it your

18  understanding that FDA required prednisone to be taken with

19  abiraterone acetate for a particular reason?

20  A.   Okay.

21  Q.   Does that have anything to do with whether the label is

22  saying prednisone, in the combination, has an anti-cancer

23  effect?

24  A.   Whether the label for -- has a -- does it have anything to

25  do with whether the approved label says that prednisone has an

O'Shea - redirect - Donovan                                    509

1    anti-cancer effect?

2            Well, when FDA approved the indication statement, they

3    said that abiraterone and prednisone together are intended for

4    the treatment of prostate cancer.

5    Q.   Thank you.  Ms. O'Shea, do you recall being asked

6    questions about Zytiga marketing materials yesterday?

7    A.   Yes, I do.

8    Q.   Can marketing materials change what is in the Zytiga

9    label?

10   A.   No.

11   Q.   And I got the sense yesterday from the defendants'

12   questions that Zytiga puts -- that Janssen puts out no

13   marketing materials that promote the efficacy of the

14   combination of abiraterone acetate and prednisone.  Is that a

15   true statement?

16   A.   I'm not familiar with all of Janssen's marketing materials

17   for Zytiga.  The ones I was shown yesterday seem to focus on

18   prednisone.

19   Q.   Have you seen other marketing materials in which Janssen

20   does promote the efficacy of the combination of abiraterone

21   acetate and prednisone?

22   A.   I don't believe I have.

23   Q.   If you could, please look at PTX-424.

24           MS. DONOVAN:  And, Your Honor, we have some courtesy

25   copies for the Court and for the defendants' attorneys.  Would

O'Shea - redirect - Donovan                    510

 1   the Court like courtesy copies?  Would the Court like a copy of

 2   what has been displayed?

 3          THE COURT:  Sure.  This is not in the book, I take it?

 4   BY MS. DONOVAN:

 5   Q.  Ms. O'Shea, please look at Plaintiff's Trial Exhibit 424.

 6   A.  Okay.

 7   Q.  Do you understand that this is a marketing material for

 8   Zytiga plus prednisone?

 9   A.  It -- yes, it looks that way.

10   Q.  In this marketing material, does Janssen promote the

11   combination of abiraterone acetate plus prednisone based on the

12   survival benefit of the combination?

13   A.  Right at the top it says, Zytiga plus prednisone achieved

14   a statistically significant median overall survival difference.

15   Q.  And I'd also like to show you Plaintiff's Trial

16   Exhibit 447.

17          MS. DONOVAN:  May I approach, Your Honor?

18          THE COURT:  Yes.  This also is one not in the book?

19          MS. DONOVAN:  Yes.

20   BY MS. DONOVAN:

21   Q.  Ms. O'Shea, do you recognize Plaintiff's Trial Exhibit 447

22   as another example of Zytiga marketing materials?

23   A.  Yes, I do.

24   Q.  And does Plaintiff's Trial Exhibit 447 also promote the

25   use of abiraterone acetate plus prednisone based on an overall

1  survival benefit in the combination?

2  A.   Yes.  It says Zytiga plus prednisone significantly

3  increased median radiographic progression for survival.

4  Q.   Ms. O'Shea, do marketing materials have a different

5  purpose than drug product labelling?

6  A.   Yes, they do.

7  Q.   Do marketing materials need to provide a fair and balanced

8  description of the drug or therapy?

9  A.   Yes, they do.

10  Q.   As a result, do marketing materials typically provide a

11  description not only of the benefits of the drug or therapy,

12  but also the contraindications and possible side effects?

13  A.   Yes, FDA requires a fair balance.

14  Q.   Do marketing materials have to be consistent with the

15  approved indication for the drug?

16  A.   Yes, they do.

17  Q.   Is there any requirement that marketing materials be

18  limited to the indications and usage section of the drug

19  product labelling?

20  A.   That's a question that lots of people spend lots of time

21  on.  It's an issue currently under a great deal of discussion.

22       Marketing manufacturers are able to provide truthful

23  and non-misleading information.  They are required to restate

24  the indicated -- the approved indication and use from the

25  approved label in their marketing material.

O'Shea - redirect - Donovan                    512

1  Q.   Let me clarify my question.  If a drug has benefits in

2  addition to the benefits in the approved indication, is it

3  appropriate to describe those additional benefits in the drug's

4  marketing materials, as long as it is truthful and not

5  misleading?

6  A.   Well, again, there's currently a great deal of debate

7  about that, but in general, manufacturers can provide truthful

8  and non-misleading information about their products.

9  Q.   So just to summarize that, if a drug has benefits in

10 addition to the benefits in the approved indication, it's

11 appropriate to describe those additional benefits in the drug's

12 marketing materials if they are truthful and non-misleading?

13 A.   Well, in addition to being truthful and non-misleading,

14 they should be supported by substantial evidence.

15 Q.   You testified yesterday that under FDA regulations, if a

16 drug's intended to treat symptoms or treat the side effects of

17 another drug, it should be stated clearly in the indication

18 statement, correct?

19 A.   That's right.

20 Q.   Does that mean that under FDA regulations, if a drug is

21 intended solely for managing symptoms or to treat side effects

22 of another drug, that should be stated clearly in the

23 indications and usage?

24 A.   I would expect that, yes, and that's consistent with

25 201.57C something.

O'Shea - redirect - Donovan                 513

1   Q.   Does the indications and usage section of the Zytiga label

2   preclude the use of prednisone with abiraterone acetate for

3   additional benefits?

4   A.   Preclude the use of it?

5   Q.   Correct.

6   A.   No, it doesn't preclude the use of the product.

7   Q.   To the extent that the use of prednisone with abiraterone

8   acetate has the additional benefit of managing potential side

9   effects, is Janssen permitted to explain that safety role in

10  its marketing materials?

11  A.   As long as it was truthful and not misleading, and that

12  there was substantial evidence supporting that.

13  Q.   Okay.  Do you recall being asked whether prednisone was

14  ever approved as a monotherapy for treating prostate cancer?

15  A.   I believe I was asked that, yes.

16  Q.   Does that have anything to do with whether the Zytiga

17  labelling instructs that abiraterone and prednisone be given to

18  treat mCRPC?

19  A.   No, it's not a requirement that it be approved separately.

20  Q.   All defendants say is missing from the Zytiga label is an

21  expressed statement that prednisone is providing an anti-cancer

22  effect.  You testified several times yesterday that the Zytiga

23  label does in fact indicate that the indications and usage

24  section -- in the indications and usage section, that both

25  abiraterone acetate and prednisone, when used in combination,

1    provide an anti-cancer effect?

2    A.   Yes.

3    Q.   Is that equally true of defendants' proposed ANDA product

4    labels?

5    A.   Yes.  They're essentially identical to the Zytiga label.

6    Q.   If the claims require, in addition to requiring that the

7    same drugs, the same amounts, and the same disease -- let me

8    withdraw that.

9         If the claims require, in addition to the same drugs,

10   the same amounts, and the same disease, that both abiraterone

11   acetate and prednisone provide anti-cancer effects, do the

12   Zytiga 2018 label and defendants' labels do that?

13   A.   Yes, in the indications and use section.

14   Q.   Does that mean that even under defendants' own view of

15   what the claims require, that the indicated use is on-label?

16   A.   Well, I'm not sure I want to say -- I'm not sure I'm clear

17   on what the -- I wouldn't want to speak for the defendants

18   here.  But I would say that the claims from the '438 patent are

19   on-label, in that the indications and usage section indicates

20   that both abiraterone acetate and prednisone are intended to

21   treat prostate cancer, meaning that they are intended to treat

22   the disease itself.

23   Q.   Does the indications and usage section of the Zytiga label

24   contain any indications other than prostate cancer?

25   A.   No.

O'Shea - redirect - Donovan                    515

1  Q.   Would FDA permit any other indications or uses to be

2  implied or suggested from other sections of the labelling that

3  are not set forth in the indications and usage section of the

4  Zytiga label?

5  A.   No.  The regulations explicitly state that other sections

6  of the label may not suggest or imply other indications, other

7  than those that are stated in the INU section.

8  Q.   Defendants' counsel yesterday showed you some documents

9  that they said described additional potential side effects of

10 abiraterone acetate, correct?

11 A.   Additional potential side effects?

12 Q.   Additional side effects.  Let me ask you that again.

13       The defendants' counsel showed you some documents that

14 allegedly described side effects of abiraterone acetate?

15 A.   Yes, yeah.  I was stumbling over the "additional" part.

16 Q.   If FDA thought those additional side effects were a

17 problem, FDA would have inserted them into the label?

18 A.   Yes.  Or they would have required that Janssen put them in

19 the label.

20 Q.   And the defendants' counsel, yesterday, asked you some

21 questions concerning the requirement that FDA approved

22 indications be supported by substantial evidence of

23 effectiveness based on adequate and well-controlled clinical

24 studies?

25 A.   Yes.

O'Shea - redirect - Donovan                516

1  Q.   In evaluating clinical studies supporting the efficacy of

2  therapies, such as of Zytiga plus prednisone, the FDA assesses

3  the efficacy of the therapies, correct?

4  A.   Yes, that's right.

5  Q.   And the approved therapy here is abiraterone acetate plus

6  prednisone, correct?

7  A.   Abiraterone was approved for use in combination with

8  prednisone in the treatment of prostate cancer, right.

9  Q.   What do the clinical studies show concerning what therapy

10  was evaluated by the FDA for efficacy?

11      What do the clinical studies show concerning what

12  therapy was evaluated by the FDA for efficacy?

13  A.   Well, basically, the trial design of the phase III

14  clinical trials in the active treatment arm, patients got

15  abiraterone plus prednisone.

16  Q.   And so that's what FDA evaluated?

17  A.   That's what FDA evaluated.

18  Q.   Ms. O'Shea, defendants' counsel, also, showed you some

19  documents relating to the clinical development of Zytiga, such

20  as the April 2005 pre-IND meeting minutes?

21  A.   Yes.

22  Q.   Does the pre-IND meeting occur very early in the drug

23  development process?

24  A.   Yes, by definition, a pre-IND meeting is held before the

25  IND is granted and then IND is granted to give a company

1   permission to conduct a clinical trial.

2   Q.   Just to clarify, explain that fully, would a pre-IND

3   meeting occur before or after any clinical trials have begun?

4   A.   They would occur before whatever clinical trial was being

5   discussed.  A company can have more than one pre-IND meeting

6   before every clinical trial, but it's before the clinical trial

7   is conducted.

8   Q.   Does information discussed during a pre-IND meeting

9   reflect the final conclusions of FDA?

10  A.   No.  No, it reflects FDA's thinking at that time.  And the

11  purpose of a clinical -- a pre-IND meeting is to -- or the

12  purpose of an IND is to determine whether the study is safe to

13  go forward.

14  Q.   Is information discussed during a pre-IND meeting

15  necessarily incorporated into the clinical development plan for

16  a drug?

17  A.   Not necessarily, no.

18  Q.   Can the ultimate phase I clinical trial design end up

19  being very different from what is discussed in an early

20  meeting, such as a pre-IND meeting?

21  A.   Yes.  FDA gives its -- gives its views and its feedback,

22  but it's up to the company to decide whether or not to take

23  that feedback.

24  Q.   Do the phase III studies establish that abiraterone

25  acetate and prednisone, in combination, establish the efficacy

O'Shea - redirect - Donovan                    518

 1   of the combination to treat prostate cancer?

 2   A.   Well, again I am --

 3          MR. KLEIN:  Objection, lack of foundation.

 4          THE COURT:  Repeat that question for me.  I didn't get

 5   it either, frankly.  Or you can rephrase it, if you like.

 6          MS. DONOVAN:  Sure.

 7   BY MS. DONOVAN:

 8   Q.   Ms. O'Shea, based on your FDA expertise, do the phase III

 9   clinical studies establish that abiraterone acetate and

10   prednisone, in combination, supported the efficacy of the

11   combination to treat prostate cancer?

12          THE COURT:  Let me slow you down.  Are you asking a

13   scientific opinion here?  I'm not sure what the question is.

14          MS. DONOVAN:  I'm asking based on Ms. O'Shea's reviews

15   of the clinical studies.

16          THE COURT:  You're saying if you were a regulator,

17   what would you think?

18          MS. DONOVAN:  Yes.

19          THE COURT:  I'll permit it for that limited purpose.

20          Sorry, Ms. O'Shea, have you lost track of the

21   question?

22          THE WITNESS:  Well, my personal view, I haven't

23   reviewed the clinical trial, personally.  I am relying on FDA's

24   conclusion as reflected in the indications and usage section

25   that abiraterone acetate and prednisone, together, are

1    effective in the treatment of prostate cancer.

2            THE COURT:  You know, I sort of thought that's what

3    you were going to say, for some reason.  And I think we've

4    gotten as far as we can with an answer to that question.

5            I mean, if you're saying, what would you do if you

6    were the FDA and she says, well, I'm relying on what the FDA

7    did, I think we've come full circle.  So let's move on.

8    BY MS. DONOVAN:

9    Q.   Ms. O'Shea, defendants are suggesting, based on the phase

10   III clinical studies, that prednisone's contribution could be

11   zero.  You were asked that yesterday, that hypothetical?

12   A.   Yes, I was asked that yesterday.

13   Q.   Could FDA have looked to the phase I and 2 studies to

14   support a conclusion that both prednisone and abiraterone

15   acetate are contributing to efficacy?

16   A.   Sure, FDA will look at all of the data that is submitted

17   to it in the NDA.

18   Q.   The FDA wants the most efficacious use to be made, if it

19   is safe?

20   A.   Yes, FDA's goal is to protect the public health to the

21   maximum extent justified.

22   Q.   If so, and if prednisone contributes to the efficacy of

23   the combination in the phase II study, then as a matter of

24   policy, would FDA want to make sure that clinicians use

25   abiraterone acetate and prednisone together for efficacy?

O'Shea - redirect - Donovan                     520

```
 1              MR. KLEIN:  Objection, leading.

 2              THE COURT:  It is, but, look, it's an expert witness.

 3   I'll permit it in the interest of moving it along.  I'll permit

 4   you to answer in that form.

 5              THE WITNESS:  I mean, as a matter of policy, FDA wants

 6   physicians to have as complete information as possible in order

 7   to know what they're prescribing.

 8   BY MS. DONOVAN:

 9   Q.   And if FDA -- if prednisone contributes to the efficacy of

10   the combination in the phase II study and FDA wants to make

11   sure that clinicians use the drug together for efficacy, is the

12   best way to do that --

13              THE COURT:  What's the best way to do that?

14              MS. DONOVAN:  What is the best way to do that?

15              THE WITNESS:  To be as clear as possible in the

16   approved instructions for use.

17   BY MS. DONOVAN:

18   Q.   And that would mean saying that the indication would be

19   abiraterone acetate plus prednisone to treat prostate cancer?

20   A.   In combination for the treatment of prostate cancer.

21              THE COURT:  So we've heard.  Okay.  Let's -- if we are

22   just going to repeat the indications section over and over,

23   perhaps this isn't the best use of our time.

24              MS. DONOVAN:  I understand, Your Honor.

25              Your Honor, I don't have any additional questions.
```

O'Shea - recross - Klein                                521

1              THE COURT:  Okay.  Thank you.  There's some new

2    material.  Is there some recross you would like to offer?

3              MR. KLEIN:  Yes, Your Honor.

4              THE COURT:  Confine yourself to what's new about the

5    redirect, obviously.

6              MR. KLEIN:  Thank you.

7                         RECROSS-EXAMINATION

8    BY MR. KLEIN:

9    Q.   Hello, Ms. O'Shea.

10   A.   Good morning.

11   Q.   First of all, did you speak to counsel after court ended

12   yesterday to prepare for your redirect?

13   A.   Not a single word.

14   Q.   Okay.  I want to talk about the submission of the reports,

15   because that came up on the redirect.  Do you remember that?

16   A.   Yes.

17   Q.   Okay.  And, initially, you submitted a primary expert

18   report during the typical expert discovery, right?

19   A.   Yes.

20   Q.   And in that report you included all of your opinions with

21   regard to the 20 -- what we were calling the 2015 Zytiga label,

22   right?

23   A.   Yes.

24   Q.   And then you were deposed?

25   A.   Yes.

O'Shea - recross - Klein                                    522

1   Q.    And some of the deposition was played yesterday, right?

2   A.    Correct.

3   Q.    And then earlier this year, Janssen amended its Zytiga

4   label and we called it the 2018 Zytiga label; is that right?

5   A.    That's right.

6   Q.    And you submitted a supplemental report or, actually, two

7   of them, right?

8   A.    Yes -- well, one was very short but one, yeah.

9   Q.    An initial report and then a reply?

10  A.    Yes.

11        MR. KLEIN:  Mr. Russell, can you put up DTX-1584.1,

12  please?

13  BY MR. KLEIN:

14  Q.    Is this a copy of your supplemental report, the first one

15  which is marked DTX-1584?

16  A.    You know, I go by the dates on these things.

17  Q.    Well --

18  A.    So I'm going to assume it is.

19  Q.    Well, I'll represent to you that that's your supplemental

20  report.

21  A.    Okay.

22  Q.    Can we go to .4 of the document.  Okay.

23        MR. KLEIN:  And can we highlight Paragraph 3, please.

24  BY MR. KLEIN:

25  Q.    Now, this paragraph says, You understand from counsel for

 1  the plaintiff that on April 10th, 2018, the Court ordered the

 2  parties to conduct supplemental expert discovery concerning the

 3  effects of the FDAs approval of an updated label for Zytiga and

 4  the defendants' submission of an updated proposed ANDA, right?

 5  I paraphrased towards the end.

 6  A.   Yes.

 7  Q.   In essence, the purpose of the supplemental report was to

 8  address the changes between the 2015 and 2018 labels, right?

 9  A.   That's correct.

10  Q.   And yesterday you testified that the revised indication in

11  the 2018 Zytiga label with respect to the CRPC -- sorry.

12          Okay.  Yesterday you testified that the revised

13  indication in the 2018 label with respect to the CRPC

14  indication is the same as the 2015 label, right?

15  A.   Yes.

16  Q.   And then you were deposed after your supplemental reports,

17  right?

18  A.   That's right.

19  Q.   And I asked you if you stood by your earlier testimony and

20  you said yes, right?

21  A.   Yes.

22  Q.   On redirect, counsel referred you to two marketing

23  documents, PTX-424 and PTX-447, right?

24  A.   Are these pieces that I have here?

25  Q.   Yes.

O'Shea - recross - Klein

524

1          THE COURT:  Yes.  You're not expected to memorize the

2    exhibit numbers, obviously.  The two green ones, right?

3          THE WITNESS:  Okay.

4    BY MR. KLEIN:

5    Q.   So yesterday, as you mentioned on redirect, we looked at

6    some marketing materials that focused on the role of prednisone

7    in the Zytiga indication, right?

8    A.   Yes.

9    Q.   Those two documents in front of you, they don't focus on

10   the role of prednisone in the Zytiga indication, correct?

11   A.   I haven't had a chance to really thoroughly read these,

12   but at first blush, it looks like they are talking about the

13   combination of abiraterone acetate plus prednisone.

14   Q.   And, also, on redirect, counsel asked you whether FDA

15   would consider phase I and phase II trials that were submitted

16   during the application process, right?

17   A.   Yes.

18   Q.   Okay.  But FDA, typically, does not rely on phase I and 2

19   studies as adequate and well-controlled studies sufficient to

20   support an FDA drug indication, correct?

21   A.   Phase I and 2 studies are, typically, not adequate and

22   well-controlled studies, but FDA can certainly use the

23   information learned from phase I and phase II to inform its

24   approval decision and inform how it interprets the phase III

25   trial.

Rettig - direct - Krause

1  Q.   Okay.  Right.  But FDA wouldn't rely on just the results

2  from a phase I or 2 study to support a new indication, correct?

3  A.   Typically, not.  I mean -- you know, FDA -- FDA's

4  overriding purpose is to support the public health and promote

5  the public health and if --

6  Q.   I think you answered.

7           MR. KLEIN:  No further questions, Your Honor, thank

8  you.

9           THE COURT:  All right.

10          You may step down, Ms. O'Shea.  Thank you.

11          (Witness excused.)

12          THE COURT:  Okay.  I think you said Dr. Rettig would

13  be next.

14          MR. REIN:  That is correct, Your Honor, and Todd

15  Krause will put on the witness.

16          THE COURT:  Okay.

17           MATTHEW RETTIG, M.D., PLAINTIFF'S WITNESS,

18           having been duly sworn, testifies as follows:

19                      DIRECT EXAMINATION

20 BY MR. KRAUSE:

21          MR. KRAUSE:  Can we approach, Your Honor?

22          THE COURT:  Yeah, you can hand up whatever notebooks

23 you've got.

24          MR. KRAUSE:  May I proceed?

25          THE COURT:  Yes.  Introduce yourself and go ahead when

1   you're ready.

2          MR. KRAUSE:  Thank you, Your Honor.  Todd Krause of

3   Sidley Austin.  I'd like to provide a background for

4   Dr. Rettig.

5          THE COURT:  Yeah, we'll do it in the same manner as

6   was done for Ms. O'Shea, that is I'll permit you to --

7          MR. KRAUSE:  Yes, Your Honor.

8          THE COURT:  I assume there's no particular dispute

9   about the background and qualifications of Dr. Rettig.  So I'll

10  permit you to deliver the equivalent of an oral CV and he'll

11  say whether you're telling the truth about him or not.

12         MR. KRAUSE:  Thank you, Your Honor.

13         Dr. Matthew Rettig is an expert in medical oncology

14  and the treatment of prostate cancer with over 25 years of

15  experience treating prostate cancer, including metastatic

16  castration-resistant prostate cancer.

17         Dr. Rettig is currently the medical director of the

18  Prostate Cancer Program of the Institute of Urologic Oncology

19  at UCLA School of Medicine.  He is, also, a professor at the

20  Department of Medicine and the Department of Urology at the

21  UCLA School of Medicine, and Chief of Division of Hematology

22  Oncology for the Veterans Administration, Greater Los Angeles

23  Health Care System in West Los Angeles.

24         Dr. Rettig further served as the Director of the

25  Operation Men's Project to enhance cancer care for Veterans, a

Rettig - direct - Krause                527

 1    collaboration between UCLA and the VA Greater Los Angeles

 2    Health Care System, to enhance cancer care for Veterans.

 3           Dr. Rettig received a Bachelor of Arts in chemistry

 4    from Wesleyan University in 1986, and an M.D. from Duke

 5    University of Medicine in 1990.

 6           Dr. Rettig was Board Certified in Internal Medicine in

 7    1991, and he has been Board Certified in Medical Oncology since

 8    1998.

 9           Dr. Rettig has been active in medical practice since

10    1991, including completing his internship in internal medicine

11    at the University of Southern California Los Angeles.

12           His residency in internal medicine at the University

13    of Washington Seattle, and fellowship in hematology oncology at

14    the UCLA School of Medicine.

15           Dr. Rettig has served as a principal investigator in

16    several clinical trials related to the treatment of prostate

17    cancer, and has both clinical and laboratory research programs.

18    As director of the clinical trials program in prostate cancer

19    at UCLA, Dr. Rettig has conducted multiple prostate clinical

20    trials that span the spectrum of the stage of disease.  From

21    neoadjuvant therapies, to post-chemotherapy, castration-

22    resistant disease.

23           In his laboratory research program, which includes

24    programs funded by the NIH, Prostate Cancer Foundation,

25    American Cancer Society, Department of Defense and the

Rettig - direct - Krause

1    Department of Veterans Affairs, is focused on identifying

2    biochemical targets for drug development and

3    castration-resistant prostate cancer and kidney cancer.

4            Dr. Rettig has received 50 research grants and

5    fellowships; more than 15 of which are currently active, and

6    most of which relate to prostate cancer.  He is also an author

7    of over 50 peer reviewed papers which have been published or

8    accepted for publication, many relating to treatment of

9    prostate cancer.

10           At least 90 percent of Dr. Rettig's medical practice

11   involves patients with prostate cancer; 80 to 90 percent of

12   whom have metastatic castration-resistant prostate cancer.

13           Dr. Rettig has personally prescribed the combination

14   of abiraterone acetate and prednisone to numerous metastatic

15   castration-resistant prostate cancer patients since approval of

16   abiraterone acetate and prednisone in 2011.

17           In addition to his medical practice, Dr. Rettig has

18   served on a number of advisory committees relating to oncology

19   and urology.  Among other things, he was a full-time member of

20   the VA merit review oncology age study section (Genitourinary

21   Prostate Cancer Section), a director of the Multidisciplinary

22   Tumor Board for VA-West LA, a grant reviewer for the Prostate

23   Cancer Foundation, and the Tower Cancer Research Foundation,

24   and chairman of the board of directors for the Brentwood

25   Biomedical Research Institute, which is a non-profit grant

Rettig - direct - Krause                                      529

 1  making organization for the VA.

 2          Dr. Rettig is also co-chairman of the steering

 3  committee of the Prostate Cancer Foundation (PCF)- VA strategic

 4  partnership, known as the Precision Oncology Program Cancer of

 5  the Prostate (POPCAP) which is part of Vice President Joseph

 6  Biden's National Cancer Moonshot effort, overseeing $50 million

 7  in research funding over the next five years.

 8          Dr. Rettig has received various awards, including the

 9  Creativity Award from the Prostate Cancer Foundation in 2010

10  and 2011, the Challenge Award from the Prostate Cancer

11  Foundation in 2012, the STOP Cancer Award, the Jerry Janger

12  Memorial Seed Grant in 2015, and the VALOR Award, also from the

13  prostate cancer foundation.

14  BY MR. KRAUSE:

15  Q.   Dr. Rettig is this an accurate summary of your

16  credentials?

17  A.   Yes.  I think since that CV was submitted I have,

18  possibly, 10 additional peer review publications.

19          MR. KRAUSE:  Your Honor, the plaintiffs offer

20  Dr. Rettig as an expert in medical oncology and the treatment

21  of prostate cancer.

22          THE COURT:  Any objection?

23          MR. KLEIN:  No objection.

24          THE COURT:  Okay.  Dr. Krause is, obviously, well

25  credentialed and qualified to offer an opinion in this area.  I

1  take it, by the way, that he personally was not involved in the

2  events in suit, that is, obtaining FDA approval for this drug

3  or obtaining the patent, correct?

4          MR. KRAUSE:  That's our understanding, Your Honor.

5          THE COURT:  Okay.  So peer expert testimony.  Go

6  ahead.

7  BY MR. KRAUSE:

8  Q.  Dr. Rettig, have you ever testified as an expert at trial

9  before?

10  A.  No, this is my first time.

11  Q.  Do you understand the defendants are seeking FDA approval

12  to market generic abiraterone acetate tablets?

13  A.  Yes.

14  Q.  Have you analyzed whether defendants will induce

15  infringement and contributorily infringe the asserted 438

16  patent claims if their generic products are approved?

17  A.  Yes.

18  Q.  What conclusions did you reach?

19  A.  That they will indeed induce infringement and

20  contributorily infringe.

21  Q.  Before we go into the infringement issues in detail, let's

22  start with some brief technical background.

23          What is the prostate?

24  A.  The prostate is a male genitourinary organ.  It's located

25  in the pelvis.  It produces a fluid that is stored and release

Rettig - direct - Krause                        531

1   with semen as a way of sort of lubricating the sperm.

2   Q.   And what is prostate cancer?

3   A.   Prostate cancer is an abnormal growth that is derived in

4   the prostate and derived from normal prostate tissue.

5   Q.   What is metastatic prostate cancer?

6   A.   Metastatic means the tumor has escaped from the primary

7   sight, in this case the prostate, and gone to another organ

8   such as the bones, liver, lung.  Like those.

9   Q.   What are androgens?

10  A.   Androgens is the term for male hormones.  They include

11  many, but the most dominant one in an intact adult male is

12  testosterone.

13  Q.   Where are androgens produced in the body?

14  A.   So androgens are most commonly produced in the testicles

15  of an adult male.  About 95 percent of circulating androgens

16  are attributable to the testes.  The testes is the only organ

17  that physiologically produces testosterone.  There are some

18  androgens that are produced in the adrenal glands but they're

19  weak androgens and they are not testosterone.

20  Q.   What role do androgens play in prostate?

21  A.   In normal prostate they maintain the viability of the

22  organ.  In malignant prostate cancer the androgens

23  overwhelmingly are key growth factor for the cancer that

24  promotes its survival and proliferation.

25  Q.   How do androgens interact with prostate cells?

1   A.   So androgens enter the tumor cell and they interact with

2   something called the androgen receptor, or AR, and that

3   interaction is what ignites the androgen receptor.  It's sort

4   of the key in ignition and the engine concept.  So the androgen

5   gets into the tumor cell, turns the key and the engine, the

6   androgen receptor is activated.  That androgen receptor, in

7   turn, what it does is it's called a transcription factor.  It

8   means it regulates genes, and the genes that it regulates in a

9   tumor cell are genes that promotes its survival and

10  proliferation.

11  Q.   What happens if androgens are withdrawn from normal

12  prostate cells?

13  A.   So that -- that -- that -- that signal, that key in the

14  ignition, if you will, is turned off.  So the androgen receptor

15  becomes inactivated and all the genes that promote survival and

16  proliferation are no longer expressed and the tumor cell will

17  shrink and die.

18  Q.   How is metastatic prostate cancer usually treated?

19  A.   Metastatic prostate cancer is almost always initially

20  treated with androgen deprivation, ADT.  Which is essentially

21  castration.  Which can be achieved either medically or

22  surgically, as has been discussed.

23  Q.   I'm sorry, Doctor.  Did you refer to androgen deprivation

24  therapy as ADT?

25  A.   ADT, yes.  Thank you.

Rettig - direct - Krause                              533

1    Q.    And how is ADT performed?

2    A.    So it can be done medically or surgically.  Surgical

3    castration is removal of both testicles.  Medical castration

4    involves the periodic injection of something called LHRH

5    analogues.  And, essentially, what they do is shut off the

6    normal signal from the brain, the pituitary gland, to the

7    testes that triggers androgen production in the testes.

8    Q.    And what is the goal of ADT with respect to the

9    interaction of androgens with prostate cancer cells?

10   A.    It's shutting off the, at least initially, what is the

11   dominant source of androgens, the testicles.  That's the

12   purpose.

13   Q.    Does ADT cure metastatic prostate cancer?

14   A.    No, it's not a curative therapy.

15   Q.    And what is castration-resistant prostate cancer?

16   A.    It is the term that we've been talking about.  It

17   indicates some measure of progression of the cancer, worsening

18   of the cancer, despite castrate levels of serum testosterone.

19   Q.    And what is metastatic castration-resistant prostate

20   cancer?

21   A.    That's just the combining of the term metastatic and

22   castration.  So metastatic being the anatomic word, the spread

23   of the cancer, and castration being the state, meaning the

24   tumor is no longer -- it can continue to grow despite castrate

25   levels of serum testosterone.

Rettig - direct - Krause

1   Q.   Is metastatic castration-resistant prostate cancer

2   sometimes referred to as mCRPC?

3   A.   Yes.

4   Q.   Do you treat mCRPC patients in your medical practice?

5   A.   Yes.

6   Q.   What therapy do you most often prescribe to your patients

7   to treat the mCRPC?

8   A.   So the patients are already on androgen deprivation

9   therapy castration and, interestingly, they stay on that.  But

10  the next step, the most common therapy that I personally

11  prescribe is Zytiga, in combination with prednisone.

12  Q.   Could you please turn to JTX-8000 in your binder?

13  A.   One second.  Got it.

14  Q.   Do you recognize JTX-8000 as a copy of the 438 patent?

15  A.   I do.

16  Q.   Do you understand plaintiffs are asserting claims 4, 8,

17  11, 19 and 20 of the 438 patent against defendants?

18  A.   Yes.

19  Q.   You mentioned earlier that you have concluded that the

20  defendants will induce and contribute to infringements of the

21  asserted claims if their ANDA does get approved.  Have you

22  prepared a demonstrative listing of principal materials that

23  you considered in your infringement analysis?

24  A.   Yes.

25  Q.   If we could please display PDX 4.2.  What are the

Rettig - direct - Krause                                   535

```
 1  principle materials that you considered?
 2  A.   As shown here, the 438 patent.  The Court's opinion on the
 3  marketing patent claim construction.  The parties agreed
 4  claimed constructions, the defendants proposed labels, the
 5  Zytiga label from 2011, 2012, 2015 and 2018, documents
 6  referenced by the defendants' experts, and then the depositions
 7  of Drs. de Bono, Charnas, Lee, Louis Langas and the defendants'
 8  representatives.
 9  Q.   Have you also prepared a demonstrative to summarize the
10  legal principles you were asked to follow in reaching your
11  opinions on infringement?
12  A.   Yes.
13        MR. KRAUSE:  If we could display PDX 4.3.
14  Q.   And what are the legal principals that you applied in your
15  analysis?
16  A.   Shown here, there's principal of direct infringement,
17  induced infringement, and contributory infringement.
18  Q.   And what legal principles relate to direct infringement?
19  A.   The person who performs all of the steps of a claimed
20  method.
21  Q.   What are the principles related to induced infringement?
22  A.   Defendant has knowledge of the patent, direct infringement
23  by another person will occur, and the defendant knowingly
24  induces that infringement and has specific intent to encourage
25  that infringement.
```

Rettig - direct - Krause                    536

1    Q.   And finally, what are the principles relating to the

2    contributory infringement?

3    A.   Again, the defendant has knowledge of the patent, direct

4    infringement of the patent method using a component supplied by

5    the defendant, the component is a material part of the

6    invention, and finally, the defendant knows the component is

7    especially made or adapted for infringement, not suitable for

8    substantial non-infringing uses.

9    Q.   Do you understand that the Court has interpreted some of

10   the claim terms, and the parties have agreed on the

11   interpretation of other terms?

12   A.   Yes.

13   Q.   Did you apply those claimed construction in performing

14   your infringement analysis?

15   A.   Yes.

16   Q.   Did you analyze infringement from the perspective of a

17   person of ordinary skill?

18   A.   Yes.

19   Q.   Have you offered an opinion on the definition of a person

20   of ordinary skill in this case?

21   A.   Yes, I have.

22   Q.   Have you prepared a demonstrative with your definition of

23   a person of ordinary skill?

24   A.   Yes.

25           MR. KRAUSE:  If we could please look at PDX 4.9.

Rettig - direct - Krause

 1   BY MR. KRAUSE:

 2   Q.   In your opinion, what is the definition of a person of

 3   ordinary skill?

 4   A.   Described here.  A person of ordinary skill would be a

 5   physician specializing in urology or medical oncology who has

 6   significant practical experience in the treatment of patients

 7   with prostate cancer.  Such a person would've worked in a team

 8   or setting that includes access to one or more individuals who

 9   have expertise in endocrinology, biochemistry, pharmacology

10   and/or molecular biology, or related field of science, and who

11   has experience in prostate cancer treatments or androgen

12   synthesis and action.

13   Q.   Are you familiar with defendants definition of a person of

14   skill?

15   A.   Yes.

16   Q.   If defendants' definition of a person of skill were

17   applied, would any of your opinions on infringement change?

18   A.   No.

19   Q.   Before we talk about infringement in depth, let's briefly

20   discuss what the asserted claims cover, starting with claim 11.

21         Have you prepared a demonstrative showing claim 11 and

22   the claims from which it depends?

23   A.   Yes.

24         MR. KRAUSE:  If we could please show PDX 4.4.

25   BY MR. KRAUSE:

Rettig - direct - Krause                        538

1    Q.   What types of patients does claim 1 and, by dependency,

2    claim 11 require that the drugs be administered to?

3    A.   Prostate cancer patients.

4    Q.   And what is the relationship between mCRPC and prostate

5    cancer?

6    A.   mCRPC is a form or sub-type of prostate cancer, it is

7    prostate cancer.

8    Q.   Let's say a person administers therapeutically effective

9    amounts of abiraterone acetate and prednisone to patients with

10   mCRPC, is anything else required to directly infringe claim 1?

11   A.   No.

12   Q.   What does claim 11 say about therapeutically effective

13   amounts of abiraterone acetate and prednisone?

14   A.   It calls out the specific dosages of both compounds, 1000

15   milligrams per day of abiraterone acetate and 10 milligrams per

16   day of prednisone.

17   Q.   If those dosages are administered to a patient with mCRPC,

18   what does claim 11 say about whether those amounts are

19   therapeutically effective?

20   A.   That they are, indeed, therapeutically effective.

21   Q.   If the 1000 milligrams per day of abiraterone acetate and

22   10 milligram per day of prednisone are administered to a

23   patient with mCRPC, are any other requirements in claim 11 that

24   need to be found?

25   A.   No.

Rettig - direct - Krause                    539

1    Q.   Now, let's look briefly at claims 4 and 8.

2             Have you prepared a demonstrative showing claims 4 and

3    8 and the claims from which they depend?

4    A.   Yes.

5             MR. KRAUSE:  Let's look at PDX 4.5.

6    BY MR. KRAUSE:

7    Q.   What do claims 4 and 8 say about therapeutically-effective

8    doses of abiraterone acetate and prednisone?

9    A.   So claims 4 and 8 are, respectively, calling out the

10   individual drugs.

11            So in claim 4, it's identifying the dose of

12   abiraterone acetate as 1000 milligrams per day.  And in claim

13   8, it's calling out the specific doses of prednisone that's

14   therapeutically effective as 10 milligrams per day.

15   Q.   Finally, let's look at claims 19 and 20.  Have you

16   prepared a demonstrative of claims 19 and 20 and the claims

17   from which they depend?

18   A.   Yes.

19            MR. KRAUSE:  Let's look at PDX 4.6.

20   BY MR. KRAUSE:

21   Q.   What do claims 19 and 20 say about therapeutically

22   effective doses of abiraterone acetate and prednisone?

23   A.   So claim 19 is dependent on claim 18 which is dependent on

24   claim 12.  So what it's doing it's identifying abiraterone --

25   the specific and therapeutically effective doses of abiraterone

Rettig - direct - Krause

540

1  acetate and prednisone for prostate cancer that is refractory,

2  a refractory prostate cancer.

3       In claim 20, is building on that, and it's, again,

4  calling out the specific dosages of abiraterone acetate and

5  prednisone that are therapeutically effective when administered

6  to patients that have had Docetaxel shown in claim 17, upon

7  which claim 20 is dependent.

8  Q.   Please turn to PTX-406 in your binder, if you would?

9  A.   Got it.

10 Q.   Do you recognize PTX-406 as a copy of the February 2018

11 Zytiga label?

12 A.   I do.

13 Q.   How do physicians, such as yourselves, use the Zytiga

14 label?

15 A.   First and foremost, what one does as a physician is, you

16 look at why you would use a therapy and you look at the

17 indications and usage, and that is where you start.  Why would

18 you use this therapy.

19      The rest of the document is then reviewed because that

20 tells you some of the specifics on how to use the -- the --the

21 -- the therapy in question here, Zytiga and prednisone.  What

22 doses is an example, certain warnings and precautions and

23 specific issues that are related to that therapy.

24 Q.   Did you analyze defendants' ANDA labels and the Zytiga

25 label as part of your work in this case?

 1  A.   I did.

 2  Q.   Let's quickly identify the defendants' labels for the

 3  records.   Is JTX-8011 Amerigen's label?

 4  A.   It is.

 5  Q.   Is PTX-359?

 6  A.   Got it.

 7  Q.   Is Amneal's label?

 8  A.   Yes.

 9  Q.   Is PTX-367 DRL's label?

10  A.   Yes.

11  Q.   Is PTX-372 Mylan's label?

12  A.   Yes.

13  Q.   Is PTX-383 Teva's label?

14  A.   Yes.

15  Q.   PTX-393, is that West-Ward's label?

16  A.   Yes.

17  Q.   And finally, is PTX-397 Wockhardt's label?

18  A.   Yes.

19  Q.   From whose perspective or expertise did you analyze

20  defendants' ANDA labels and the Zytiga label?

21  A.   A person of ordinary skill.

22  Q.   At a high level, how do defendants' labels, ANDA labels,

23  compare with the Zytiga label?

24  A.   They're essentially the same, no substantial differences.

25  Q.   How do the defendants' ANDA labels compare to one another?

Rettig - direct - Krause                        542

 1  A.   The same answer.

 2  Q.   How would the defendants' use of abiraterone acetate

 3  differ if they follow defendants' ANDA labels instead of the

 4  Zytiga label for mCRPC patients?

 5  A.   They wouldn't differ.

 6  Q.   Let's look at Amneal's ANDA label as an example of

 7  defendants' ANDA labels.

 8         Please turn to PTX-359.

 9  A.   Got it.

10  Q.   The top of the first page has the heading "Highlights of

11  Prescribing Information."

12         What does that mean?

13  A.   That's the summary of the prescribing information.  It's

14  not as complete as the full prescribing information, which

15  comes next.

16  Q.   Okay.  You anticipated my next question.

17         Please look at the bottom of the same page.  It has

18  the heading "Full Prescribing Information."  What does that

19  refer to?

20  A.   As I just said, that's a more detailed description of the

21  therapy.  It's more robust, more detailed.

22  Q.   Did you prepare a demonstrative showing the indications

23  and usage section of the Amneal label?

24  A.   Yes.

25         MR. KRAUSE:  If we could, please display PDX 4.7.

1   BY MR. KRAUSE:

2   Q.   What is shown here?

3   A.   So you're seeing the indications and usage section for the

4   highlights and -- of the prescribing information, and the full

5   prescribing information.

6   Q.   How do physicians use the indications and usage section of

7   drug labels?

8   A.   They go to it, generally, first to determine why a therapy

9   is being used.

10  Q.   What does the indications and usage section of Amneal's

11  ANDA label tell physicians about how abiraterone acetate should

12  be used?

13  A.   That is to be used with prednisone for its treatment of

14  patients with mCRPC.

15  Q.   How does the indications and usage section of Amneal's

16  label substantively compare to the other defendants' labels?

17  A.   The same.

18  Q.   How does a physician identify the appropriate dosage of

19  the drug?

20  A.   The next section is called the dosage and administration

21  section, and that tells you what the dosage of the appropriate

22  drugs are.

23  Q.   Did you prepare a demonstrative showing the dosage and

24  administration section of the Amneal label?

25  A.   Yes.

```
 1            MR. KRAUSE:  Let's please display PDX 4.8.

 2   BY MR. KRAUSE:

 3   Q.   And what is shown here?

 4   A.   You have the dosage and administration sections of the

 5   highlights of the prescribing information and full prescribing

 6   information.

 7   Q.   What does the dosage and administration section of

 8   Amneal's ANDA label instruct as to doses of abiraterone acetate

 9   and prednisone?

10   A.   The dosage and administration section for mCRPC of

11   abiraterone acetate is a thousand milligrams, and for

12   prednisone it's 10 milligrams a day, it's 5 milligrams twice

13   per day.

14   Q.   How does the dosage and administration section of Amneal's

15   label substantively compare to the other defendants' labels?

16   A.   The same.

17   Q.   Did you compare the asserted claims to the defendants'

18   ANDA labels?

19   A.   Yes.

20   Q.   How does the method of treatment covered by the asserted

21   claims compare to the method of treatment described in

22   defendants' ANDA labels?

23   A.   It's covered.

24   Q.   Did you analyze whether following the instructions in

25   defendants' ANDA labels would result in direct infringement of
```

Rettig - direct - Krause                              545

 1   the asserted claims?

 2   A.   Yes.

 3   Q.   What is your opinion as to whether someone following

 4   defendants' ANDA labels would directly infringe the asserted

 5   claims of the '438 patent?

 6   A.   That they would directly infringe.

 7   Q.   If you could, please turn to PTX-450 through 457 in your

 8   book.

 9   A.   Okay.  I'm at 450.

10   Q.   Generally, what are these exhibits?

11   A.   These are exhibits showing a chart of the '438 patent

12   claims against the defendants' proposed ANDA labels.

13   Q.   For the record, let's identify which exhibit corresponds

14   to which defendant.  Is PTX-450 a comparison of the asserted

15   claims to Amerigen's label?

16   A.   Yes.

17   Q.   And is PTX-451 a comparison of the asserted claims to

18   Amneal's label?

19   A.   Yes.

20   Q.   Is PTX-452 a comparison of the asserted claims to DRL's

21   label?

22   A.   Yes.

23   Q.   Is PTX-453 a comparison of the asserted claims to Mylan's

24   labels?

25   A.   Yes.

Rettig - direct - Krause

1   Q.   Is PTX-454 a comparison of the asserted claims to Teva's

2   label?

3   A.   Yes.

4   Q.   Is PTX-455 a comparison of the asserted claims to

5   West-Ward's label?

6   A.   Yes.

7   Q.   Is PTX-456 a comparison of the asserted claims to

8   Wockhardt's label?

9   A.   Yes.

10  Q.   And finally, is PTX-457 a comparison of the asserted

11  claims to Zytiga's label?

12  A.   Yes.

13  Q.   What sections of the labels do the summary exhibits

14  primarily refer to?

15  A.   Dominantly, the indications and usage sections, the

16  clinical trials section, and the dosage and administration

17  section.

18  Q.   How similar are the indications and usage sections and the

19  dosage and administrations sections of defendants' ANDA labels

20  and the Zytiga label, with respect to mCRPC?

21  A.   There are no substantive differences.

22  Q.   How did your analysis in the summary exhibit related to

23  Amneal's ANDA label, PTX-451, compare to your analysis in the

24  other summary exhibits of the other defendants' ANDA labels?

25  A.   They are the same.

1    Q.   Can we use Amneal's label as a representative example

2    then?

3    A.   Yes.

4    Q.   Did you prepare a series of demonstratives to help explain

5    your infringement analysis of each claim?

6    A.   Yes.

7    Q.   Are the demonstratives that you prepared labelled PDX 4.10

8    through PDX 4.53?

9    A.   Yes.

10   Q.   Let's take the asserted claims one at a time, starting

11   with claim 11.

12          MR. KRAUSE:  If we could please show PDX 4.10.

13   BY MR. KRAUSE:

14   Q.   What claims does claim 11 depend upon?

15   A.   Claim 11 depends on claim 10, which, in turn, depends on

16   claim 1.

17   Q.   Let's look at how claim 1 relates to defendants' ANDA

18   labels first.

19          MR. KRAUSE:  If we could show PDX 4.11.

20   BY MR. KRAUSE:

21   Q.   Where is the claim element, "a method for the treatment of

22   a prostate cancer in a human comprising," found in defendants'

23   ANDA labels?

24   A.   That is in the indications and usage section of the full

25   prescribing information as shown here, where it calls out

 1   metastatic castration-resistant prostate cancer in patients,

 2   and metastatic castration-resistant prostate cancer is a form

 3   of prostate cancer in a human being.

 4           MR. KRAUSE:  If we could please show PDX 4.12.

 5   BY MR. KRAUSE:

 6   Q.  Where are the claim elements, "administering to said human

 7   a therapeutically effective amount of abiraterone acetate or a

 8   pharmaceutically-acceptable salt thereof, and a therapeutically

 9   effective amount of prednisone" found in defendants' ANDA

10   labels?

11   A.  Dosage and administration section of the full prescribing

12   information, with a specific dosage of abiraterone acetate at

13   1000 milligrams a day and prednisone of 5 milligrams orally

14   twice per day, or 10 milligrams total per day are called out.

15   Q.  And again, the indications and usage section is referring

16   to the use of abiraterone acetate and prednisone; is that

17   right?

18   A.  Yes, that's correct.

19   Q.  How many elements of claim 1 are present when defendants'

20   ANDA products are used, according to defendants' ANDA labels?

21   A.  All of them.

22   Q.  Let's look at claim 10 upon which claim 11 also depends.

23           MR. KRAUSE:  If we could please show PDX 4.13.

24   BY MR. KRAUSE:

25   Q.  Where is claim 10's claim element, "the method of claim 1

Rettig - direct - Krause                           549

1    comprising" in defendants' ANDA labels?

2    A.   In my previous discussion for claim 1.

3          MR. KRAUSE:  If we could now show PDX 4.14.

4    BY MR. KRAUSE:

5    Q.   Where is claim 10's claim element "administering to said

6    human about 500 milligrams per day to about 1500 milligrams per

7    day of abiraterone acetate or a pharmaceutically-acceptable

8    salt thereof, and about 0.01 milligrams per day to about 500

9    milligrams per day of prednisone" in defendants' ANDA labels?

10   A.   The dosage and administration section, the full

11   prescribing information, which again calls out the specific

12   doses of abiraterone acetate and prednisone as 1000 milligrams

13   per day and 10 milligrams total per day, respectively.  Those

14   are dosages that fall within the range that are cited in claim

15   10.

16   Q.   How many elements of claim 10 are present when defendants'

17   ANDA products are used according to defendants' ANDA labels?

18   A.   All.

19   Q.   Now let's talk about claim 11 itself.

20          MR. KRAUSE:  If we could please show PDX 4.15.

21   BY MR. KRAUSE:

22   Q.   Where is claim 11's element "the method of claim 10

23   comprising" in defendants' ANDA labels?

24   A.   In my discussion of claim 10.

25   Q.   The one that you just provided?

Rettig - direct - Krause                    550

```
 1   A.   Yes, the one that I just provided.

 2            MR. KRAUSE:  If we could please show PDX 4.16.

 3   BY MR. KRAUSE:

 4   Q.   Where is claim 11's claim element "administering to said

 5   human about 1000 milligrams per day of abiraterone acetate or a

 6   pharmaceutically-acceptable salt thereof, and about

 7   10 milligrams per day of prednisone" in defendants' ANDA

 8   labels?

 9   A.   Again, in the dosage and administration section of the

10   full prescribing information where it describes the specific

11   doses of abiraterone acetate and prednisone at a thousand

12   milligrams per day and 10 milligrams per day total,

13   respectively.  And those dosages match precisely with those

14   that are described in claim 11.

15            MR. KRAUSE:  If we could please show PDX 4.17.

16   BY MR. KRAUSE:

17   Q.   So how many elements of claim 11 are present when

18   defendants' ANDA products are used according to defendants'

19   ANDA labels?

20   A.   All of them.

21   Q.   Now let's talk about claim 4.

22            MR. KRAUSE:  And if we could please show PDX 4.18.

23   BY MR. KRAUSE:

24   Q.   What claims are claim 4 dependent upon?

25   A.   Claim 4 is dependent on claim 3, which in turn is
```

1  dependent on claim 2, which in turn is dependent on claim 1.

2  Q.   We've already covered claim 1, so let's look at claim 2.

3         MR. KRAUSE:  Please show PDX 4.19.

4  BY MR. KRAUSE:

5  Q.   Where is claim 2's claim element "the method of claim 1

6  wherein," in defendants' ANDA labels?

7  A.   That was in my earlier discussion of claim 1.

8         MR. KRAUSE:  If we could show PDX 4.20.

9  BY MR. KRAUSE:

10  Q.   Where is claim 2's claim element, "the therapeutically

11  effective amount of the abiraterone acetate, or

12  pharmaceutically-acceptable salt thereof, is from about

13  50 milligrams per day to about 2,000 milligrams per day" in

14  defendants' ANDA labels?

15  A.   In the dosage and administration section of the full

16  prescribing information, where the dosages of abiraterone

17  acetate and prednisone are identified as 1000 milligrams and

18  10 milligrams total per day, respectively.  I'm sorry, just

19  abiraterone acetate is called out in the claim 2.  So

20  abiraterone acetate at 1000 milligrams per day, and that falls

21  within the range that is identified in claim 2.

22  Q.   How many elements of claim 2 are present when defendants'

23  ANDA products are used according to the defendants' ANDA

24  labels?

25  A.   All.

Rettig - direct - Krause                                    552

1   Q.   Now let's look at claim 3 upon which claim 4 also depends.

2           MR. KRAUSE:  If we could show PDX 4.21.

3   BY MR. KRAUSE:

4   Q.   Where is claim 3's claim element "the method of claim 2

5   wherein" in defendants' ANDA labels?

6   A.   As you can see my immediate past discussion for claim 2.

7           MR. KRAUSE:  If we could show PDX 4.22.

8   BY MR. KRAUSE:

9   Q.   Where is claim 3's claim element, "the therapeutically

10  effective amount of the abiraterone acetate, or a

11  pharmaceutically-acceptable salt thereof, is from about

12  500 milligrams per day to about 1500 milligrams per day" in

13  defendants' ANDA labels?

14  A.   In the dosage and administration section of the full

15  prescribing information, where the dosage of abiraterone

16  acetate tablets are identified as a thousand milligrams per

17  day, which is the doses that falls within the range described

18  in claim 3.

19  Q.   How many elements of claim 3 are present when defendants'

20  ANDA labels are used according to defendants' -- defendants'

21  ANDA products are used according to their labels?

22  A.   All.

23  Q.   Now let's look at claim 4 itself.

24           MR. KRAUSE:  If we could show PDX 4.23.

25  BY MR. KRAUSE:

Rettig - direct - Krause                    553

1   Q.   Where is claim 4's claim element, "the method of claim 3

2   wherein," in defendants' ANDA labels?

3   A.   See my discussion of claim 3 we just had.

4            MR. KRAUSE:  If we could show PDX 4.24.

5   BY MR. KRAUSE:

6   Q.   Where is claim 4's claim element, "the therapeutically

7   effective amount of the abiraterone acetate, or

8   pharmaceutically acceptable salt thereof, is about 1000

9   milligrams per day" in defendants' ANDA labels?

10  A.   In the dosage and administration section of the full

11  prescribing information.  Again, abiraterone acetate tablets

12  have a dosage that is identified as 1000 milligrams per day,

13  and that precisely matches the dosage that's identified in

14  claim 4.

15           MR. KRAUSE:  If we could show PDX 4.25.

16  BY MR. KRAUSE:

17  Q.   How many elements of claim 4 are present when defendants'

18  ANDA products are used according to defendants' ANDA labels?

19  A.   All.

20  Q.   Now let's talk about claim 8.

21           MR. KRAUSE:  If we could please show PDX 4.26.

22  BY MR. KRAUSE:

23  Q.   What claims are claim 8 dependent upon?

24  A.   Claim 8 is dependent on claim 7, which is, in turn,

25  dependent on claim 6, which is, in turn, dependent on claim 1.

1  Q.   We've already covered claim 1, so let's look at claim 6.

2          MR. KRAUSE:  If we could please show PDX 4.27.

3  BY MR. KRAUSE:

4  Q.   Where is claim 6's claim element, "the method of claim 1

5  wherein," in defendants' ANDA labels?

6  A.   In my previous discussion for claim 1.

7          MR. KRAUSE:  And if we could show PDX 4.28.

8  BY MR. KRAUSE:

9  Q.   Where is claim 6's claim element "the therapeutically

10 effective amount of the prednisone is from

11 about 0.01 milligrams per day to about 500 milligrams per day"

12 in defendants' ANDA labels?

13 A.   It's also in the dosage and administration section of the

14 full prescribing information which identifies the precise

15 dosage of prednisone as 5 milligrams orally twice daily for a

16 total of 10 milligrams per day, which falls within the range

17 identified in claim 6.

18 Q.   So how many elements of claim 6 are present when

19 defendants' ANDA products are used according to defendants'

20 ANDA labels?

21 A.   All.

22 Q.   Now let's look at claim 7 on which claim 8 also depends.

23          MR. KRAUSE:  If we could show PDX 4.29.

24 BY MR. KRAUSE:

25 Q.   Where is claim 7's claim element, "the method of claim 6

Rettig - direct - Krause                    555

1   wherein," in defendants' ANDA labels?

2   A.   In my discussion for claim 6.

3          MR. KRAUSE:  If we could show PDX 4.30.

4   BY MR. KRAUSE:

5   Q.   Where is claim 7's claim element, "the therapeutically

6   effective amount of the prednisone is from about 10 milligrams

7   per day to about 250 milligrams per day," in defendants' ANDA

8   labels?

9   A.   In the dosage and administration section of the full

10  prescribing information, which identifies a dosage of

11  prednisone of 5 milligrams orally twice daily or a total of 10

12  milligrams per day, which falls within the range that is

13  described in claim 7.

14  Q.   So how many elements of claim 7 are present when

15  defendants' ANDA products are used according to defendants'

16  ANDA labels?

17  A.   All.

18  Q.   Now let's look at claim 8 itself.

19         MR. KRAUSE:  Please show PDX 4.31.

20  BY MR. KRAUSE:

21  Q.   Where is claim 8's claim element "the method of claim 7

22  wherein," in defendants' ANDA labels?

23  A.   In my discussion for claim 7.

24         MR. KRAUSE:  If we could show PDX 4.32.

25  BY MR. KRAUSE:

1   Q.   Where is claim 8's claim element, "the therapeutically

2   effective amount of the prednisone is about 10 milligrams per

3   day" in defendants' ANDA labels?

4   A.   Dosage and administration section of the full prescribing

5   information, which identifies a dosage of prednisone of

6   5 milligrams orally twice daily or 10 milligrams total per day,

7   which precisely matches the dosage that's identified in claim

8   8.

9         MR. KRAUSE:  If we could show PDX 4.33.

10  BY MR. KRAUSE:

11  Q.   How many elements of claim 8 are present when defendants'

12  ANDA products are used according to defendants' ANDA labels?

13  A.   All.

14  Q.   Moving along to claim 19.

15        MR. KRAUSE:  If we could show PDX 4.34.

16  BY MR. KRAUSE:

17  Q.   What claims are claim 19 dependent upon?

18  A.   Claim 19 is dependent on claim 8, which in turn is

19  dependent on claim 12, which in turn is dependent on claim 1.

20  Q.   I'm sorry, Doctor, I believe you said claim 8?

21  A.   I'm sorry.  I misspoke.  19 is dependent on claim 18,

22  which is in turn dependent on claim 12, which in turn is

23  dependent on claim 1.

24  Q.   We've already covered claim 1, so let's look at claim 12.

25        Do you see the element of claim 12 that says, "said

Rettig - Direct - Krause                                    557

```
 1  prostate cancer is refractory prostate cancer"?
 2  A.   Yes.
 3  Q.   Is it your understanding that the parties agreed on the
 4  meaning of the term "refractory prostate cancer"?
 5  A.   Yes.
 6  Q.   Did you prepare a demonstrative setting forth the
 7  agreed-upon definition of refractory prostate cancer?
 8  A.   Yes.
 9          MR. KRAUSE:  If we could, please, show PDX 4.35.
10  BY MR. KRAUSE:
11  Q.   What is that agreed upon definition, Doctor?
12  A.   Prostate cancer that is not responding to an anti-cancer
13  treatment or prostate cancer that is not responding
14  sufficiently to an anti-cancer treatment.  Refractory prostate
15  cancer can, also, include recurring or relapsing prostate
16  cancer.
17  Q.   Doctor, how does mCRPC relate to refractory prostate
18  cancer, as that term has been defined?
19  A.   It is a form or type of refractory prostate cancer.
20  Q.   Let's turn back to claim 12.
21          MR. KRAUSE:  If we could show PDX 4.36.
22  Q.   Where is claim 12's claim element, "the method of claim 1
23  wherein," in defendants' ANDA labels?
24  A.   In my discussion in support for claim 1.
25          MR. KRAUSE:  If we could show PDX 4.37.
```

1   BY MR. KRAUSE:

2   Q.   Where is claim 12's claim element, "said prostate cancer

3   is refractory prostate cancer," found in the defendants' ANDA

4   labels?

5   A.   In the indications and usage section of the full-

6   prescribing information, which identifies metastatic

7   castration-resistant prostate cancer as the form of prostate

8   cancer that is refractory, and refractory prostate cancer is

9   what is described in claim 12.

10  Q.   How many elements of claim 12 are present when defendants'

11  ANDA products are used according to the defendant's ANDA

12  labels?

13  A.   All.

14  Q.   Now, let's look on claim 18, on which claim 12 depends.

15        MR. KRAUSE:  Please show PDX 4.38.

16  BY MR. KRAUSE:

17  Q.   Where is claim 18's claim element, "the method of claim 12

18  comprising," in defendant's ANDA labels?

19  A.   In my discussion for the support for claim 12.

20        MR. KRAUSE:  If we could show PDX 4.39.

21  BY MR. KRAUSE:

22  Q.   Where is claim 18's claim element, "administering to said

23  human about 500 milligrams per day to about 1500 milligrams per

24  day of abiraterone acetate, or a pharmaceutically acceptable

25  salt thereof, and about 0.01 milligrams per day to about

1   500 milligrams per day of prednisone."

2   A.   In the dosage and administration section of the full-

3   prescribing information, with the dosage of abiraterone acetate

4   is identified as 1000 milligrams per day and the dosage of

5   prednisone is 5 milligrams orally twice daily or 10 milligrams

6   total per day, and both of those dosages falls within the

7   respective ranges that are identified in claim 8 -- 18, excuse

8   me.

9   Q.   So how many elements of claim 18 are present when the

10  defendants' ANDA products are used according to the defendants'

11  ANDA labels?

12  A.   All.

13  Q.   Now, let's look at claim 19 itself.

14        MR. KRAUSE:  If we could show PDX 4.40.

15  BY MR. KRAUSE:

16  Q.   Where is claim 19's claim element, "the method of claim 18

17  comprising," in defendants' ANDA labels?

18  A.   In my discussion for the support for claim 18.

19        MR. KRAUSE:  And if we could turn to PDX 4.41.

20  BY MR. KRAUSE:

21  Q.   Where is claim 19's claim element, "administering to said

22  human about 1000 milligrams per day of abiraterone acetate, or

23  a pharmaceutically acceptable salt thereof, and about

24  10 milligrams per day of prednisone," in defendants' ANDA

25  labels?

Rettig - Direct - Krause                                    560

1   A.   That's in the dosage and administration section of the

2   full-prescribing information.  It, again, calls out the dosages

3   of abiraterone acetate at 1000 milligrams per day and

4   prednisone at 5 milligrams orally twice daily for a total of

5   10 milligrams a day which match -- which are dosages that match

6   precisely with those that are identified in claim 19.

7           MR. KRAUSE:  If we could, please, show PDX 4.42.

8   Q.   So how many elements of claim 19 are present when

9   defendants' ANDA products are used according to the defendants'

10  ANDA labels?

11  A.   All.

12  Q.   Now, let's look at the final asserted claim, claim 20.

13          MR. KRAUSE:  If we could show PDX 4.43.

14  Q.   What claims are claim 20 dependent upon?

15  A.   Claim 20 is dependent on claim 17, which, in turn, is

16  dependent on claim 14, which, in turn, is dependent on claim

17  13, which, in turn, is dependent on claim 12, which, in turn,

18  is dependent on claim 1.

19  Q.   We've already covered claims 1 and 12.  So let's look at

20  claim 13.

21          MR. KRAUSE:  If we could show PDX 4.44.

22  BY MR. KRAUSE:

23  Q.   Where is claim 13's claim element, "the method of claim 12

24  wherein," in defendants' ANDA labels?

25  A.   In my previous discussion for the support for claim 12.

1              MR. KRAUSE:  Now, if we could turn to PDX 4.45.

2    BY MR. KRAUSE:

3    Q.   Where is claim 13's claim element, "the refractory

4    prostate cancer is not responding to at least one anti-cancer

5    agent," found in defendants' ANDA labels?

6    A.   In the indications and usage section of the full-

7    prescribing information and the clinical study section for the

8    -- of the full-prescribing information.

9    Q.   Does the indications and usage section of defendants' ANDA

10   labels encompass mCRPC patients who are not responding to

11   docetaxel?

12   A.   Yes.  The indications and usage section describe

13   metastatic castration-resistant prostate cancer, and a subset

14   of those patients may have had docetaxel.  So docetaxel-treated

15   mCRPC patients represent a subset of all mCRPC patients.

16   Q.   Where do defendants' ANDA labels specifically refer to

17   treatment of docetaxel refractory prostate cancer patients?

18   A.   So that's in the clinical study section of the full

19   prescribing information, where the clinical trial Cougar AA301

20   -- the 301 study -- was conducted in patients with metastatic

21   CRPC who had received prior docetaxel chemotherapy.

22   Q.   What does the label's statement in the clinical studies

23   section, "patients with metastatic CRPC who had received prior

24   docetaxel chemotherapy," refer to?

25   A.   Those are patients who have metastatic

Rettig - Direct - Krause                562

1   castration-resistant prostate cancer and have, also, received

2   docetaxel-based chemotherapy.

3   Q.   What does the label's statement in this section,

4   "70 percent of patients had radiographic evidence of disease

5   progression, and 30 percent had PSA-only progression," meaning

6   with respect to whether patients in the trial had received

7   docetaxel?

8   A.   Those numbers are, specifically, calling out the manner in

9   which the cancer progressed or got worse after docetaxel-based

10  chemotherapy.

11  Q.   Will defendants' ANDA products be used with prednisone for

12  mCRPC who are not responding to the anti-cancer agent,

13  docetaxel?

14  A.   Yes.

15  Q.   How many elements of claim 13 are present when defendants'

16  ANDA products are used according to their labels for mCRPC who

17  are not responding to the anti-cancer agent, docetaxel?

18  A.   All.

19  Q.   Now, let's look at claims 14 and 17, on which claim 20

20  depends.

21          MR. KRAUSE:  Please show PDX 4.46.

22  BY MR. KRAUSE:

23  Q.   Where is claim 14's claim element, "the method of claim

24  13," in defendants' ANDA labels?

25  A.   In my discussion for the support for claim 13.

1            MR. KRAUSE:  If we could show PDX 4.47.

2    BY MR. KRAUSE:

3    Q.   Where is claim 14's claim element, "the at least one

4    anti-cancer agent comprises a hormonal ablation agent, an

5    anti-androgen agent or an anti-neoplastic agent," in

6    defendants' ANDA labels?

7    A.   In the indications and usage section of the full-

8    prescribing information and the clinical studies section of the

9    full-prescribing information.

10   Q.   Is docetaxel an anti-neoplastic agent?

11   A.   Yes.

12   Q.   How many elements of claim 14 are present when defendants'

13   ANDA products are used according to their labels for mCRPC

14   patients who are not responding to the anti-cancer agent,

15   docetaxel?

16   A.   All.

17   Q.   Let's look at claim 17.

18            MR. KRAUSE:  And if we could show PDX 4.48.

19   BY MR. KRAUSE:

20   Q.   Where is claim 17's claim element, "the method of claim 14

21   wherein," in defendants' ANDA labels?

22   A.   In my discussion for the support for claim 14.

23            MR. KRAUSE:  If we could show PDX 4.49.

24   BY MR. KRAUSE:

25   Q.   Where is claim 17's claim element, "the anti-neoplastic

1   agent comprises docetaxel," in defendants' ANDA labels?

2   A.   In the indications and usage section of the full-

3   prescribing information where the patients are described as

4   metastatic castration-resistant prostate cancer which can

5   include, but is not limited to, patients who have had

6   docetaxel-based chemotherapy; as well as the clinical studies

7   section of the full-prescribing information, where the 301

8   study is, specifically, described.  A study which was conducted

9   in patients who had received prior docetaxel chemotherapy.

10  Q.   How many elements of claim 17 are present when defendants'

11  ANDA products are used according to their labels for mCRPC

12  patients who are not responding to the anti-cancer agent,

13  docetaxel?

14  A.   All.

15  Q.   Finally, let's look at claim 20 itself.

16          THE COURT:  By the way, just to satisfy my curiosity,

17  is docetaxel a form of what I may be familiar with as Taxol?

18          THE WITNESS:  No.  Not quite, close.  So Taxol or

19  Paclitaxel?

20          THE COURT:  Yes.

21          THE WITNESS:  Is the parent compound in docetaxel.  Is

22  a semi-synthetic derivative.  Docetaxel is, also, called

23  Taxotere.  That's the brand name for docetaxel.

24          Docetaxel is the brand name for Taxotere,

25  T-a-x-o-t-e-r-e.

1          I'm sorry, I misstated that.  Docetaxel is the

2   chemical or generic name for the brand name, Taxotere.

3   BY MR. KRAUSE:

4   Q.   So if we could turn to claim 20 itself.

5          MR. KRAUSE:  And, please, show PDX 4.50.

6   BY MR. KRAUSE:

7   Q.   Where is claim 20's claim element, "the method of claim 17

8   comprising," in defendants' ANDA labels?

9   A.   In my discussion for the support for claim 17.

10          MR. KRAUSE:  If we could show PDX 4.51.

11   BY MR. KRAUSE:

12   Q.   Where is claim 20's claim element, "administering to said

13   human about 1000 milligrams per day of abiraterone acetate, or

14   a pharmaceutically-acceptable salt thereof, and about

15   10 milligrams per day of prednisone," in defendants' ANDA

16   labels?

17   A.   In the dosage and administration section of the full-

18   prescribing information where the dosage of abiraterone acetate

19   is 1000 milligrams once per day and the dosage of prednisone is

20   5 milligrams orally twice daily for a total of 10 milligrams

21   per day, which are the dosages that precisely match with the

22   dosages of those drugs described in claim 20.

23          MR. KRAUSE:  If we could please show PDX 4.52.

24   BY MR. KRAUSE:

25   Q.   So how many elements of claim 20 are present when

1  defendants ANDA products are used according to their labels for

2  mCRPC patients who are not responding to the anti-cancer agent,

3  docetaxel?

4  A.   All.

5  Q.   Just so we are clear, do all of the defendants' labels

6  contain, substantively, the same instructions as the Amneal

7  label we just walked through?

8  A.   Yes.

9  Q.   Is the same infringement analysis we just went through

10  applicable to each of the defendants' labels?

11  A.   Yes.

12          MR. KRAUSE:  If we could show PDX 4.53.

13  BY MR. KRAUSE:

14  Q.   In summary, are all elements of the asserted claims met by

15  following the instructions on defendants' ANDA labels?

16  A.   Yes.

17  Q.   Does the Zytiga label contain, essentially, the same

18  instructions we just discussed in relation to the defendants'

19  ANDA labels?

20  A.   Yes.

21  Q.   Are all elements of the asserted claims, likewise, met by

22  following the instructions of the Zytiga label?

23  A.   Yes.

24  Q.   We've run through the asserted claims.  Defendants, in

25  their pretrial brief, also contend that plaintiffs must prove

Rettig - Direct - Krause                        567

```
 1   that prednisone, when administered with defendants' abiraterone
 2   products, has anti-cancer effects.
 3            Do you have an opinion on whether prednisone has an
 4   anti-cancer effect when administered with defendants'
 5   abiraterone products, according to their labels?
 6   A.   Yes, my opinion is that prednisone, unequivocally, has an
 7   anti-cancer effect, when administered with abiraterone acetate,
 8   for the treatment of mCRPC patients.
 9   Q.   We will cover that in more detail later.
10            In your experience, how common is it for physicians to
11   follow the Zytiga label?
12   A.   Very common.
13   Q.   And how common is it for physicians to prescribe
14   abiraterone acetate with prednisone?
15   A.   Extremely common.
16   Q.   Do you prescribe abiraterone acetate with prednisone to
17   your mCRPC patients?
18   A.   Yes.
19   Q.   How often do you prescribe abiraterone acetate with
20   prednisone?
21   A.   Always.
22   Q.   In your experience, why do physicians with mCRPC patients
23   use abiraterone acetate with prednisone?
24   A.   Because of its treatment effect on mCRPC patients,
25   specifically, it makes them live longer.
```

Rettig - Direct - Krause                              568

Q.   How do physicians actually write prescriptions for
abiraterone acetate and prednisone?

A.   Two separate prescriptions, if you will, have to be
written.

     In general, the abiraterone acetate prescription is
not a simple prescription because it comes from a specialty
pharmacy, and the drug has to get prior authorization from the
patient's insurance if they're, not say, for example, a
veteran.  But in most practices, two sep -- a prescription is
sent in that is separate for abiraterone acetate and a separate
prescription for prednisone.

Q.   Generally speaking, what types of instructions do
physicians give their patients when prescribing abiraterone
acetate with prednisone?

A.   A number of instructions.  They describe how to take the
drug.  So, for example, do you take a drug on an empty stomach,
with food, what happens if you miss a dose, do you catch up the
same day, can you catch up the next day, what are some of the
side effects that one might have to watch out for.

     And, usually, I tell patients to contact me if they
have any questions.  And they can contact me by any one of
multiple mechanisms; they have my personal email, they have my
office number, and they have the UCLA page operator.

Q.   What do physicians use as the basis for their instructions
to patients about how to take Zytiga plus prednisone?

Rettig - Direct - Krause                                    569

1   A.   That they should be taken together, not literally at the

2   same time, but always together.  And that the Zytiga is taken

3   on an empty stomach, specifically, either one hour prior to

4   meals or two hours after a meal, so it has to be taken on an

5   empty stomach.  And the prednisone is taken twice per day,

6   5 milligrams twice per day, with food, typically breakfast and

7   dinner.

8   Q.   And what role does the label play in the instructions that

9   physicians give their patients?

10  A.   It informs the physicians on these instructions that I

11  just detailed.

12  Q.   Do you expect patients to follow their physicians'

13  instructions?

14  A.   Yes.

15  Q.   What happens if a physician learns that a patient is not

16  taking Zytiga plus prednisone as prescribed?

17  A.   It depends.  If it's a patient who is just not compliant

18  and recalcitrant to encouragement, then I would discontinue the

19  therapy and look for an alternative.

20       If a patient says, oh, I forgot to get the refill, but

21  continued wanting to take it, this is an example, I would

22  likely continue that therapy.  But it really depends on the

23  individual case.

24  Q.   Do you expect physicians to prescribe defendants' ANDA

25  products in the same way that you prescribe Zytiga?

1    A.    Yes.

2    Q.    And why is that?

3    A.    Because the defendants' proposed ANDA label -- labels, are

4    essentially identical to that of the Zytiga label, so they are

5    instructing the same thing.

6    Q.    Are all elements of the asserted claims met when

7    defendants' labels are followed?

8    A.    Yes.

9    Q.    And do the instructions on defendants' labels encourage

10   direct infringement of the asserted claims?

11   A.    Yes, that's my opinion.

12   Q.    Have you analyzed whether the defendants will induce

13   infringement of the asserted claims?

14   A.    Yes.

15   Q.    And what did you conclude?

16   A.    That they do induce infringement.

17   Q.    Did you prepare a demonstrative to help explain your

18   analysis of induced infringement?

19   A.    Yes.

20          MR. KRAUSE:  If we could please show PDX 4.54.

21          THE COURT:  Looking ahead, when you complete this

22   induced infringement demonstrative, I'd like to take our

23   morning break.  Okay?

24          MR. KRAUSE:  Yes, Your Honor.

25   BY MR. KRAUSE:

1   Q.   What did you conclude as to whether defendants' have

2   knowledge of the '438 patent?

3   A.   That they do have knowledge of the '438 patent.

4   Q.   And what is your basis for that?

5   A.   Well, one is the fact that we're here today, okay.  Two,

6   is that when they submit their ANDA, there's something called a

7   Paragraph 4 certification, which establishes that they have

8   looked, are aware of the patents that are associated with the

9   product at hand, with Zytiga.

10          So that's the evidence that I have.

11  Q.   What did you conclude as to whether there will be direct

12  infringement if defendants' ANDAs are approved?

13  A.   That there would be direct infringement.  And that is

14  based on the fact that physicians would follow the directions

15  in the ANDA -- the defendants' ANDA labels.  And those

16  directions cover all of the elements of all of the claims that

17  are asserted in the '438 patent.

18  Q.   What evidence are you aware of that defendants will

19  knowingly induce infringement with specific intent?

20  A.   The defendants' encourage infringement by distributing

21  abiraterone acetate with the label that instructs the direct

22  infringement.  As I said, they already -- they know of the

23  infringement by the Zytiga orange book listing, as I mentioned,

24  and their knowledge of the patent claims.

25          They also -- the defendants, that is, know that the

1  patent claims identify the specific dosages of 1000 milligrams

2  per day of abiraterone acetate and 10 milligrams per day of

3  prednisone as the therapeutically effective amount.

4        In addition, if the Court rules that following the

5  defendants' labels results in direct infringement, that would

6  be indisputable evidence that defendants know and intend

7  infringement.

8  Q.   In sum, what is your opinion with respect to whether the

9  defendants will induce infringement of the asserted claims?

10 A.   They will induce infringement.

11      MR. KRAUSE:  Your Honor.

12      THE COURT:  Okay.  Let's take our morning break, about

13 15 minutes.  It's close to 10:50 now.  Let's return at five

14 past 11.

15      (Recess at 10:48 a.m. to 11:08 a.m.)

16      THE COURT:  When you're ready.

17      MR. KRAUSE:  Thank you, Your Honor.

18 BY MR. KRAUSE:

19 Q.   Let's move to contributory infringement.

20      Have you analyzed whether defendants will contribute

21 to the infringement of the asserted claims?

22 A.   Yes.

23 Q.   What did you conclude?

24 A.   They will contributorily infringe.

25 Q.   Did you prepare a demonstrative to illustrate how the

Rettig - Direct - Krause                                       573

1   elements of contributory infringement are satisfied here?

2   A.   Yes.

3          MR. KRAUSE:   If we could put up PDX 4.55.

4   BY MR. KRAUSE:

5   Q.   Let's take these elements one at a time.  What evidence

6   are you aware of that defendants had knowledge of the '438

7   patent?

8   A.   It's my description earlier, one, that we're here today

9   discussing the '438 patent, so that's inherently clear or

10  obvious.  Two, they had knowledge through their ANDA label

11  submission or ANDA submission, rather.  And that requires

12  paragraph certification and knowledge that the patent was

13  listed in the orange book.

14  Q.   What evidence are you aware of that defendants will sell a

15  component used to directly infringe the '438 patented methods?

16  A.   Well, that's what they're seeking to do.  They're seeking

17  to distribute abiraterone acetate for its use as described in

18  the '438 patent methods of treatment.

19  Q.   Is defendants' generic abiraterone acetate a material part

20  of the '438 patented invention?

21  A.   Yeah.  There's only two drugs in that patent.  One of them

22  is abiraterone acetate.  So yes, it's a material component of

23  the invention.

24  Q.   In your view, did the defendants know that their ANDA

25  products are especially made for an infringing use and not a

1   staple article suitable for substantial non-infringing use?

2   A.   Yes, that's my understanding.  They know that the use of

3   their product will result in the direct infringement of the

4   asserted claims.  The defendants know this from their

5   understanding of the claim language, and they cannot market

6   their abiraterone acetate for uses that are not on the labels.

7   And if the Court rules that following defendants' labels

8   results in direct infringement, it is indisputable that

9   defendants know products are especially made for infringement.

10  Q.   Why do you believe defendants --

11           THE COURT:  Hold on one second.  Let me just ask you.

12  Are you aware of any significant off-label use of this

13  combination therapy?

14           THE WITNESS:  No, sir.

15           THE COURT:  You can put it under the short leg of a

16  table if you want to, but I mean, any medical use to which this

17  is commonly put?

18           THE WITNESS:  Absolutely not, no such use.

19           THE COURT:  All right.  Go ahead.

20  BY MR. KRAUSE:

21  Q.   Why do you believe defendants' ANDA products have no

22  substantial non-infringing uses, with respect to Claims 4, 8

23  and 11, which are directed to prostate cancer?

24  A.   As we said, the only indication in the label is for

25  metastatic castration-resistant prostate cancer, which call out

Rettig - Direct - Krause                    575

1   a therapeutically effective amount of abiraterone acetate and

2   prednisone at 1000 and 10 milligrams per day, which are the

3   dosages that are cited in the claims as well as in the patent,

4   so it's really the same concept, same patients, same dosages,

5   same disease state.

6   Q.   Why do you believe defendants' ANDA products have no

7   substantial non-infringing uses with respect to claim 19, which

8   is directed to refractory prostate cancer?

9   A.   Because metastatic castration-resistant prostate cancer is

10  a form of refractory prostate cancer.

11  Q.   Finally, let's talk about claim 20, which is directed to

12  refractory prostate cancer that is not responding to docetaxel.

13  Could defendants' ANDA products be used with prednisone in

14  mCRPC patients who haven't received docetaxel before?

15  A.   Yes.  That's indicated in the indications and usage

16  sections, which covers mCRPC.  A subset of those patients have

17  not had docetaxel, and a subset may have had docetaxel.

18  Q.   And why do you believe defendants' ANDA product have no

19  substantial non-infringing uses with respect to the asserted

20  claims when considering claim 20?

21  A.   Because they will infringe other claims.

22  Q.   In the pretrial brief, defendants argued that the use of

23  abiraterone without prednisone is a substantial non-infringing

24  use.  Do defendants' labels recommend using abiraterone acetate

25  with prednisone?

Rettig - Direct - Krause

1   A.   Yes, they always recommend abiraterone acetate with

2   prednisone.

3   Q.   Do they ever recommend using abiraterone acetate without

4   prednisone?

5   A.   No.

6   Q.   How often do you prescribe abiraterone acetate to be

7   administered without prednisone?

8   A.   Never.

9   Q.   To your knowledge, how often do physicians prescribe

10  abiraterone acetate to be administered without prednisone?

11  A.   Very, very uncommonly.

12  Q.   What is your opinion as to whether administration of

13  defendants' generic abiraterone acetate without prednisone is a

14  substantial non-infringing use?

15  A.   It's not.  It's not in the label.  It's not.

16  Q.   So would that use be unusual and off-label?

17  A.   That would be off-label, yes.

18  Q.   Do defendants' labels recommend administering prednisone

19  at a dose of less than 10 milligrams per day?

20  A.   No.

21  Q.   How often is abiraterone acetate administered to mCRPC

22  patients with a dose of prednisone that is less than

23  10 milligrams per day?

24  A.   Very, very uncommonly.

25  Q.   What is your opinion as to whether administration of

1   defendants' generic abiraterone acetate, with a dose of

2   prednisone that is less than 10 milligrams per day, is a

3   substantial non-infringing use?

4   A.   It is not a substantial non-infringing use, not an

5   infringing use.

6   Q.   Not a substantial --

7   A.   It would be off-label.

8   Q.   And why is that?

9   A.   Because the label cites a specific dose for mCRPC of

10  abiraterone acetate, 1000 milligrams and prednisone of

11  10 milligrams per day.

12  Q.   Do defendants' labels recommend using abiraterone acetate

13  with Eplerenone?

14  A.   No.

15  Q.   Just to review, what is Eplerenone?

16  A.   So Eplerenone is a -- what's called a competitive

17  antagonist of the mineralocorticoid receptor.  So, essentially,

18  what it does is it interferes with the ability of

19  mineralocorticoids to bind its cognate receptor, to turn on its

20  own receptor.

21  Q.   Is it common to use Eplerenone instead of prednisone with

22  abiraterone acetate?

23  A.   No.

24  Q.   Is using defendants' generic abiraterone acetate with

25  Eplerenone a substantial non-infringing use?

Rettig - Direct - Krause                        578

1  A.   No.

2  Q.   I'd like to shift gears a bit, Doctor, and talk a little

3  bit about your experience in speakers bureaus and so forth.  Do

4  you consult for pharmaceutical companies?

5  A.   Yes.

6  Q.   What companies do you consult for?

7  A.   I recently consulted for Bayer, I think Astellas, Johnson

8  & Johnson, and that's all I can think of that was recently.

9  Q.   Why do you consult for pharmaceutical companies?

10 A.   I'm asked to consult, and I choose to consult because I

11 gain insight into drug development, I get insight into what's

12 coming down the pipeline that I can tell patients.  And,

13 importantly, I can have input into drug development and also

14 participate in drug development.

15 Q.   Have you also served on speakers bureaus for

16 pharmaceutical companies?

17 A.   Yes.

18 Q.   What companies have you served on speakers bureaus for?

19 A.   In the distant past, Sanofi-Aventis, Medivation, and

20 currently, Johnson & Johnson.

21 Q.   Why do you participate in speakers bureaus?

22 A.   I've been asked, and it allows me to speak to community

23 physicians and healthcare providers and disseminate information

24 that I think will be beneficial to patients.  I do have some

25 interest in community doctors knowing me and seeing me more and

Rettig - Direct - Krause                    579

```
 1   more.  That's a way of connecting to the community and having

 2   name and face recognition so that they can refer patients

 3   comfortably to me, especially for clinical trials.

 4   Q.   How long did you serve on Janssen's speakers bureau for

 5   Zytiga?

 6   A.   Somewhere around 2013 is when I started.  I don't remember

 7   the exact date that it started.

 8   Q.   Are you still on that bureau?

 9   A.   I'm on the speakers bureau.  The Zytiga speakers bureau

10   was discontinued.

11   Q.   What did you do as a member of Janssen's speakers bureau?

12   A.   I presented FDA-approved material that provides a fair and

13   balanced overview and discussion of Zytiga and prednisone, in

14   combination, for mCRPC.

15   Q.   On average, about how much were you compensated per year

16   for your work as a member of Janssen's speakers bureau?

17   A.   I would say on average, over that period of time, of about

18   $30,000.

19   Q.   Have you ever turned down an invitation to join a speakers

20   bureau?

21   A.   Yes, on more than one occasion.  I just turned down an

22   invitation from Pfizer.

23   Q.   And why is that?

24   A.   One of the principal reasons is, if I don't feel

25   comfortable with the drug -- committed to the drug, and can't
```

1   speak to it in a genuine way.

2   Q.   Let's turn to the defendants' non-infringement arguments.

3   Defendants argued in the pretrial brief that they will not

4   induce infringement because their labels contain no information

5   directing physicians or patients to use prednisone as an

6   anti-cancer agent.

7          Did you see any language in the asserted claims

8   requiring any particular knowledge or intent?

9   A.   No.

10  Q.   Did you see any language in the asserted patent claims

11  requiring that the person administering the drugs intend for

12  prednisone to treat prostate cancer?

13  A.   No.

14  Q.   Did you see any language in the asserted patent claims

15  requiring that the person administering the drugs know that

16  prednisone contributes to anti-cancer effects in the

17  combination?

18  A.   No.

19  Q.   What do defendants' ANDA labels tell physicians about the

20  role of prednisone in combination with abiraterone acetate?

21  A.   That it is contributing to the overall anti-cancer effect

22  when used in combination with abiraterone acetate.

23  Q.   What parts of defendants' ANDA labels did you primarily

24  rely upon to reach that opinion?

25  A.   The indications and usage section, predominantly, but also

1  the dosage and administration section and the clinical trials

2  section.

3  Q.   Let's start with the indications and usage section of

4  defendants' ANDA labels, again using Amneal's ANDA label as a

5  representative example.

6         Did you prepare the demonstrative showing the

7  indications and usage section of Amneal's label?

8  A.   Yes.

9         MR. KRAUSE:   Let's look at PDX 4.56.

10  BY MR. KRAUSE:

11  Q.   Remind us again, what do physicians use the indications

12  and usage section for?

13  A.   When you open up a label, the first thing your eye goes to

14  and what it naturally does is, it goes to the indications and

15  usage section to identify why you're going to use the therapy

16  that's therein described.

17  Q.   How do the indications and usage sections of defendants'

18  ANDA labels compare to the Zytiga label, with respect to mCRPC?

19  A.   The same.

20  Q.   What would a physician understand abiraterone acetate and

21  prednisone are used for based on the indications and usage

22  section of defendants' ANDA labels?

23  A.   They are to be used in combination for mCRPC.

24  Q.   In combination with what?

25  A.   With -- abiraterone acetate and prednisone are to be used

1  in combination for mCRPC.

2  Q.   What else does the indications and usage section of

3  defendants' ANDA labels suggest abiraterone acetate and

4  prednisone are used for?

5  A.   Nothing else.

6  Q.   Is any disease or condition other than mCRPC mentioned in

7  the indications and usage section of defendants' labels?

8  A.   No.

9  Q.   Does the indications and usage section say anything about

10  using prednisone to treat side effects of abiraterone acetate?

11  A.   No, for sure, but I would use a different word than

12  "treat" when I use prednisone with respect to side effects

13  because "treat" has a specific meaning in this context.

14  Q.   Can you clarify that?

15  A.   You asked me the question about whether or not prednisone

16  is described in the indications and usage to treat side

17  effects, and I just said "treat" has a specific meaning in this

18  context as an anti-cancer effect.  So I would just say manage

19  side effects, or something like that.

20  Q.   Okay.  But regardless, the indications and usage section

21  doesn't say anything about using prednisone or abiraterone

22  acetate for side effects.  Is that fair to say?

23  A.   That's correct.

24  Q.   The indications and usage section refers to "treatment of

25  patients" with mCRPC.  How would physicians interpret treatment

1    "of patients" compared to "treatment of the disease" in the

2    context of a drug label?

3    A.   They're the same.

4    Q.   Are you familiar with Taxotere?

5    A.   Yes, sir.

6    Q.   What is Taxotere?

7    A.   Taxotere is the brand name for docetaxel.  Docetaxel is a

8    cytotoxic chemotherapy drug, and it is a semisynthetic

9    derivative from Paclitaxel, which is derived from the bark of

10   the Pacific yew tree.  And it is a chemotherapy drug that is

11   used across oncology, including prostate cancer.

12   Q.   Are you aware of a Taxotere label specifying that

13   Taxotere, in combination with prednisone, is indicated for the

14   treatment of patients with prostate cancer?

15   A.   Yes.

16   Q.   Is the structure of that Taxotere indication similar to

17   the indications and usage for Zytiga?

18   A.   Yes.

19   Q.   What would that Taxotere indication mean if read in

20   isolation?

21   A.   If one looks at the labels in isolation without

22   incorporating any other information, knowledge, experience, et

23   cetera, it has the same meaning, in that Taxotere is approved

24   in combination with prednisone to treat, I believe, the label

25   uses hormone refractory or androgen-dependent, because it was

Rettig - Direct - Krause                                    584

 1   originally approved in 2004 before we started to use the terms

 2   "mCRPC."  But effectively, the same disease in the same

 3   patients.

 4   Q.   What would that Taxotere indication mean to a physician or

 5   skilled person reading the label?

 6   A.   So when one looks at a label, one doesn't look at it in

 7   isolation.  We do use our brains and we try to incorporate our

 8   knowledge, training, experience -- the peer-reviewed

 9   literature.

10        And with Taxotere, there's no rationale to combine

11   Taxotere with prednisone for its anti-cancer effect.  In other

12   words, there's never a hypothesis proposed that I am aware of

13   that ever suggested that prednisone could potentiate Taxotere's

14   effect.

15        In addition, there's no clinical empiric evidence to

16   support that concept.  In other words, there was no analogous

17   study that was done with Zytiga and prednisone when there were

18   all of these Phase I and Phase II studies, which in my view,

19   established the rationale for combining abiraterone acetate

20   with prednisone.

21   Q.   Let's talk about the dosage of administration section of

22   defendants' ANDA label.

23   A.   Sure.

24   Q.   Did you prepare a demonstrative showing the dosage and

25   administration section of Amneal's label?

1   A.   Yes.

2          MR. KRAUSE:   If we could please put up PDX 4.57.

3   BY MR. KRAUSE:

4   Q.   Do you see the heading of Section 2.1 in Amneal's label

5   entitled "Recommended Dose For Metastatic CRPC?"

6   A.   Yes.

7   Q.   What does the phase "recommended dose for metastatic

8   CRPC", in the dosage and administration section, teach about

9   the effect of prednisone with abiraterone acetate?

10  A.   That it's being used to treat, with the doses cited,

11  metastatic CRPC.

12  Q.   What does the dosage and administration section of

13  defendants' ANDA labels provide, with respect to recommended

14  dosages of prednisone, for anything other than treating mCRPC,

15  such as preventing abiraterone acetate side effects?

16  A.   Nothing.

17  Q.   The dosage and administration section of Amerigen, Mylan

18  and Westward's labels omit the phrase "for metastatic CRPC."

19         What impact, if any, would that have on how physicians

20  understand those defendants' labels, compared to the other

21  defendants' labels?

22  A.   It wouldn't impact.  The dosage and administration we know

23  refers directly back to the indications and uses section, so it

24  would not impact.

25  Q.   Let's look at the clinical studies' section of the

1   defendants' ANDA labels.  Did you prepare a demonstrative

2   showing portions of the clinical studies' section of Amneal's

3   label?

4   A.   Yes.

5            MR. KRAUSE:  Let's look at PDX 4.58.

6   BY MR. KRAUSE:

7   Q.   What does the clinical studies' section of the defendants'

8   ANDA labels generally describe?

9   A.   So in this example here, it's describing the efficacy and

10  safety of abiraterone -- abiraterone acetate with prednisone in

11  three randomized controlled international studies.  I should

12  say, this is inaccurate, because the defendants' ANDA labels

13  only describe two of those controlled trials.

14  Q.   So they don't describe the trials relating to mCSPC?

15  A.   That's correct.

16  Q.   They were carved out?

17  A.   Right.  So they -- in the indications, as we discussed,

18  they carved out mCRPC and left out mCSPC because that's

19  protected, currently, by the FDA.  So there's no description of

20  the clinical trial related to mCSPC in their labels.

21  Q.   What was responsible for the anti-cancer efficacy of the

22  301 and 302 studies?

23  A.   Abiraterone acetate and prednisone.

24  Q.   Where does the clinical studies section refer to the

25  efficacy of the combination?

1  A.   It refers to it in the -- in these tables where they're

2  describing the survival benefit in the two studies.  So what

3  they're doing here is they're describing median survival --

4  this is the 301 or post-chemotherapy study.  They're also

5  describing what's called a hazard ratio.  So a hazard ratio of

6  -- sorry about that -- a hazard ratio that's shown here, a

7  hazard ratio of about .65, which means about a 35 percent

8  reduction in the risk of dying for patients who got the

9  abiraterone acetate with prednisone.

10        And then the P value.  This is a statistical value

11  that is describing the significant -- essentially, the way I

12  read that, is that there's a one in 10,000 chance that those

13  results occurred by chance.  There's similar data described for

14  the 302 study, which is the prechemotherapy study.  So say,

15  it's a quantitative summary of the results.

16  Q.   In addition to those data, the first sentence of the

17  section refers to the efficacy and safety of Zytiga with

18  prednisone was established; is that right?

19  A.   Yes, that's what we read.

20  Q.   And, likewise, under the headings for 301 and 302, it

21  refers to the improvement in overall survival for patients

22  treated with Zytiga with prednisone; is that correct?

23  A.   Correct.

24  Q.   What can a physician conclude about the respective

25  anti-cancer effects of abiraterone acetate and prednisone from

1   the data recited in the clinical studies section?

2   A.   That abiraterone acetate and prednisone are contributing

3   to the anti-cancer effect that's observed in these controlled

4   trials.

5   Q.   Could a physician conclude that the anti-cancer effects

6   are attributable only to abiraterone acetate?

7   A.   No, a physician would not make that conclusion.

8   Q.   Do defendants' clinical studies section --

9        THE COURT:  Expand on that a little bit.  I suppose,

10  ideally, we would have a third configuration in which

11  prednisone would be replaced by a placebo and perhaps that

12  would help in that conclusion, but explain to me what you mean.

13       THE WITNESS:  Sure.  So in the design of these

14  clinical trials, the clinical trial protocols would -- were

15  designed based upon earlier data.  So the way it works, is that

16  there's a hypothesis, so that was -- the de Bono hypothesis,

17  regarding, one, how abiraterone acetate could influence adrenal

18  hormones and he, also, predicted the mechanism of resistance

19  and how prednisone or corticosteroids could reverse that

20  resistance.  And then that was tested, and then in that

21  extension study, the 001 extension study, it was unequivocally

22  established that that hypothesis was accurate.  And it was

23  followed up on phase II studies, that further confirmed the

24  hypothesis.  So the hypothesis was already established.  So at

25  the time that the randomized controlled trials were being

Rettig - Direct - Krause                    589

1   designed, there was really no need to add an extra arm.  There

2   was no need, because it would have subjected more patients to

3   unnecessary research.  It would have profoundly increased the

4   number.  It wouldn't just be adding the same number of patients

5   because there's -- in another arm.  My understanding is, as you

6   increase the number of arms, because you do comparisons, that

7   there may need to be even more patients per arm.  So you're

8   talking about cost, safety, et cetera.

9           So in my view, if you look at all the data together,

10  the abiraterone acetate, in combination with prednisone, is

11  really established to be the effective combination not either

12  one on its own.

13          THE COURT:  So are you saying that we cannot reach a

14  conclusion just by looking at what's in front of me here on

15  this slide, but it requires the context of the earlier studies?

16          THE WITNESS:  Yeah.  So, typically, what a physician

17  would do would be, okay, there's the 301 study, let me pull

18  that paper.  And they look at the paper and they see

19  descriptions of the hypothesis and references to the earlier

20  phase studies to get a more fulsome assessment of what is going

21  on.

22          So, yes, Your Honor, you're correct.  If we look at

23  the clinical studies' section purely in isolation, that one

24  cannot make an unequivocal determination about the relative

25  contribution of abiraterone and prednisone to the overall

1    effect.

2          THE COURT:  Thank you.

3    BY MR. KRAUSE:

4    Q.   What do you mean by "the relative contribution," Doctor?

5    A.   The quantitative contribution percentage-wise.  I don't

6    think it really matters very much, they're both contributing.

7    Q.   That, regardless, your view of those data is that those

8    data indicate that both abiraterone acetate and prednisone are

9    contributing in the anti-cancer effect?

10   A.   Yes, absolutely.  Those phase III studies were not done in

11   isolation, in a black box, they were done in the context of

12   previous data.  So, yes, that's my conclusion.

13   Q.   Do defendants' clinical studies' section, aside from those

14   of the Amerigen label, contain the same information?

15   A.   Yes.

16   Q.   If you turn in your binder to JTX-8011, which is

17   Amerigen's label.

18   A.   Got it.

19   Q.   And look at the page stamped 104.  It's the "clinical

20   studies" heading.

21   A.   Okay.

22   Q.   Amerigen's label refers to the efficacy and safety of

23   abiraterone acetate tablets rather than abiraterone acetate

24   tablets with prednisone, like the other labels.  Do you see

25   that?

Rettig - Direct - Krause                    591

1  A.   Yes, I do.  I do.

2  Q.   And what is the revision date of the Amerigen label?

3  A.   I believe this is 2015 -- or 20 --

4  Q.   If you look at the last page.

5  A.   Sorry.  The very last page --  what page number is that?

6        THE COURT:  Last page before the next --

7        THE WITNESS:  I'm sorry.  The original date is

8  February 2015.  So this is the label that is not yet updated to

9  include abiraterone plus prednisone, that's my understanding.

10 Q.   I believe that's said 3/2015, is that March rather than

11 February, Doctor?

12 A.   I'm sorry -- I'm looking at the wrong one here.  This is

13 JTX-8011?

14 Q.   Yes, Doctor.

15 A.   So on Page 109 it says "revision 2/2015."  Should I be

16 looking at something else?

17 Q.   If you look at the very last page.

18 A.   The very last page.  Oh, yes.  I'm sorry, yes, it says

19 March 2015, yes.

20 Q.   Why does this language exist in Amerigen's label and not

21 the updated labels of the other defendants?

22 A.   It's just what was in the old label.  It hasn't been

23 updated yet.

24 Q.   Is the clinical studies' section of Amerigen's label

25 otherwise essentially identical to the other defendants'

Rettig - Direct - Krause                                    592

1   labels?

2   A.   Yes.

3   Q.   Would this difference, or other references in Amneal's

4   label to abiraterone acetate that do not say "with prednisone",

5   cause physicians to interpret Amerigen's label differently from

6   that of the other defendants?

7   A.   No.

8   Q.   And why is that?

9   A.   Because all of the material is essentially the same.  All

10  of the sections, the indications and usage section, all -- the

11  dosage and administration, the clinical trial sections are all

12  the same.

13  Q.   And in Amerigen's old label, when it refers to

14  "abiraterone acetate," how do you interpret that with respect

15  to whether it encompasses prednisone?

16  A.   It encompasses prednisone.  It's a shorthand way of

17  calling out that particular study arm.

18  Q.   Let's turn next to the "warnings and precautions section."

19  Why do physicians use a "warning and precautions section" on

20  drug labels?

21  A.   So what a physician does is he looks at the "indications

22  and usage section" and once that decision is made to deliver

23  therapy, or to consider delivering that therapy, one wants to

24  know about issues that may come up when administering that

25  therapy, abiraterone and prednisone.  So this is describing

1    some warnings and precautions that we want to do to keep

2    patients -- want to follow and be aware of in order to keep

3    patients as safe as possible.

4    Q.   How does the content of the "warnings and precautions

5    section" impact the meaning of the "indications and usage"?

6    A.   They're unrelated.  It does not impact.

7    Q.   Did you prepare a demonstrative showing section 5.2 of the

8    "warnings and precautions" section of Amneal's label?

9    A.   Yes.

10           MR. KRAUSE:  Let's look at PDX 4.59.

11   BY MR. KRAUSE:

12   Q.   Is section 5.2, essentially, the same in the other

13   defendants' ANDA labels and the Zytiga label?

14   A.   Yes.

15   Q.   Is section 5.2 a warning about adrenal insufficiency?

16   A.   Yes, that's what it's about.

17   Q.   What creates the risk of adrenal insufficiency that's

18   described here on the label?

19   A.   Prednisone.

20   Q.   Does section 5.2 of the defendants' ANDA labels suggest

21   that abiraterone acetate causes adrenal insufficiency?

22   A.   No.

23   Q.   What is creating the risk of adrenal insufficiency when

24   patients are withdrawn from prednisone, have prednisone dose

25   reductions, or experience unusual stress?

Rettig - Direct - Krause                              594

1    A.   So when corticosteroids like prednisone are administered

2    from the outside, exogenously, the patient takes the

3    corticosteroid as a pill, for example, the prednisone, for

4    example.  The adrenal glands see that and kind of go to sleep,

5    if you will.  So they stop making their own internal or

6    indigenous corticosteroids and there are situations where a

7    patient may need to make -- the adrenal glands need to make its

8    own cortisol, those would be ones which you withdraw or taper

9    the prednisone or -- and the adrenal glands need to make up for

10   that loss -- or when patients undergo what we call a

11   physiologic stress, a severe infection, a major trauma, a major

12   surgery, that normally requires additional cortisol to respond

13   to that stress.  So if the patient is on prednisone, for

14   example, and the adrenal gland is asleep, that additional

15   cortisol would not -- or another group of corticoids would not

16   be appropriately synthesized to manage that stressful

17   situation.

18   Q.   In the last sentence of the third paragraph of section 5.2

19   which we have here, the defendants' ANDA label states

20   "increased doses of corticosteroids may be indicated before,

21   during and after stressful situations."  Why may increased

22   doses of corticosteroids be indicated before, during and after

23   stressful situations?

24   A.   For the same reason that I just described, they need to

25   make additional steroids in those particular contexts.

Rettig - Direct - Krause                    595

1   Q.   How common is it for prednisone to be withdrawn or dose

2   reduced?

3   A.   In the context of abiraterone acetate?  Or in general?

4   Q.   In general, yes, Doctor.

5   A.   So that would be, in my experience, uncommon.  Very

6   uncommon.

7   Q.   Extremely rare?

8   A.   Yeah.

9   Q.   Do the defendants' labels recommend withdrawing or

10  reducing the dose of prednisone?

11  A.   No.

12  Q.   Now turn to section 5.1 of the "warnings and precautions

13  section" in the Amneal's ANDA label.

14  A.   Okay.

15  Q.   Did you prepare a demonstrative showing section 5.1 of

16  that label?

17  A.   Yes.

18  Q.   Let's look at PDX 4.60.

19  A.   Okay.

20  Q.   What does this section of the label address?

21  A.   This is addressing, in the "warnings and precautions,"

22  "hypertension, hypokinemia and fluid retention or edema due to

23  mineralocorticoid excess."

24  Q.   Is section 5.1 of Amneal's label, essentially, the same as

25  Zytiga label, and most of the other the defendants' ANDA

 1  labels?

 2  A.   Yes, essentially the same.

 3  Q.   Does section 5.1 contain any directions to administer

 4  prednisone to mitigate any side effects of abiraterone acetate?

 5  A.   No.

 6  Q.   Is section 5.1 of Mylan, Teva and Amerigen's ANDA labels

 7  different compared to the other labels?

 8  A.   No.

 9  Q.   Let's look at the Mylan label, for example, did you

10  prepare a demonstrative exhibit demonstrating --

11  A.   Yes.

12  Q.   -- showing section 5.1 --

13  A.   Yes.

14  Q.   -- showing "warnings and precautions"?

15  A.   Yes.

16  Q.   Please turn to PDX --

17          THE COURT:  Definitely.

18  Q.   4.61.

19          The last sentence here states, "co-administration of a

20  corticosteroid suppresses adrenocorticotropic hormone (ACTH)

21  thrive, resulting in reduction in the incidents and severity of

22  these adverse reactions."  Is that sentence present in the 2018

23  Zytiga label?

24  A.   No, it's not.  That's a mistake that I made.  I wasn't

25  sure which labels actually failed to remove that.

Rettig - Direct - Krause                              597

1    Q.   Understood.  There are a lot of labels.

2         Does this language direct the use of 10 milligrams per

3    day of prednisone to address mineralocorticoid excess related

4    to abiraterone acetate?

5    A.   No.

6    Q.   As a physician, what do you make of the removal of this

7    sentence from the Zytiga label?

8    A.   As a physician, what it is telling me is that the FDA did

9    not feel that it was necessary to include in the updated label.

10   Q.   What impact does the inclusion of the co-administration

11   sentence in Amerigen, Mylan and Teva's labels have on the

12   infringement analysis?

13   A.   No impact.

14   Q.   Can prednisone mitigate abiraterone acetate's side

15   effects, in addition to providing anti-cancer benefits?

16   A.   Absolutely.  It's really wonderful in that regard.  It has

17   an anti-cancer effect but, also, this added benefit.

18   Q.   Are you aware that Ms. O'Shea testified that FDA recently

19   ordered Teva to remove this co-administration of a

20   corticosteroid language from its label, and the FDA will likely

21   order Mylan and Amerigen to do the same?

22   A.   Yes.

23   Q.   I would like to return to one point, we talked about

24   section 5.2 of the "warnings and precautions" section before.

25   And I think you referred to the fact that, in your view,

Rettig - Direct - Krause                      598

1  exogenous corticosteroids make the adrenal gland fall asleep?

2  A.   Yes.

3  Q.   What makes the adrenal gland wake up or what is the next

4  step, so to speak, after prednisone withdrawal?

5  A.   So when prednisone is withdrawn and there are -- there are

6  going to be lower circulating glucocorticoids, and that is

7  recognized in the brain.  And what happens is, specifically,

8  the base of the brain, the hypothalamus and the anterior

9  pituitary, the pituitary receives that signal and starts to

10  make the hormone that we heard about a few days ago called

11  ACTH, and that's the hormone that governs all the steroid

12  production in the adrenal gland.  When that gets to the adrenal

13  gland, the adrenal gland says, okay, I'm going to start to make

14  more steroids, and that's the way this thermostat is sort of

15  reset when steroids are withdrawn.

16  Q.   And just to be clear, abiraterone acetate is not causing

17  the adrenal gland to fall asleep or any adrenal function?

18  A.   No, it's the prednisone.

19       MR. KRAUSE:  If we could put PDX-4.61 back up.

20  Q.   Again, this is relating to section 5.1 of the "warnings

21  and precautions" section.

22       What condition does section 5.1 generally relate to?

23  A.   The condition of mineralocorticoid excess.

24  Q.   What drugs can be used to manage mineralocorticoid excess?

25  A.   So typically what one would do is manage the specific

complication.  As an example, hypokalemia, which means low

serum potassium, could be managed very simply with dietary

supplementation.  So what I do is, I watch the potassium very

carefully, if it starts to go down I say, hey Mr. Smith, why

don't you eat another banana or two per day and that usually

takes care of it.  Hypertension is managed with well tolerated

antihypertension, either increasing a dose that they're on or

adding a new one, pretty simple to do.  And if they, on rare

occasions, very rare, I've had to introduce that drug we talked

about before, Eplerenone, the mineralocorticoid receptor

antagonist, which blocks, effectively, the action of the

mineralocorticoid as they exist in excess.

Q.   How does the toxicity of Eplerenone compare to prednisone?

A.   It's well tolerated and it would be my choice to use, as

opposed to adding glucocorticoids or increasing dosage of

glucocorticoids.  That's what I have always done whenever I

have -- I have never increased the dosage of prednisone beyond

10 milligrams to treat mineralocorticoid excess.  And in the

Phase I studies a protocol allowed for management of

mineralocorticoids -- mineralocorticoid excess, excuse me, with

Eplerenone first.  That was the first choice in the

overwhelming majority of patients who needed management of the

mineralocorticoid excess received Eplerenone.

Q.   And why would you choose the use of Eplerenone over

prednisone?

Rettig - Direct - Krause

1   A.   It's just more well tolerated.  There are literally

2   thousands of papers that cite that long -- acute, sub-acute and

3   chronic toxicities associated with prednisone and other

4   glucocorticoids.

5   Q.   What does the fact that the labels direct the use of

6   prednisone, rather than Eplerenone, indicate to you about

7   prednisone's role with abiraterone acetate?

8   A.   In the warnings and precautions it doesn't tell me

9   anything about the role of prednisone in abiraterone acetate.

10   Q.   What do you make of the fact that defendants' ANDA label

11   identify abiraterone acetate's mechanism of action, but do not

12   identify that of prednisone?

13   A.   My understanding is that there's the -- a requirement that

14   the only mechanism action that's described is that of the

15   labelled drug, which is Zytiga.  That's my understanding.

16   Q.   Why do you think it only shows the mechanism of action of

17   the label drug?

18   A.   That's what they're trying to get approved.  That's the --

19   prednisone has already been out there on the market.  It's a

20   generic drug produced by many different manufacturers.  So it's

21   really all about, largely, a Zytiga label.  It doesn't mean

22   prednisone isn't part of the anti-cancer effect.

23   Q.   How does the content of the mechanism of action section

24   impact the meaning of the indications and usage section?

25   A.   They're unrelated.  In my view, they're separate and

1   independent.

2   Q.   Defendants argued in their pretrial brief that they do not

3   have specific intent to induce infringement because prednisone

4   has never been FDA approved as an anti-cancer agent.  Among

5   practicing physicians is there a term for uses of the therapy

6   that are considered not FDA approved?

7   A.   Off-label.

8   Q.   And what are some examples of off-label use, from a

9   physician's perspective?

10  A.   Using different dosages, using different formulations,

11  let's say, an IV as opposed to an oral formulation.  Different

12  patients, different diseases.

13  Q.   So, for example, giving a drug indicated for prostate

14  cancer to a patient who doesn't have prostate cancer?

15  A.   Right, breast cancer.  Yeah.

16  Q.   What materials do physicians look at to determine whether

17  they are using a therapy on-label?

18  A.   They use the indications and uses section.

19  Q.   Have you analyzed, from a physician's perspective, whether

20  the asserted claims cover an off-label use of Zytiga and

21  defendant's generic abiraterone acetate?

22  A.   Yes.

23  Q.   What did you conclude?

24  A.   That -- I'm sorry can you please repeat the question?

25  Q.   Sure.  Have you analyzed, from a physician's perspective,

1  whether the asserted claims cover an off-label use of Zytiga

2  and defendants' generic abiraterone acetate?

3  A.   Yes, they don't cover an off-label use.

4  Q.   And why do you say that?

5  A.   Because they cover that which is FDA approved, which is

6  what is in the indications and usage section, which is, the

7  combination of abiraterone acetate and prednisone for treatment

8  of mCRPC.

9  Q.   What would a physician, reading the Zytiga label and the

10 defendants' labels, understand should be used for the safe and

11 effective treatment of mCRPC?

12 A.   The combination of abiraterone and prednisone.

13 Q.   Do the defendants' labels or Zytiga labels suggest that

14 abiraterone acetate, alone, is safe or effective to treat

15 mCRPC?

16 A.   No.

17 Q.   Do the defendants' labels or the Zytiga labels suggest

18 that prednisone, alone, is safe or effective to treat mCRPC?

19 A.   No.

20 Q.   From the perspective of a physician, is using prednisone

21 as an anti-cancer agent with the defendants' generic

22 abiraterone acetate, an off-label use?

23 A.   No.

24 Q.   Are you familiar with the labels for prednisone products?

25 A.   Somewhat, yes.

Rettig - Direct - Krause

603

1    Q.    Is prednisone indicated for mitigating fluid retention,

2    hypokalemia or hypertension?

3    A.    No.

4    Q.    In your perspective as a physician, is prednisone approved

5    as a stand alone monotherapy to treat any type of prostate

6    cancer?

7    A.    No.

8    Q.    Does the fact that prednisone is not approved to treat

9    prostate cancer as a stand alone therapy suggest to you that

10   prednisone is not approved to treat prostate cancer with

11   abiraterone acetate?

12   A.    No.

13   Q.    In your experience, can two drugs have effects in

14   combination that they would not have separately?

15   A.    Yes.

16   Q.    Are drugs sometimes approved in combination to treat

17   cancer when neither drug is approved as a stand alone therapy?

18   A.    Very frequently.

19   Q.    What are some examples of that?

20   A.    Combination chemotherapy is an example.  There are many

21   examples in the literature where monotherapy doesn't work.  But

22   the two in combination, for example, Gemcitabine and Platinol

23   for lung cancer, or with Gemcitabine and other agents for

24   ovarian cancer, in combination with Taxol for breast cancer.

25   Those are example where both drugs are used in combination,

```
 1    where one of them may not have much activity.
 2    Q.    In their pretrial brief, defendants argue that the use of
 3    prednisone with abiraterone to mitigate abiraterone side effect
 4    is a substantial non-infringing use.  Can prednisone mitigate
 5    abiraterone acetate side effect, in addition to providing
 6    cancer effects?
 7    A.    Sure, I think it's just a -- just an added benefit.  You
 8    have an anti-cancer effect and, by the way, you also have this
 9    effect on managing potential adverse effects of another drug.
10    Q.    How, if at all, did the mitigation of side effects impact
11    your conclusion that defendants' induce and contributorily
12    infringe the '438 patent?
13    A.    It does not.
14    Q.    Do physicians expect any therapy to be effective in
15    100 percent of patients?
16    A.    No.
17    Q.    In your experience, are FDA approved therapies effective
18    in every patient?
19    A.    No.
20    Q.    Let's turn to prednisone's anti-cancer effect.  Does
21    prednisone have an anti-cancer effect when administered at a
22    dosage of 10 milligrams per day of prednisone in combination
23    with 1000 milligrams per day of abiraterone acetate?
24    A.    Yes.
25    Q.    Have you prepared a demonstrative listing the principle
```

Rettig - Direct - Krause                              605

 1   evidence that you've seen that prednisone has an anti-cancer

 2   effect, when administered in combination with abiraterone

 3   acetate?

 4   A.   Yes.

 5   Q.   If we could put up PDX 4.62.

 6        Doctor, what is the principle evidence that prednisone

 7   has an anti-cancer effect when administered with abiraterone

 8   acetate?

 9   A.   So I think what you see here -- first off, I'll state

10   this, that this whole pathway from hypothesis to hypothesis

11   testing confirmation, is really the epitome of clinical and

12   translational science.

13        This is how it should be done.  You make a novel

14   hypothesis, as Dr. de Bono did, for the mechanism for the

15   anti-cancer effect of the combination, and then you start to

16   test it.  You learn about safety and you -- and in the

17   confirmation studies it was the extension study.  And therein,

18   Dr. de Bono established that the hypothesis was accurate,

19   literally in patients.  That's not easy to do.

20        And then he went on to -- later phase studies,

21   additional phase I and phase II studies, that showed that the

22   combination of abiraterone with prednisone has a more durable

23   effect on patients with metastatic castration-resistant

24   prostate cancer than abiraterone acetate alone.  A more durable

25   effect that would be far greater than that which would be

Rettig - Direct - Krause                606

1    expected by the simple addition of prednisone.

2            And then finally, sort of the epitome of the

3    culmination of this process, was the phase III clinical trials

4    that are required for regulatory approval and that's the 301

5    and 302 and eventually the LATITUDE studies.

6    Q.   Let's talk about how prednisone provides an anti-cancer

7    effect in combination with abiraterone acetate.  And I'd like

8    to focus on what is known today as opposed to what was known

9    back in 2006?

10   A.   Okay.

11   Q.   You explained earlier that the androgen receptor of the

12   prostate cancer cells is typically activated by androgens.

13   Remember that?

14   A.   Yes.

15   Q.   What are mutated androgen receptors?

16   A.   What's referred to -- in that term, mutated, are androgen

17   receptors have a mutation in a particular region or domain of

18   the androgen receptor and that's the domain that interacts with

19   androgens.  And what happens is when that domain is mutated, it

20   can start to be activated by non-androgen chemicals, other

21   steroids, as an example, and that's called promiscuous

22   activation of the androgen receptor.

23           THE COURT:  May I ask you, does the mutation occur in

24   response to abiraterone?

25           THE WITNESS:  So there are two ways it can occur.  It

1   has -- it's called -- two theories either clonal expansion or

2   clonal evolution.  Expansion means that it pre-existed and

3   under the selection pressure of the therapy --

4           THE COURT:  That its competition is being wiped out?

5           THE WITNESS:  Exactly.  And the other one is that a

6   mutation arises and then that's the one that goes out.  But it

7   is -- you are correct, Your Honor, that it's really a response

8   one way or another to the abiraterone acetate.  To the

9   pressure, the selection pressure.

10          THE COURT:  All right.  Go ahead.

11  BY MR. KRAUSE:

12  Q.   Are some steroids produced in the body upstream of

13  androgens in the steroid biosynthetic pathway?

14  A.   Yes.

15  Q.   What impact do the upstream steroids have on prostate

16  cancer growth when the androgen receptor is mutated?

17  A.   Well, these are the kinds of hormones that can

18  promiscuously activate it that the mutated andro receptors.  In

19  so doing, they can drive the growth of the cancer.  The

20  proliferation survival of the cancer.

21          THE COURT:  You may be taller than the average lawyer?

22  Is that on?  (Discussion off the record.)

23  Q.   What impact do the upstream steroids have on a prostate

24  cancer growth when the androgen receptor is mutated?

25  A.   As I said, these are the steroids, these upstream

Rettig - Direct - Krause

608

1  steroids, that can activate the mutated adrenoceptor in a

2  promiscuous fashion and in so doing, drive proliferation

3  survival with the net effect of increased growth.  So it causes

4  the cancer to get worse.

5  Q.  What effect does prednisone have on the production of

6  upstream steroids when given in combination with abiraterone

7  acetate? (Discussion off the record.)

8  A.  It reduces the concentrations, the production and

9  concentrations of those upstream steroids.

10 Q.  Is 10-milligram per day of prednisone, when given in

11 combination with 1000 milligrams per day of abiraterone

12 acetate, sufficient to achieve this reduction in upstream

13 steroids you're discussing?

14 A.  Yes.

15 Q.  Is 10 milligram per day of prednisone, when given in

16 combination, given with 1000 milligrams per day of abiraterone,

17 sufficient to achieve an anti-cancer affect?

18 A.  Yes.

19 Q.  Is the mechanism of prednisone with abiraterone acetate,

20 that you've described, been reported in the literature?

21 A.  Yes.

22 Q.  If you could please turn to PTX-344.

23 A.  Got it.

24 Q.  Do you recognize this document?

25 A.  Yes.

Rettig - Direct - Krause                              609

```
 1  Q.    What is it?

 2  A.    This is an article, a manuscript, in a journal called The

 3  Oncologist, a peer reviewed, well-read journal, describing new

 4  treatment strategies for metastatic prostate cancer in patients

 5  who've already had chemotherapy with docetaxel.

 6  Q.    Did you rely on this document in forming your opinions?

 7  A.    Yes.

 8  Q.    And what year was it published?

 9  A.    This was published in 2011.

10  Q.    And what journal was it published in?

11  A.    The Oncologist, a peer reviewed journal, well respected,

12  well-read journal.

13  Q.    Please turn to Page 1495 and look at the first paragraph

14  under the heading biomarkers of abiraterone anti-tumor

15  activity.

16  A.    Got it.

17  Q.    What clinical studies of abiraterone acetate is this

18  passage referring to?

19  A.    So this is reference 55, which is the Attard 2009 paper.

20  Which is -- yes -- yes, 55 is reference -- that was published

21  in 2009 in cancer research.

22  Q.    Is that referring to the extension study of Dr. de Bono?

23  A.    You know I think this -- no, that particular study is not.

24  That's not the actual study.  I think there's a typo within the

25  reference because that is not -- not the Attard 2009 clinical
```

1    trial.

2    Q.   Okay.  And if we could -- I'd like to refer to the portion

3    -- a portion -- read a portion of the paper.  It states, in

4    part, low dose steroids were successfully used to decrease

5    production of ACTH and upstream steroids at disease production

6    on abiraterone acetate alone.  Low dose steroids inhibit the

7    ACTH feedback loop and upstream steroid precursor synthesis

8    which can active promiscuous AR.

9         What is that passage referring to?

10   A.   This is referring to Dr. de Bono's hypothesis.  This is

11   the restatement or recapitulation of that hypothesis.

12   Q.   And how does the reference to ACTH relate to this

13   mechanism?

14   A.   As I said, ACTH is what's driving the increased

15   concentrations of the upstream steroids and prednisone is

16   what's pushing it back down.

17   Q.   If you could please turn in your book to JTX-8084?

18        THE COURT:  Before you do it, let me ask one more

19   question.  I think I know what upstream steroids means, but why

20   don't you define it for me?

21        THE WITNESS:  Sure.  So if you think about adrenal

22   steroids you can think about them in a simplistic way in a

23   hierarchy.  The starting point to make all steroids is actually

24   cholesterol.  And at the first step when cholesterol is

25   converted to its product, that is a precursor for largely

Rettig - Direct - Krause                         611

1   mineralocorticoid.  The next step when the product of

2   cholesterol is turned into its own product, is the precursor

3   for the synthesis of glucocorticoids, like cortisol.  And

4   finally, the final step is the conversion into the weak adrenal

5   androgens.  Now it's important to understand that these

6   categorizations of mineralocorticoids and glucocorticoids are

7   somewhat artificial.

8           Because many of these -- so when I say upstream really

9   what I'm talking about is upstream of the enzymatic block, the

10  dominant enzymatic block of abiraterone acetate.  So these

11  include those hormones that are more proximal to the

12  cholesterol, the first steps, if you will.  And those hormones

13  can build up as a consequence of the enzymatic block, we'll

14  call them upstream steroids or upstream hormones, and those are

15  the ones that can activate the mutated androgen receptors, as

16  Dr. de Bono described it.

17          And the prednisone, by giving it to the patient, it's

18  shutting off the signal that's induced by the abiraterone

19  acetate to make the extra upstream steroids.  Does that make

20  sense?

21          THE COURT:  Yeah.  You mean upstream, for example, of

22  CYP-17, right?

23          THE WITNESS:  Exactly.

24          THE COURT:  Go ahead.

25  BY MR. KRAUSE:

Rettig - Direct - Krause                    612

```
 1   Q.   Please turn in your book to JTX-8084.

 2          Do you recognize this document?

 3   A.   I sure do.

 4   Q.   What is it?

 5   A.   This is a commentary by de Bono and colleagues in Cancer

 6   Cell.

 7   Q.   And what year was it published?

 8   A.   2009.

 9   Q.   And where was it published?

10   A.   Cancer Cell.  This is one of the premier journals in

11   cancer research.  It only publishes the highest impact studies

12   and is a very rigorous peer-review process.

13   Q.   What do you mean by high impact?

14   A.   Well-read and well-cited.

15   Q.   Please turn to Page 460 and look at the middle paragraph

16   of the second column.

17   A.   Okay.

18   Q.   There the paragraph says in part:  Although alternatives

19   are possible, these data suggest that AR signalling was

20   initially abrogated by suppression of androgen LBD and

21   estrogens downstream of CYP17 and, subsequently, reactivated by

22   a rise in the level of upstream steroids driven by high levels

23   of adrenocorticotropic hormones that are suppressed by

24   endogenous corticosteroids.

25          What is that referring to?
```

Rettig - Direct - Krause                    613

1  A.   Again, this is just a restatement of the hypothesis --

2  just another way of restating the de Bono hypothesis.  I just

3  point out LBD stands for ligand binding domain, LBD, and that's

4  the domain that becomes mutated and can respond to nonandrogen

5  hormones, or ligands.

6  Q.   What does the concluding sentence, quote, overall, these

7  observations support the current clinical development of

8  abiraterone acetate in combination with prednisone, closed

9  quote, mean?

10 A.   So it's saying, okay, we've established the mechanism as a

11 real phenomenon, and now we're going to further try to get --

12 develop the combination of abiraterone acetate and a

13 glucocorticoid, in this case, prednisone, in more advanced

14 phase clinical trials.

15 Q.   If you could, please turn in your book to JTX-8090 now.

16 A.   Got it.

17 Q.   Do you recognize this document?

18 A.   I do.

19 Q.   What is it?

20 A.   This is what's referred to as the Danila paper.  It's a

21 Phase II multicenter study of abiraterone acetate plus

22 prednisone in patients who had received docetaxel and were

23 castration resistant.

24 Q.   And what year was this published?

25 A.   2010 through the *Journal of Clinical Oncology*.

Rettig - Direct - Krause                614

1  Q.   And what's your opinion of the *Journal of Clinical*

2  *Oncology*?

3  A.   It's essentially one of the top few premier oncology

4  journals to disseminate important clinical observations.  I

5  think out of 173 oncology journals, it ranks fourth.

6  Q.   What does JTX-8090 describe?

7  A.   It's describing this Phase II study of abiraterone plus

8  prednisone, with the prednisone being used from the get-go, and

9  in patients with metastatic CRPC who had had docetaxel

10 chemotherapy and describing the responses to that combination

11 treatment.

12 Q.   What dosages were administered in the trials described in

13 JTX-8090?

14 A.   1000 milligrams of abiraterone acetate and 10 milligrams

15 of prednisone.

16 Q.   Is that the same amount as appears in defendants' labels?

17 A.   That's correct, yes.

18 Q.   Please turn to Page 1497.  Do you see the sentence here,

19 the bottom of the first column beginning, Importantly?

20 A.   Yes.

21 Q.   The sentence provides:  Importantly, the evaluation of

22 this steroid combination was further supported by our work

23 indicating that low-dose steroids can reverse clinical AA

24 resistance and decrease steroid precursors upstream of CYP17

25 that can activate AR signalling.

Rettig - Direct - Krause                    615

1            What is that referring to?

2    A.   So this is basically saying that we have previous clinical

3    empiric evidence that the hypothesis is true.  It's referring

4    to the extension -- 001 extension study where steroids were

5    added to abiraterone acetate at the time the abiraterone

6    acetate stopped working.

7    Q.   And we say the hypothesis.  Is that referring to

8    Dr. de Bono's hypothesis?

9    A.   Yes, of course, Dr. de Bono's hypothesis.

10   Q.   What do the articles that we've discussed tell you about

11   Dr. de Bono's hypothesis?

12   A.   That it was being disseminated widely to the research

13   community, and that it was true.

14   Q.   What does the fact that the de Bono hypothesis was

15   published in these particular scientific journals say about the

16   hypothesis' acceptance by the scientific community?

17   A.   That it was very important, because the reviewers and the

18   editors of these journals have to make a decision about which

19   manuscripts to select, and these are the most prestigious, so

20   only a small percentage get in.

21           So it's telling us that the publication in these

22   journals is very important, and let's get it out to the broad

23   oncology community as much as possible from these wide -- in

24   these wide-spread -- wide-read journals.

25   Q.   Let's turn next to the clinical studies of abiraterone

Rettig - Direct - Krause                    616

```
 1  acetate.  If you'd please look in your binder at JTX-8083 and
 2  tell me what that document is?
 3  A.   Okay.  This is the Attard 2008 paper.  That's how we refer
 4  to it.  It's the Phase I clinical trial of abiraterone acetate
 5  in CRPC patients.
 6  Q.   And this is also in the Journal of Clinical Oncology.  Is
 7  that right?
 8  A.   That's correct.
 9  Q.   If you could also turn to JTX-8086 in your binder and tell
10  me what that is.
11  A.   This is Attard 2009, so it's a follow-up where they had a
12  little bit more Phase I and then Phase II data and an
13  additional extension phase data.  This is -- that's what this
14  study is also published in Journal of Clinical Oncology, but
15  this was published in 2009.
16  Q.   And did you rely on JTX-8083 and JTX-8086 in forming your
17  opinions?
18  A.   Yes.
19  Q.   And I believe you referred to JTX-8083 as Attard 2008, and
20  JTX-8086 as Attard 2009.  Is that correct?
21  A.   Yes, I did.
22  Q.   What does Attard 2008 describe?
23  A.   It's describing a Phase I dose escalation study in which
24  patients were receiving abiraterone acetate at increasing
25  doses, and the purpose was largely to establish safety and
```

Rettig - Direct - Krause                    617

1   effects on hormone levels of the various doses that were tested

2   to identify, ultimately, a dose that should be used or selected

3   for Phase II, or recommended Phase II dose.

4          It also describes clinical responses to --

5   Q.   What does Attard 2009 describe?

6   A.   That is describing more of the Phase I data, but also is

7   really focused on the Phase II, and so it's describing the use

8   of a specific dose of abiraterone acetate, the dose that was

9   selected for further development at 1000 milligrams a day, and

10  the prednisone was already set at 5 milligrams twice a day.

11  Q.   If we could look at JTX-8083 first, and if I could ask you

12  to turn to Page 4565 and look specifically at the second

13  column, first paragraph, first sentence, Page 4565.

14  A.   I'm sorry, which column and paragraph?

15  Q.   Second column, first paragraph, first sentence.

16  A.   Got it.

17  Q.   Attard 2008 states there:  This study was also

18  prospectively designed to allow the addition of dexamethasone

19  (0.5 mg daily) to abiraterone acetate in all patients at

20  disease progression to test the hypothesis that resistance

21  could be reversed by suppressing ACTH by decreasing upstream

22  androgenic steroids that could activate a mutated promiscuous

23  AR, closed quote.

24          What is that referring to?

25  A.   It's referring to the notion that the study was designed

Rettig - Direct - Krause                    618

1   to confirm the de Bono hypothesis.  So we're really talking

2   about the extension phase of the study where patients had

3   progressed on abiraterone acetate by itself and then a

4   corticoid steroid, in this case, dexamethasone.  It's really --

5   they're all interchangeable in terms of their effects on

6   upstream steroids, so that's what this is describing.

7   Q.   How did the extension study design allow researchers to

8   know if a glucocorticoid actually reversed resistance to

9   abiraterone acetate?

10  A.   So I think the -- one of the lines of evidence, I think is

11  the strongest, was the extension study where there was a

12  subgroup of patients who had actually had the same dosing

13  schedule of dexamethasone prior to the abiraterone acetate and

14  had progression on the dexamethasone.  The cancer got worse.

15  They got the abiraterone acetate, and eventually cancer gets

16  worse.

17          So they have two drugs, neither of which was working,

18  and then patients are kept on the abiraterone acetate on the

19  same dosing schedule dexamethasone was then used, and added

20  back in the extension part, and responses were elicited.  So

21  this was a -- that's -- that's how it worked.

22  Q.   I think we heard earlier that PSA was used in these

23  studies?

24  A.   PSA was one measure that was used, yes.

25  Q.   And how is PSA used in prostate cancer research?

Rettig - Direct - Krause                                            619

 1   A.   I'm sorry?

 2   Q.   How is PSA used in prostate cancer research?

 3   A.   So it is used as a marker of potential clinical benefit.

 4   It's especially useful in developing drugs that have a

 5   hormonal-based mechanism of action such as abiraterone acetate

 6   and prednisone.

 7           And the reason why is because the PSA gene itself is

 8   regulated by the androgen receptor.  So when we see the PSA

 9   going down, that is a signal that the androgen receptor is

10   being inhibited.  It's basically -- the therapy is hitting its

11   target, if you will.  So it's a very good signal, no-go -- I'm

12   sorry -- go-no-go signal in drug development for androgen

13   therapies.

14   Q.   Okay.  Please turn to Figure A1 in Attard 2008, which is

15   JTX-8083.

16   A.   Figure --

17   Q.   It's at the very end.

18   A.   Yes.  Got it.

19   Q.   Have you analyzed these figures?

20   A.   I did.

21   Q.   And what do these figures generally depict?

22   A.   These are depicting PSA levels on the vertical axis versus

23   time on study on the horizontal axis.

24   Q.   Were you in the courtroom when Dr. de Bono provided his

25   interpretation of these figures?

Rettig - Direct - Krause

1  A.  Yes.

2  Q.  Do you agree with Dr. de Bono's description of Figure A1

3  of Attard 2008?

4  A.  Yes.

5  Q.  How would you characterize the response these patients had

6  after a glucocorticoid was added to abiraterone acetate?

7  A.  Very unexpected.  Stunning, if you will, and confirmatory,

8  in my view, of the hypothesis.

9  Q.  Why is that?

10  A.  Again, it's the -- going back to Dr. de Bono's, the A plus

11  B, if A is not working, B is not working, A plus B works.  So

12  it's telling us that the hypothesis is now being manifested in

13  patients.  We're seeing a real live example of this, and it's

14  seen in these two patients, as well as other patients in the

15  extension study.

16  Q.  How common, in your experience, is it to see a combination

17  of two therapies that don't work individually work together?

18  A.  Rare times rare times rare.  I have -- at that point, this

19  was unprecedented.  I had never seen this before, so this was a

20  really, really clever design, actually, to use such a -- to

21  require a relatively few number of patients to confirm a very

22  novel and interesting hypothesis, in my view.

23  Q.  Doctor, in your view, what other explanation could there

24  be for the results in Figure A1 of Attard 2008 other than both

25  the glucocorticoid and abiraterone acetate provide an

Rettig - Direct - Krause

621

1 anti-cancer effect?

2 A.    None, really.  I mean, this is the conclusion that I would

3 make is that de Bono's hypothesis is correct.

4 Q.    If you could please turn to Page 4568 of that same paper

5 and look at the section entitled, "Reversal of Resistance."

6 A.    Okay.

7 Q.    How many patients in Attard 2008 responded after a

8 glucocorticoid was added to abiraterone acetate?

9 A.    The addition of dexamethasone resulted in successful

10 salvage in four of 15 patients who had progressed by PSA

11 working group criteria on abiraterone acetate alone.  That

12 lasted those number of days, as indicated there.  All four

13 patients have an ongoing response, and two of the four had

14 previously, also, received single agent dexamethasone.

15 Q.    Now please turn your attention to Attard 2009, which is

16 JTX-8086, and turn to Page 3745, the section entitled "Addition

17 on Corticosteroids At Progression On Abiraterone Acetate

18 Alone."

19 A.    Okay.

20 Q.    How many patients in the Attard 2009 extension study had

21 progressed on dexamethasone alone and abiraterone acetate alone

22 before being provided with dexamethasone again in combination

23 with abiraterone acetate?

24 A.    So it looks like if the patient -- the number of patients

25 who had had both prior to getting the dexamethasone back was 11

Rettig - Direct - Krause                           622

 1   total, and four responded, 36 percent.

 2              THE COURT:  I'm sorry, I didn't get that.  Say that

 3   again.

 4              THE WITNESS:  Could you repeat the question so I

 5   answer?

 6   BY MR. KRAUSE:

 7   Q.   Sure.  How many patients in the Attard 2009 extension

 8   study had progressed on dexamethasone alone and abiraterone

 9   acetate alone before being provided dexamethasone again in

10   combination with abiraterone acetate?

11   A.   A total of 11 patients and four responded, 36 percent

12   responded.

13   Q.   And that 36 percent had a PSA decline of greater than

14   50 percent?

15   A.   That was the criteria for response, yes.

16   Q.   How common is that criteria for response?

17   A.   That's a pretty standard criteria.  It's in the PSA

18   working group criteria, prostate cancer working group criteria,

19   yeah.  That's the standard.

20   Q.   Please turn to Attard 2009, Page 3747.  Let's look at the

21   first full paragraph.  The first sentence states, "We have not

22   previously observed, and to our knowledge, there are no

23   published reports of secondary responses to reinstitution of

24   single-agent dexamethasone in patients who had previously

25   experienced progression on this therapy."

Rettig - Direct - Krause                    623

 1              What does that sentence in this paragraph in general
 2    tell the reader?
 3    A.   So they're stating what I indicated earlier, which is this
 4    is unprecedented where you had dexamethasone not working,
 5    another drug not working, and then let's add that to the
 6    dexamethasone.  So this was an entirely new approach to
 7    establishing a hypothesis, in this case, the de Bono
 8    hypothesis, and the patients have served as essentially their
 9    own internal control.  Really, really neat.
10    Q.   What glucocorticoid was used in the extension study?
11    A.   Dexamethasone.
12    Q.   What, if anything, does a study combining dexamethasone
13    with abiraterone acetate tell a physician about what would
14    happen if prednisone were combined with abiraterone acetate?
15    A.   That it would achieve the same effect, because as long as
16    we use a sufficient dosage, prednisone and dexamethasone will
17    both suppress the ACTH-driven excess of upstream steroids.  So
18    these -- whether it's dexamethasone or prednisone, it's a class
19    effect.  It's a class effect on the upstream steroids so
20    they're interchangeable for the purposes of this effect.
21    Q.   Let's move on to other evidence regarding the efficacy of
22    the combination.  If you could turn in your book to JTX-8093.
23    A.   Got it.
24    Q.   Do you recognize this document?
25    A.   Yes.

Rettig - Direct - Krause

1   Q.   And what is it?

2   A.   This is the -- what we call the "Ryan 2011 Paper".  It's

3   the phase II study of abiraterone acetate plus prednisone in

4   patients who are castration-resistant who have not yet had

5   chemotherapy, are called chemotherapy naive.

6   Q.   Did you rely on JTX-8093 in forming your opinions?

7   A.   Yes.

8   Q.   When was it published?

9   A.   2011.

10   Q.   And where was it published?

11   A.   Clinical Cancer Research.

12   Q.   What is Clinical Cancer Research?

13   A.   It's, also, a high-impact journal -- it's a journal of one

14   of the -- that's published by the American Association For

15   Cancer Research and it publishes important and high-impactful

16   articles.

17   Q.   And what does this reference, "Ryan 2011," describe?

18   A.   It is the phase II study of abiraterone acetate with

19   Prednisone at the start for patients with mCRPC who have not

20   yet had chemotherapy.

21   Q.   How does the design of the Ryan 2011 Study differ from the

22   extension study described in Attard 2009?

23   A.   The prednisone is the -- in this case, the glucocorticoid,

24   which is prednisone, was given at the start when this

25   clinical -- when the Clinical Trial therapy was started.  So

Rettig - Direct - Krause

625

1  abiraterone acetate and prednisone were given from the get-go,

2  as opposed to the corticosteroid prednisone here, given at the

3  time that the abiraterone acetate stopped working.

4  Q.   And what doses of abiraterone acetate and prednisone were

5  administered in the Ryan 2011 study?

6  A.   That would have been a 1000 milligrams of abiraterone

7  acetate and 10 milligrams total per day of prednisone.

8  Q.   And was time to PSA progression an endpoint in the Ryan

9  2011 study?

10 A.   Yes.

11 Q.   What is time to PSA progression?

12 A.   It's the time that it takes for the PSA to start

13 increasing from some level.  So the PSA can go down and reach

14 its lowest point or nadir, and it's the time, for example, from

15 that nadir to when the PSA goes up.  And it's -- how much it

16 goes up is defined by these PSA working group criteria.

17 Q.   What does "time to PSA progression" tell physicians about

18 whether a patient is responding to therapy?

19 A.   It is an important measure of it, because as it's implied

20 in it's name, "time to PSA progression."  It's a measure of the

21 durability effect.  So, for example, you can have a very deep

22 decline in PSA, the PSA goes down by 99 percent, and if that

23 lasted two weeks and the next time in 2 weeks the PSA is 10

24 times what it was at baseline, that's not very impactful on the

25 patient.  But if the PSA goes down and stays down without going

Rettig - Direct - Krause                                    626

1    up for a durable period of time, that can translate well into

2    an overall survival benefit.

3    Q.    Is there a relationship between time to PSA progression

4    and overall survival for prostate cancer?

5    A.    Yes, there is.

6    Q.    If you turn to your binder to PTX-154.

7    A.    Got it.  Sorry -- I have it.

8    Q.    Do you recognize PTX-154?

9    A.    Yes.

10   Q.    What is it?

11   A.    This is an analysis of the controlled abiraterone acetate

12   study, the randomized controlled trials of abiraterone acetate

13   to try to correlate PSA change -- PSA measurements,

14   measurements of PSA with overall survival.

15   Q.    Did you rely on this document in forming your opinion?

16   A.    Yes.

17   Q.    Could we refer to PTX-154 as XU-2015?

18   A.    Yes, and this was published in, also, in *Clinical Cancer*

19   *Research*, the *AJCR Journal*, *American Journal of Cancer*

20   *Research*, a very prestigious journal.

21   Q.    What clinical trial data was the analysis, XU-2015 based

22   on?

23           THE COURT:  XU, by the way, "X-U", correct?

24           THE WITNESS:  X-U.

25           MR. KRAUSE:  I apologize.

1              THE WITNESS:  So these data were based on the 301 and

2    302 studies.  Those were the randomized controlled trials of

3    abiraterone acetate and prednisone that led to initial

4    regulatory approval, both in the post-chemo and pre-chemo

5    therapy settings, respectively.

6    Q.   Let's look at the abstract under "results."  It states

7    there, "The effect of AA on PSA kinetics were significant (P

8    less than 0.0001) and comparable between the chemotherapy-naive

9    and -pretreated patients.  PSA kinetics [e.g., PSA nadir, PSA

10   response rate (greater than or equal to 30 percent, 50 percent,

11   and 90 percent), time to PSA progression, PSA doubling time

12   (PSADT)] were highly associated with OS in both populations."

13             What is this telling the reader?

14   A.   So what this is telling the reader is that "AA" -- and

15   this is a shorthand for abiraterone acetate plus prednisone,

16   it's just the nomenclature that's used here -- "changes in PSA"

17   including those that are listed there which, also, includes

18   time to PSA progression, are highly associated with overall

19   survival in both populations, and that significance is

20   statistically described in that "P value," P less than 0.0001.

21   So that's kind of like saying there's a less than 1 in 10,000

22   chance that those results occurred by chance.

23   Q.   Did you prepare a demonstrative comparing the "time to PSA

24   progression" values reported in Attard 2009 with those in Ryan

25   2011?

Rettig - Direct - Krause                    628

1   A.   Yes.

2   Q.   If we could turn to PDX 4.63.

3        MR. KRAUSE:  Display that, please.

4   BY MR. KRAUSE:

5   Q.   What does the first row of PDX 4.63 show?

6   A.   So this is the 001 Study data that are looking at the time

7   to PSA progression for the patients when they were on

8   abiraterone acetate by itself.  So these data are not

9   incorporating the extension phase where the dexamethasone was

10  added at the time of the disease progression.  Just looking at

11  the time to PSA progression on abiraterone acetate by itself.

12  And what it shows, is that the median "time to PSA progression"

13  was 7.5 months or 225 days.

14  Q.   That's referred to as the Clinical Trial or the 001 Trial;

15  is that correct?

16  A.   Yes, that's the Attard 2009.  It's either 001, Attard

17  2009.

18  Q.   And, again, that's abiraterone acetate monotherapy and

19  that was published in Attard 2009?

20  A.   Correct.

21  Q.   Okay.  And what does the second row of PDX 4.63 show?

22  A.   So these are the data from the Ryan 2011 Study, what we

23  are calling the 002 Study, same type of patients in that their

24  mCRPC haven't had chemotherapy yet, but here they're reporting

25  the time to PSA progression for patients who had abiraterone

1   acetate and prednisone from the start.  From what you can see,

2   is that there's a marked improvement in the "time to PSA

3   progression," so abiraterone acetate by itself was seven and a

4   half months and prednisone from the start more than doubled

5   that from -- to 16.3 months or 497 days.

6   Q.   What do you conclude from comparing time to PSA

7   progression in Attard 2009 with Ryan 2011?

8   A.   That using prednisone with abiraterone acetate from the

9   start has a meaningful and clinical -- a clinically meaningful

10  impact on time to PSA progression.  So it is adding a clinical

11  benefit that was not observed with abiraterone acetate by

12  itself.

13  Q.   Did you prepare a demonstrative comparing Figure 3 in

14  Attard 2009 with Figure 2 in Ryan 2011?

15  A.   I did.

16  Q.   If we could pull up PDX 4.64.  What is shown in these

17  figures?

18  A.   This is, basically, showing the "time to PSA" analysis

19  over time in the two studies.  On the left is Attard 2009 and

20  on the right is the Ryan 2011 Studies.

21       Just to refresh everyone's memory, in the Attard 2009

22  data this is the abiraterone acetate only component of that and

23  in the Ryan 2011, this is abiraterone acetate plus prednisone.

24  Q.   How do these data compare?

25  A.   Well, you can just look at the curves.  The curve on the

Rettig - Direct - Krause                       630

 1   left is much steeper.  In other words, patients are manifesting

 2   from PSA progression more rapidly than the curve on the right,

 3   which is less steep.

 4   Q.   What does this mean?

 5   A.   It's telling us, this is a graphical manifestation of the

 6   median time to progression data.  And it's telling us that the

 7   combination of abiraterone acetate plus prednisone is resulting

 8   in a longer time to progression.

 9   Q.   Do you see in figure 2 of Ryan 2011 the statement "median

10   days 497"?

11   A.   Yes.

12   Q.   And what does that refer to?

13   A.   A median, so that means half the patients had disease

14   progression after 499 -- 497 days and the other half had their

15   PSA get worse before 497 days.  That's what the median means.

16   Q.   For comparison, how many patients on abiraterone acetate

17   monotherapy, in Attard 2009, had progressed at 497 days?

18   A.   It looks like one.  So if you look at the vertical axis,

19   and you see 480, to the right of that would be 497, and at the

20   very end of that there is one little tick representing that

21   last patient.

22   Q.   So every patient in that study, except for one, had

23   progressed?

24   A.   Yes, that's correct.  By the median time to progression in

25   Ryan 2011, when the combination was given from the start, only

Rettig - Direct - Krause

1   one of all the patients in Attard 2009 had not yet manifested

2   PSA progression.

3   Q.   What do you conclude from comparing Figure 3 in Attard

4   2009 with Figure 2 in Ryan 2011?

5   A.   The combination is really helpful to achieve the maximum

6   clinical benefit.

7   Q.   Do the Attard 2009 and Ryan 2011 Papers describe separate

8   clinical studies?

9   A.   They do.

10  Q.   Is it appropriate to compare the results of different

11  clinical studies?

12  A.   Sure, it can be.

13  Q.   Is a comparison of the time to progression results from

14  Attard 2009 and Ryan 2011 valid?

15  A.   In my view, yes.

16  Q.   Did you consider whether any differences between the

17  Attard 2009 and Ryan 2011 Studies might account for the

18  difference in results?

19  A.   Sure, yes.

20  Q.   And what did you conclude?

21  A.   That they can't account for this magnitude of difference.

22  Q.   How do the patient populations in the Attard 2009 and Ryan

23  2011 Studies compare?

24  A.   In my view, overall they were similar.  These were

25  patients with metastatic CRPC who, for the most part, who had

1    not yet had chemotherapy.

2    Q.   Could difference in the patient populations between the

3    two studies explain the differing outcomes of the studies?

4    A.   Not in my view, when I look at the baseline

5    characteristics of these two -- baseline characteristics of the

6    patients in these two studies.

7    Q.   Did you prepare a demonstrative comparing the patient

8    populations?

9    A.   Yes.

10   Q.   Let's look at PDX 4.65.  What does PDX 4.65 show?

11   A.   Some of the most important baseline characteristics that

12   may predict for clinical responses to a therapy in prostate

13   cancer.  So that's what this is showing, and it's comparing the

14   characteristics of those four factors in the Attard 2009 to the

15   Ryan 2011 Papers.

16   Q.   How did patients' previous history of chemotherapy compare

17   in the Attard 2009 and the Ryan 2011 Studies?

18   A.   Neither had chemotherapy, they're the same.

19   Q.   Why did you consider whether patients had prior

20   chemotherapy?

21   A.   Prior chemotherapy will alter responses to subsequent

22   therapy.  So patients who have not had chemotherapy will have a

23   better response to therapy, in general, as compared to patients

24   who have already had chemotherapy.  And that's a critical

25   factor.  And that's, in fact, why the FDA originally requested

1   a post-chemotherapy Phase III Study and a pre-chemotherapy

2   Phase III Study.

3   Q.   The next row in your table identifies "ECOG scores."  What

4   is an "ECOG Score"?

5   A.   Eastern Cooperative Oncology Group Score, is a measure of

6   performance, that's basically saying, how well is the patient

7   doing.  It's a scale of zero to five.  "Zero" means they have

8   the cancer, but have zero symptoms.  "One" means they have

9   minimal symptoms that are not affecting their activities of

10  daily living.  And at the other extreme, is "four" and "five."

11  "Five" is the patient has died and "four" is the patient is bed

12  bound.

13  Q.   Please turn in your binder to PTX-31.

14  A.   Got it.

15  Q.   Do you recognize this document?

16  A.   Yes.

17  Q.   Did you rely on PTX-31 in forming your opinions?

18  A.   Yes.

19  Q.   And what does PTX-31 describe?

20  A.   It's describing what happens to patients who have been

21  treated with abiraterone acetate and prednisone who have --

22  based on their performance status, what we just talked about,

23  their ECOG performance status.

24  Q.   Look at the first page under the "results and limitations"

25  the last sentence states, "on multivariate analysis, ECOG PS

Rettig - Direct - Krause

634

1   was a significant factor for OS (P less than 0.001) time to PSA

2   progression (P = 0.043) and PSA decline (P = 0.002)."  What the

3   does that mean?

4   A.   So this is just another way of saying what I said, which

5   is that the ECOG performance status is a predictor of

6   responses, and in this case, outcomes as well.  So the ECOG

7   performance status is a factor that predicts for overall

8   survival and, also, responses based on PSA, both the "time to

9   PSA progression" as well as the PSA decline.

10  Q.   If we could go back to PDX 4.65.  How did the ECOG scores

11  compare between Attard 2009 and Ryan 2011?

12  A.   They're the same.

13  Q.   Your demonstrative, also, refers to Gleason Score.  What's

14  a Gleason Score?

15  A.   So Gleason Score is a pathologic grading system.  It was,

16  actually, invented by a pathologist at the Minnesota VA whose

17  name was Gleason.  And what it describes is this grading system

18  specific for prostate cancer.  And what grading is, is a way

19  that the pathologist uses to determine how similar or

20  dissimilar the cancer glands look as compared to normal glands.

21  Q.   What is the significance of a Gleason Score for a prostate

22  cancer patient?

23  A.   So Gleason scores are another important predictor of

24  responses to therapy and outcome, with higher Gleason scores

25  being bad for the patient.

Rettig - Direct - Krause                    635

```
 1   Q.   Please turn in your binder to PTX-148.  Do you recognize

 2   this document?

 3   A.   I do.

 4   Q.   And did you rely on PTX-148 in forming your opinions?

 5   A.   Yes.

 6   Q.   Please, turn your attention to the abstract, the second

 7   sentence tells us that, quote, Gleason Score, GS, is one of the

 8   best predictors of PCA aggressiveness.

 9        What is that referring to?

10   A.   It's a restatement of what I said, which is, the Gleason

11   Score is really a good predictor of the biology of the cancer.

12   When I say "biology," how fast it's going to grow; its impact

13   on life expectancy, its impact on responses to therapy.  So

14   this is just a statement of that.

15   Q.   If we could turn back to PDX 4.65.

16        THE COURT:  Sorry, just tell me, Gleason scores run

17   from what to what?  One to --

18        THE WITNESS:  Yes.  So they're scored on a scale -- it

19   would be from two to ten.

20        THE COURT:  Two to ten, thanks.

21   BY MR. KRAUSE:

22   Q.   How did the median Gleason Score compare between Attard

23   2009 and Ryan 2011?

24   A.   They're the same.  The median Gleason Score is the same.

25   Q.   Let's look at the next row, "bone metastases" what are
```

Rettig - Direct - Krause                                    636

1  "bone metastases"?

2  A.   That means spread of the prostate cancer from the prostate

3  to the bones.  The bones are the most common site of metastases

4  for prostate cancer and is -- the involvement of the bones in

5  metastatic disease in that way is, also, an important predictor

6  of response and survival.

7  Q.   How did the frequency of bone metastasis compare between

8  Attard 2009 and Ryan 2011?

9  A.   No clinically significant difference.

10 Q.   Why did you consider all these factors?

11 A.   Because as I indicated, these are factors that are

12 important to consider when comparing two populations.  Because

13 if these factors are markedly different, it can be difficult to

14 do a cross study comparison.  You're going to try to compare

15 something from one study to another, say time to PSA

16 progression you want to have a sense that there's no factor

17 that would be so different amongst -- between the populations

18 that would account for the differences in the result.

19 Q.   Are you aware that defendants have alleged there are

20 differences between the Attard 2009 and 2011 studies?

21 A.   Yes.

22 Q.   Did you consider those alleged differences?

23 A.   I did.

24 Q.   Did you prepare demonstrative summarizing some of the

25 arguments raised by the defendants' experts?

Rettig - Direct - Krause                    637

1    A.   Yes.

2    Q.   If we could look at PDX 4.66.  The first row, what does

3    baseline PSA refer to?

4    A.   The baseline PSA refers to what the PSA value is at the

5    time the patients entered the study, started the study

6    treatment.  And what you see here is that the median PSA is

7    actually higher in the 2009 compared to 2011.  And when we look

8    at PSA, it can be difficult to interpret.  It's -- at first

9    look one would say, okay, higher PSA, worst disease, but it

10   turns out that more aggressive cancers produce less PSA per

11   gram of tissues than less aggressive cancers.  So these are in

12   the general similar range.  They're not log orders of magnitude

13   different and I don't think that it's substantially different.

14   And I couldn't tell you for sure which study its favoring but,

15   if either one, but it may be just, in general, I don't think

16   it's largely impacting the cross-trial comparison when we look

17   at other factors.

18   Q.   How do the baseline PSA level ranges compare between

19   Attard 2009 and Ryan 2011?

20   A.   Yeah, those ranges are very similar.

21   Q.   What does that tell you about the patient populations?

22   A.   That's another way of saying -- that's another factor that

23   suggests that the populations are similar.

24   Q.   How did the criteria for progressive disease compare

25   between the two studies?

Rettig - Direct - Krause

1   A.   They used the same criteria called PSA working group

2   criteria 1.

3   Q.   And are those the working group criteria the criteria you

4   referred to earlier in your testimony?

5   A.   Yes, yes.

6   Q.   How did the number of patients with lesions compare

7   between the two studies?

8   A.   They are similar.  There's -- so what they're talking

9   about lesions is really metastasis.  So really all of the

10  patients in Ryan 2011 had metastasis but a subset of patients,

11  10 percent, didn't.  So this is a confusing concept.  So the

12  patients have castration-resistant prostate cancer but they

13  don't have metastasis.  The only manifestation of their disease

14  is a rising PSA because their disease burden is too low to even

15  be detected on a conventional scan.

16       So it's called non-metastatic castration-resistant

17  prostate cancer.  So if anything -- well we know that these

18  patients do better, they don't have disease -- detectable

19  disease.  They have a much better outcome than patients with

20  metastatic CRPC.  So this particular parameter does favor the

21  Attard study, the study that got abiraterone acetate alone.

22  Q.   How does the four patient difference in the number of

23  patients with lesions impact the comparisons of the results?

24  A.   I don't think it's too much, but in anything it favors the

25  2009 patients.

Rettig - Direct - Krause                639

1   Q.   How did the number of patients compare between the two

2   studies?

3   A.   Similar.  It doesn't affect my analysis.

4   Q.   Had patients enrolled in both studies received prior

5   hormonal treatment?

6   A.   Yes.  All of them.  100 percent of them were castrated and

7   the overwhelming majority had also received anti-androgens.

8   Those are the drugs that can sometimes be used second in line

9   they're called androgen receptor antagonist they block -- they

10  are just other hormonal therapies.  Just another way of

11  blocking male hormones.

12  Q.   How did the number of patients previously treated with

13  glucocorticoids compare across the two studies?

14  A.   It was higher in the Attard 2009 than the Ryan 2011, but

15  this also didn't impact my analysis and that's because of

16  specific data from Attard 2009.  And those data were the median

17  -- the median time to PSA progression on abiraterone acetate

18  only in patients who did have dexamethasone prior to going on

19  abiraterone acetate and those that didn't.  And those median

20  "times to PSA progression" did not differ.  So prior

21  dexamethasone did not affect the median time to PSA progression

22  in this particular study.

23  Q.   How did the number of patients previously treated with

24  Ketoconazole compare across the study?

25  A.   Two patients versus zero.  So again, a very small number

Rettig - Direct - Krause

1   of patients in the Attard 2009, and that largely doesn't affect

2   my analysis.

3   Q.   Where did the Attard 2009 and Ryan 2011 studies take

4   place?

5   A.   Attard 2009 in the UK, and Ryan in 2011 in the U.S.

6   Q.   Do you believe the difference in geographic location had

7   an impact on the study results?

8   A.   No.   These are largely Caucasians with metastatic -- with

9   castration-resistant prostate cancer.

10  Q.   How did the number of study sites compare between the two

11  studies?

12  A.   There were more study sites in Ryan 2011 than Ryan 2009

13  but I don't think this affected the other parameter's that we

14  discussed.

15  Q.   Do Attard 2009 and Ryan 2011 report data on PSA declines?

16  A.   Yes.

17  Q.   Did you prepare a demonstrative summarizing those data?

18  A.   Yes.

19  Q.   If we could pull up PDX 4.57.

20       How do the PSA responses reported in Attard 2009 and

21  Ryan 2011 compare?

22  A.   So you can see here that the responses are higher in the

23  Ryan 2011.   So if you -- to simplify this, the PSA response in

24  Ryan 2011 was about 80 percent and it was about two out of

25  three in the Attard 2009.

Rettig - Direct - Krause                        641

1   Q.   And so in Attard 2009, 67 percent of patients after

2   12 weeks of treatment.  Is that right?

3   A.   Yes, exactly.  And then 79 percent means any time during

4   the course of the therapy, including 12 weeks and after, there

5   was a decline in PSA by 50 percent or more of 79 percent.

6   Q.   In Ryan 2011, 67 percent before 12 weeks of treatment.  Is

7   that right?

8   A.   Yes, that's correct.

9   Q.   What is the significance of the PSA response rates in

10  these studies as compared to time to PSA progression?

11  A.   It's just another measurement of PSA that favors the

12  combination of abiraterone acetate and prednisone.

13  Q.   Are you aware that defendants have argued the difference

14  in median time to PSA progression in Attard 2009 and Ryan 2011

15  may not be statistically significant because the confidence

16  intervals overlap?

17  A.   Yes.

18  Q.   What is your understanding of confidence interval?

19  A.   So a confidence interval is a range of values that gives

20  you the likelihood that the value of interest will fall.  So as

21  an example, if you have a 95 percent confidence interval and

22  you do a study 100 times to look at the median value, some

23  median value, it will fall within that range 95 out of 100

24  times.

25  Q.   Did you prepare a demonstrative to explain your opinions

Rettig - Direct - Krause

1  on this issue?

2  A.   Yes.

3  Q.   If we could pull up PDX 4.68.  What is shown here?

4  A.   These are comparison of the time to PSA progression

5  confidence intervals in the Attard 2009 and to the Ryan 2011

6  patients.  And what it shows is the median, which we talked

7  about, was 225 days with abiraterone acetate by itself and when

8  prednisone is added it's more than doubled.  And the confidence

9  intervals overlap at the extreme.  So the very highest part of

10 the confidence interval of Attard 2009 overlaps, which is 287.

11 Overlaps with the lower end of the 95 percent confidence

12 interval of Ryan 2011 which is a little bit lower than that at

13 281 days.

14 Q.   So about how many days overlap is there?

15 A.   Six.

16 Q.   Can data be clinically significant even though it's not

17 statistically significant?

18 A.   Absolutely.  We can infer things from clinical trials as

19 clinicians that may not reach arbitrary statistical value.

20 It's important to note that the converse is true, that it is

21 possible to have something that reaches statistical

22 significance that doesn't have much clinical significance.  If

23 you do a big enough study with, let's say the whole population

24 on the planet, you might get a statistically significant

25 result, but it might not be that clinically significant.

Rettig - Direct - Krause                                    643

1  Q.   Even if you are unable to conclude that the medians are

2  necessarily different due to the confidence intervals, would

3  this change your opinions with respect to the experimental

4  results?

5  A.   No.

6  Q.   What can you conclude from the comparison of the time to

7  PSA progression reported in Attard 2009 and Ryan 2011 about the

8  effects of administering prednisone 10 milligrams per day with

9  abiraterone acetate 1000 milligrams per day?

10 A.   That is playing a major contribution to the clinical

11 benefit when adding the corticosteroid from the get-go more

12 than doubles the median time to PSA progression when adding

13 abiraterone acetate that seems to wellness is very impactful to

14 me.

15 Q.   Have you seen any difference between the Attard 2009 and

16 Ryan 2011 studies that causes you to question whether a

17 comparison of the time to PSA progression data is valid?

18 A.   No.

19 Q.   Are you aware that defendants have alleged that certain

20 clinical data contradicts your opinions?

21 A.   Yes.

22 Q.   Did you consider that allegedly contradictory clinical

23 evidence?

24 A.   Yes.

25 Q.   First, let's talk about defendants' argument that results

Rettig - Direct - Krause                                    644

1    of COU-AA 001 and 001-EXT reported on the clinicaltrials.gov

2    website were inconsistent with the data reported in Attard

3    2009.  Why is the 11-month time to PSA progression reported on

4    the clinicaltrials.gov website different from the 7.5 months

5    reported for abiraterone acetate monotherapy for Attard 2009?

6    A.   So at first blush it might seem contradictory but it's

7    not.  The reason why is because on the clinicaltrials.gov

8    website, the data included the dexamethasone add back, the

9    extension part.  So that median time to PSA progression was

10   abiraterone and then dexamethasone.  Whereas, that which we

11   just discussed at seven and a half months was just the

12   abiraterone only.  So, naturally, there will be a difference.

13   It's not contradictory.

14   Q.   Now let's talk about defendants' argument that the 004

15   study --

16              THE COURT:  Pause for a moment.  I sensed we were

17   getting toward the end and we're at about 1 o'clock.  If you're

18   really going to a close let's push through, but if not, then

19   perhaps we should take our break.

20              MR. KRAUSE:  My guess would be, Your Honor, about

21   another 20 minutes.

22              THE COURT:  Let's take our lunch break then.  I think

23   everyone could use a break.  Let's reconvene around 2 o'clock.

24   Okay?

25              (Lunch recess taken at 1:04 p.m. to 2:00 p.m.)

Rettig - Direct - Krause                645

```
 1              THE COURT:  All right.  Be seated.  Everybody ready?

 2  Let's proceed.

 3  BY MR. KRAUSE:

 4  Q.   Dr. Rettig, there are a couple points I'd like to go back

 5  on quickly.

 6              If we could pull up JTX-8086, Page 3745, and look at

 7  the section entitled "Addition of Corticosteroids At

 8  Progression of Abiraterone Acetate."

 9              Previously you testified that four out of 11 patients

10  responded to the combination of abiraterone acetate and

11  dexamethasone where they had already progressed on

12  dexamethasone and abiraterone acetate alone.

13              Do you remember that?

14  A.   Yes.

15  Q.   Were there any patients in the Dexamethasone Extension

16  Study who had not received prior dexamethasone therapy?

17  A.   Yes, that's the other group.  So the Extension Study

18  consisted of two groups, group 1 and group 2.

19              Group 1 was the group that we just talked about, which

20  was the group that had dexamethasone previous, prior to

21  abiraterone acetate; and then there was group 2, patients who

22  had been -- who had never received dexamethasone prior to the

23  abiraterone acetate.  And that's, actually, a larger group.

24  And those 19 patients and six out of 19 -- let me show it here

25  -- responded, so 32 percent responded.
```

1  Q.   Responded to what?

2  A.   To the abiraterone acetate -- to the dexamethasone at the

3  time of its addition to the abiraterone acetate.

4        MR. KRAUSE:  If we could pull up PDX-4.66.

5  BY MR. KRAUSE:

6  Q.   And if you recall, you were talking about differences or

7  the alleged differences between the Attard 2009 and the Ryan

8  2011 studies.  And with respect to the number of baseline

9  lesions in patients, I believe you testified something like the

10  lower number of patients with lesions favored Attard 2009

11  compared to Ryan 2011.

12        What did you mean by "favored"?

13  A.   So baseline lesions is really a binary, yes or no, did

14  they have metastasis or not?

15        In the Attard 2000 -- let me restart.  In Ryan 2011,

16  all of the patients, 100 percent, had metastatic disease.  In

17  the Attard 2009, 90 percent had metastatic disease and four

18  patients had castration-resistant prostate cancer without

19  detectible metastasis.

20        When I say "favor," those patients with metastasis are

21  known to do better.  So that if you take, all things being

22  equal, a patient with metastatic CRPC, you patients with

23  non-metastatic CRPC, are going to do better, they are going to

24  live longer; they are going to have a better response to

25  treatment; they'd have a longer time to PSA progression.

Rettig - Direct - Krause                      647

1            So, if anything, if you look at that population, it

2     would make the time to progression data, the median data,

3     longer in the Attard 2009 and bring them closer as compared to

4     100 percent of the patients -- if 100 percent of the patients

5     in Attard 2009 had metastatic disease, all had metastatic, as

6     opposed to a subset having non-metastatic.

7     Q.   And can you remind us what the patients in Attard 2009

8     were treated with?

9     A.   So the data here that we're talking about, are the data

10    from abiraterone acetate and monotherapy.

11    Q.   Okay.  Doctor, I'd like to talk a bit more about

12    inconsistent data or allegedly inconsistent data that the

13    defendants raised.

14           I'd like to now talk about the defendants' argument

15    that the 004 study found a lower time-to-PSA progression, than

16    the 002 study recorded in Ryan 2011, which we discussed

17    earlier, why is the median time to PSA progression in the 004

18    study lower than the 002 study published by Ryan 2011?

19    A.   They're different populations.  You remember what we

20    talked about was prior chemotherapy being an important factor

21    in the biology of the disease.  So patients who've already had

22    chemotherapy who are castration resistant have a more

23    aggressive disease, one that's more intrinsically resistant to

24    further treatments.

25           So the Ryan -- the 004 study, excuse me 004 study, is

Rettig - Direct - Krause                        648

1  a post-chemotherapy study.  The 002 study is pre-chemotherapy.

2  That's truly apples to oranges and you'd expect a shorter time

3  to PSA progression in the 004 study as compared to the 002

4  study.

5          And, again, that was very well recognized and has been

6  and continues to be well recognized, including by the FDA, and

7  that's why they mandated a separate post-chemotherapy study for

8  the phase III 301, and a pre-chemotherapy study, the phase III

9  302.

10 Q.   So what does this indicate regarding whether the data are

11 contradictory --

12 A.   They're not.

13 Q.   -- as defendants allege?

14 A.   They're not.

15 Q.   Are you aware that the defendants have also alleged the

16 003 study result suggest there is no difference in time to PSA

17 progression between abiraterone acetate versus abiraterone

18 acetate plus prednisone, in comparison to the results of the

19 004 study?

20 A.   Yes.

21 Q.   And what do you think of that?

22 A.   So, I feel that that is inaccurate and the reason why is

23 because, although the protocol for the 004 study -- so let me

24 take a step back.

25          Both of those studies were post-chemotherapy

Rettig - Direct - Krause                    649

 1  metastatic CRPC patients -- who were post chemotherapy.

 2          The 004 study had written in the protocol that

 3  abiraterone acetate and steroids were to be used from the

 4  start.  That wasn't actually written in the protocol of 003,

 5  but it turns out that patients were allowed to be on steroids

 6  and they were on steroids at the start of the abiraterone.  So

 7  it's basically comparing apples to apples in that situation.

 8  Q.   So then why was the median time to PSA progression

 9  120 days in both the 003 and 004 studies?

10  A.   Similar populations post-chemotherapy CRPC patients.

11  Q.   What does this indicate regarding whether the data are

12  contradictory as the defendants allege?

13  A.   They are not contradictory.

14  Q.   Are you aware the defendants also argue that a few recent

15  publications demonstrate that prednisone does not provide a

16  survival benefit in the treatment of prostate cancer?

17  A.   Yes.

18  Q.   What experimental evidence do these publications provide

19  that prednisone does not have an anti-cancer effect in

20  combination with abiraterone acetate?

21  A.   Absolute none.

22  Q.   Why do you say that?

23  A.   Those studies were meta analyses looking at randomized

24  controlled trials and what they did was they isolated the arms

25  that had prednisone only to ask -- in other words, control

Rettig - Direct - Krause

650

 1    arms, to ask the question whether or not prednisone might

 2    contribute to a survival advantage when it's administered by

 3    itself.  And the conclusions, which I agree with, is that

 4    prednisone does not have an anti-cancer effect by itself.

 5            It did not address -- those studies did not address

 6    the role of prednisone with abiraterone acetate, in

 7    combination.  It was specifically pulling out the control arms

 8    with prednisone only.

 9    Q.   So what is your opinion of the relevance of those

10    publications?

11    A.   They're not relevant.

12    Q.   Are you aware the defendants argue that Janssen's

13    marketing materials show prednisone, as used by Zytiga, to

14    mitigate side effects rather than for its anti-cancer effects?

15    A.   Yes.

16    Q.   What do you think of this argument?

17    A.   I don't agree with it.

18    Q.   Why is that?

19    A.   So, first of all, every single marketing material has to

20    have the indications and uses.  So that's what we see.  And as

21    a physician, irrespective of what the remainder of the document

22    demonstrates, we know what we're using it for.  Okay?

23            Now, there are some materials that might emphasize

24    survival and efficacy more than managing side effects, but all

25    in all, they're very informative.

Rettig - Direct - Krause

651

```
 1            So even those that may focus on side effects and how

 2   prednisone may mitigate side effects, those are very useful, in

 3   my view, because once a physician decides I want to use

 4   abiraterone acetate and prednisone to treat prostate cancer,

 5   they then get information on how to manage the patients.

 6            So it's really helping us manage patients safely.  So

 7   it's doing -- giving information to the physicians and

 8   ultimately doing a service to the patients.

 9   Q.   Let's talk about the phase III trials of abiraterone

10   acetate with prednisone.  If you could turn to JTX-8091 in your

11   binder.

12   A.   Got it.

13   Q.   Do you recognize this document?

14   A.   Yes.

15   Q.   And what is it?

16   A.   This is the seminal publication of the 301 study, the

17   randomized controlled trial of abiraterone acetate plus

18   prednisone versus placebo plus prednisone in metastatic CRPC

19   patients who had previously been -- had received

20   docetaxel-based chemotherapy.

21   Q.   And when was this published?

22   A.   2011.

23   Q.   And where was it published?

24   A.   The *New England Journal of Medicine*.

25   Q.   What is the *New England Journal of Medicine*?
```

 1    A.   It's the most prestigious clinical journal there is, in my

 2    view, in the world.  It is a general -- it publishes clinical

 3    manuscripts that are not restricted to cancer.  It's really any

 4    field of medicine.

 5           So the very fact that a cancer study is published here

 6    is recognized not only, of course, by the reviewers, but the

 7    editors that this is really important to get out to not only

 8    oncologists but medical community at large both in the U.S.

 9    and globally.

10    Q.   Did you rely a JTX-8091 in forming your opinions?

11    A.   Yes.

12    Q.   And what was the name of the study described in the

13    JTX-8091?

14    A.   This is also known as the Cougar 301 or 301 study, and I

15    believe it's study 1 in the updated version of the label.

16    Q.   Is this the same 301 study described in the Zytiga label

17    and defendants' labels?

18    A.   Yes, it is.

19    Q.   What patient population was analyzed in 301 study?

20    A.   Metastatic CRPC after chemotherapy with docetaxel.

21    Q.   And what drugs were administered in the 301 study?

22    A.   Abiraterone acetate plus prednisone in one arm and placebo

23    plus prednisone in the other arm.

24    Q.   If you could please turn to Page 1996.  Look at the last

25    sentence of the first column.

Rettig - Direct - Krause

1   A.   Yes.

2   Q.   It says there, We hypothesized that inhibition of androgen

3   biosynthesis with abiraterone acetate and prednisone would

4   improve survival among patients with advanced prostate cancer.

5        Do you see that?

6   A.   Yes.

7   Q.   What's being talked about there?

8   A.   So this is just bringing out what I said earlier, that

9   this study is now further moving along the combination and

10  further establishing the hypothesis Dr. de Bono had postulated.

11  And here we're looking at a regulatory endpoint, survival.  So

12  this is sort of the -- the -- the culmination of all the work

13  that had been done previously.

14  Q.   What is the most important metric for measuring the

15  efficacy of an oncology therapy?

16  A.   Ultimately, it's survival.

17  Q.   What were the overall survival results in the 301 study?

18  A.   They favored the -- they showed that abiraterone acetate

19  and prednisone improves overall survival compared to the

20  control arm in a clinically meaningful and statistically

21  significant manner.

22  Q.   And so how many months did the individuals in the

23  treatment arm live, on average?

24  A.   Those -- about a four-month difference total with a hazard

25  ratio of 0.65.  Meaning a 35 percent reduction in the risk of

Rettig - Direct - Krause                    654

1  dying at any point, in the combination arm, with abiraterone

2  and prednisone, and this was highly statistically significant

3  with a P value less than 0.001.

4  Q.   So at a high level, what's your takeaway from this

5  reference?

6  A.   The combination of abiraterone acetate and prednisone

7  improve overall survival in metastatic CRPC patients who've had

8  docetaxel.

9  Q.   How, if at all, does 301 study relate to the asserted

10 claims?

11 A.   So the -- it involves the same drugs, abiraterone acetate

12 and prednisone, at the precisely same dosages in the same

13 patients with the same disease.  So it really matches up very

14 well.

15 Q.   When did Zytiga with prednisone first receive FDA

16 approval?

17 A.   April 2011.

18 Q.   If you could turn to JTX-8104 in your book.

19 A.   Got it.

20 Q.   Do you recognize JTX-8104?

21 A.   Yes.

22 Q.   What is it?

23 A.   This is the pre-chemotherapy phase III study that was

24 involving abiraterone acetate plus prednisone versus the

25 control arm in patients with metastatic CRPC who had not yet

Rettig - Direct - Krause                    655

1   received docetaxel.

2   Q.   Where was this published?

3   A.   Same journal.  *New England Journal of Medicine*.

4   Q.   Did you rely a JTX-8104 in forming your opinions?

5   A.   Yes.

6   Q.   If you could turn to Page 139 and look at the second

7   sentence in the paragraph at the bottom of the first column.

8   A.   I'm sorry the second paragraph?

9   Q.   In the paragraph at the bottom, the first column?

10  A.   Yes.

11  Q.   The sentence states, Abiraterone plus low dose prednisone

12  improves survival in patients with metastatic

13  castration-resistant prostate cancer who have already received

14  docetaxel and the combination therapy has received regulatory

15  approval for this indication.

16        As a physician, what's your understanding of that

17  sentence?

18  A.   It's a reiteration of the 301, the primary 301 results

19  that we just discussed.  And that is the combination of

20  abiraterone acetate and prednisone, that improves survival in

21  patients with mCRPC who have received chemotherapy and that

22  combination was FDA approved.

23  Q.   If you could turn to JTX-8108 in your binder.

24        Do you recognize this document?

25  A.   I do.

1   Q.   And what is it?

2   A.   This is the final survival analysis of the study that we

3   just discussed, the 302 study.  And this is a study that is

4   further confirming the survival advantage and it's published in

5   a journal called *Lancet Oncology*, another prestigious specialty

6   journal.  Oncology specialty journal.

7   Q.   Did you rely on JTX-8108 in forming your opinions?

8   A.   Yes.

9   Q.   Is this the same 302 study described in the Zytiga label

10  in defendants' ANDA labels?

11  A.   Yes.

12  Q.   What patient population was analyzed in the 302 study?

13  A.   Men with mCRPC who have not yet received docetaxel.

14  Q.   How do the patient populations in the 301 and 302 studies

15  compare?

16  A.   They both have mCRPC.  301 is post chemo and 302

17  pre-chemo.

18  Q.   And what drugs were administered in the 302 study?

19  A.   Abiraterone acetate and prednisone in one arm and placebo

20  and prednisone in the other arm.

21  Q.   What was the overall survival results of the 302 study?

22  A.   So the median overall survival was 34.7 months in the

23  combination arm and 30.3 months in the control arm.

24        And please remember that the patients in the control

25  arm had been offered abiraterone acetate at the first interim

Rettig - Direct - Krause

657

```
 1  analysis because the data safety monitoring board that oversaw

 2  this study felt that it was not ethical to allow patients to

 3  remain on the placebo plus prednisone arm.

 4         So what that's telling us is that this survival

 5  advantage can be dampened because of this un-blinding process.

 6  Q.  How did the 302 results relate to the asserted claims?

 7  A.  They matched very well.  Same patients, same dosages of

 8  drugs, same disease.

 9  Q.  If you could turn to Page 159 and look at the first

10  sentence under the heading "Interpretation."

11         The sentence states, The final analysis of the

12  COU-AA-302 trial demonstrates that abiraterone acetate plus

13  prednisone prolongs overall survival compared with placebo plus

14  prednisone in patients with chemotherapy naive metastatic

15  castration-resistant prostate cancer.

16         As a physician, what's your understanding of that

17  sentence?

18  A.  That just is establishing the gold standard for

19  improvement in an outcome, overall survival in the patients who

20  got the experimental arm of abiraterone acetate and prednisone.

21  Q.  Did Zytiga with prednisone receive an FDA approval after

22  the 302 study?

23  A.  Yes.

24  Q.  And when was that?

25  A.  December 2012.
```

Rettig - Direct - Krause                    658

1   Q.   In the 301 and 302 studies, prednisone was administered in

2   both the treatment arm and the control arm.   Is that correct?

3   A.   Yes.

4   Q.   What does the 301 and 302 study design allow you to

5   conclude about the anti-cancer effects of abiraterone acetate

6   with prednisone?

7   A.   I conclude that abiraterone acetate and prednisone are

8   working together to achieve the clinical treatment effect, the

9   anti-cancer effect.

10  Q.   Can the effects of prednisone in the control arm simply be

11  subtracted from the benefits of abiraterone acetate and

12  prednisone in the treatment arm to show that abiraterone

13  acetate has an individual anti-cancer effect?

14  A.   No.

15  Q.   Why is that?

16  A.   So when drugs are combined, there can be different

17  outcomes.   They can be additive, they can be antagonistic or

18  they can be greater than additive.   The biostatistical term is

19  synergistic.   And we've already established that the

20  combination is greater than additive.   As an example, you can

21  go back to the extension study as a good example of that.

22  Q.   Are you familiar with the LATITUDE study?

23  A.   I am.

24  Q.   What is the LATITUDE study?

25  A.   That was a randomized control trial of patients with

Rettig - Direct - Krause                           659

1   metastatic castration-sensitive prostate cancer and all

2   patients received androgen deprivation therapy; and the

3   question was asked, can we add abiraterone acetate and

4   prednisone at the start of treatment for metastatic CSPC and

5   will that -- to achieve an improvement in clinical outcomes.

6   Q.   Could you please turn in your binder to PTX-22.

7   A.   Got it.

8   Q.   Do you recognize PTX-22?

9   A.   This is the LATITUDE study.

10  Q.   Did you rely on PTX-22 in forming your opinions?

11  A.   Yes.

12  Q.   What patient population was evaluated in the LATITUDE

13  study?

14  A.   These are the metastatic castration-sensitive prostate

15  cancer patients.

16  Q.   Are these the newly-diagnosed patients?

17  A.   Yes.  Well, they're newly -- they're newly going on

18  hormone therapy.

19       It is possible that they had a diagnosis of localized

20  prostate cancer many years ago and then the cancer came back as

21  metastatic.  But they are naive to castration, let's put it

22  that way.

23  Q.   How is that patient population different from mCRPC

24  patients?

25  A.   So mCRPC patients have had castration and then manifested

1   some measure of the cancer getting worse, disease progression.

2   Q.   What drugs were administered in the LATITUDE study?

3   A.   So all patients, in both arms, were required to receive

4   castration and then one arm, the experimental arm, received

5   abiraterone acetate and prednisone and the other arm got

6   matched double placebos.

7   Q.   Why wasn't prednisone administered in the placebo arm of

8   the study?

9   A.   So these patients, in general, are going to do better

10  because they're newly diagnosed.  They haven't been -- become

11  castration resistant.  So just being on androgen deprivation

12  therapy alone will provide a long-term benefit before the

13  cancer gets worse.

14        So if you put a patient on a corticoid steroid in the

15  control arm, what you're going to do is the patient will stay

16  on it so long as they don't progress and that can be years.

17        So we know about the chronic toxicities of prednisone

18  and it was felt that it wouldn't be -- it would not do the

19  patients a service to put them on prednisone.  I think that's a

20  dominant factor.

21  Q.   What were the overall survival results of the LATITUDE

22  study?

23  A.   Overall survival was improved in the experimental arm

24  containing abiraterone and prednisone.

25  Q.   What is the significance of the LATITUDE study results to

Rettig - Direct - Krause                    661

1   you as a treating physician?

2   A.   It was practice changing, as were the 301 and 302 studies.

3   Q.   Why do you say that?

4   A.   Because the survival advantage that we saw with the

5   combination of abiraterone acetate was so striking and it was

6   so well-tolerated that, essentially, any patient that fits the

7   criteria in the label can be now treated with abiraterone

8   acetate and prednisone, when they first start castration, to

9   achieve a meaningful clinically impactful improvement in

10  quantity of life.

11  Q.   How does the use of 1000 milligrams per day of abiraterone

12  acetate and 5 milligrams per day of prednisone to treat mCRPC

13  relate to asserted claim 4?

14  A.   It does.  It identifies -- so claim 4 is all about

15  abiraterone acetate dosage of 1000 milligrams per day, and

16  that's the same dosage that's in -- that was in the study.

17  Q.   If you could turn to Page 2 of PTX-22 and look at the

18  third sentence beginning, Abiraterone acetate, in the second

19  column.

20          The sentence states, Abiraterone acetate, hereinafter

21  referred to as abiraterone, in combination with prednisone, has

22  been shown to significantly increase overall survival and

23  provide additional clinical benefits in patients with

24  metastatic castration-resistant prostate cancer who have not

25  received chemotherapy and in those who have received previous

Rettig - Direct - Krause                              662

1    docetaxel.

2            What's your understanding of that sentence?

3    A.    This is just summarizing, briefly, the results of the two

4    previous randomized control trials in the castration-resistant

5    state and calling out, specifically, abiraterone acetate in

6    combination with prednisone, highlighting that fact.

7    Q.    If we could turn to Page 1 of PTX-22 and look at the

8    sentence under the heading "Conclusions."

9            The sentence states, The addition of abiraterone

10   acetate and prednisone to androgen deprivation therapy

11   significantly increased overall survival and radiographic

12   progression-free survival in men with newly-diagnosed

13   metastatic castration-sensitive prostate cancer.

14           What's your understanding of that sentence?

15   A.    Again, it's a reiteration of the results where abiraterone

16   and prednisone, when added to ADT, are improving these clinical

17   endpoints, overall survival, and something called radiographic

18   progression-free survival, which means either scans get worse

19   or patients die.

20   Q.    Did Zytiga with prednisone receive an FDA approval after

21   the LATITUDE study?

22   A.    Yes.

23   Q.    And when was that?

24   A.    That was February 2018.

25   Q.    What relationship did the Attard 2009 and Ryan 2011

Rettig - Cross - Klein

 1  studies have with the phase III Zytiga trials?

 2  A.   They were the foundation, the basis for their development.

 3  They confirmed the de Bono hypothesis.  They established that

 4  abiraterone acetate and prednisone are functioning together to

 5  achieve their combined clinical effect, and this was ultimately

 6  manifested in the overall survival advantage in these three

 7  clinical randomized controlled clinical trials that we just

 8  discussed.

 9  Q.   Dr. Rettig, based on all of this information, what is your

10  opinion with respect to prednisone's anti-cancer effect in

11  combination with abiraterone acetate?

12  A.   My opinion is that it has a real contribution to the

13  overall anti-cancer effect of abiraterone when it is prescribed

14  with prednisone.

15          MR. KRAUSE:  Thank you, Doctor.

16          I pass the witness.

17          THE COURT:  All right.  Who will be crossing?

18          MR. KLEIN:  I will.

19                  CROSS-EXAMINATION

20  BY MR. KLEIN:

21  Q.   Good afternoon, Dr. Rettig.

22  A.   Good afternoon.  You're Mr. Klein, correct?

23  Q.   Yes.  I was going to just introduce myself.

24          My name is Charles Klein, with the law firm of Winston

25  & Strawn, and I will obviously be asking you some questions on

 1  behalf of defendants.

 2         You can keep that binder.  We handed you another

 3  binder.  We'll, obviously, be putting documents on the screen

 4  and whatever is easier for you.  The pertinent pages will be on

 5  the screen, but if you want to look at the actual documents,

 6  that's perfectly fine.  Okay?

 7         MR. KLEIN:  Mr. Russell, can you put up PDX-4.3,

 8  please.  PDX-4.3.

 9  BY MR. KLEIN:

10  Q.   Dr. Rettig, do you recognize this slide from your direct

11  examination?

12  A.   Yes.

13  Q.   Okay.  And this slide reflects how counsel instructed you

14  on some of the legal principles in this case, right?

15  A.   Yes.

16  Q.   And did counsel instruct you that defendants' abiraterone

17  labels do not induce or contribute to infringement unless the

18  FDA has approved the patented use?

19  A.   No, that's not my understanding.

20  Q.   Okay.  Do you understand that a key issue in this case is

21  whether the FDA has approved prednisone to achieve anti-cancer

22  effects when prednisone is used in combination with

23  abiraterone?  Is that an understanding you have?

24  A.   Yes.  However, my understanding for infringement is that

25  it's the practice of what's in the patent, the claims.

Rettig - Cross - Klein                665

1   Q.   Okay.  So do you have an understanding one way or another

2   as to whether the specific scope of FDA approval is related to

3   whether defendants infringed the patent?

4   A.   Yes.

5   Q.   Okay.  All right.

6         Now, you understand that FDA has detailed regulations

7   that govern the approval of drugs just generally, right?

8   A.   Yes.

9   Q.   Okay.  And you're not an expert in FDA regulations,

10  correct?

11  A.   No.

12  Q.   You're not an expert in FDA approvals?

13  A.   No.  I have a working knowledge, but not an expert.

14  Q.   You don't read FDA regulations.  That's not something you

15  typically do, right?

16  A.   No, not typically.  I have read some, yes.

17  Q.   And you're certainly not an expert in the regulatory

18  requirements that are required by the FDA to approve a New Drug

19  Application, correct?

20  A.   Not an expert.

21  Q.   You never worked at the FDA?

22  A.   No.

23  Q.   You never served on any FDA committees responsible for

24  approving an indication for a New Drug Application, right?

25  A.   No.

Rettig - Cross - Klein

666

1  Q.   And you never served on any FDA committee responsible for

2  reviewing clinical trials, right?

3  A.   No.

4  Q.   You're not an expert in clinical trial design, right?

5  A.   I have a pretty good working knowledge of clinical trials.

6  I wouldn't say I'm an expert.  I do design clinical trials,

7  write protocols, in combination with other experts.

8  Q.   Okay.  You're not an expert in biostatistics, right?

9  A.   No.

10 Q.   And you're not an expert on labelling for human

11 prescription drugs, right?

12 A.   Not an expert.

13 Q.   And you have no training on the requirements for FDA

14 labelling, right?

15 A.   No formal training.

16 Q.   Okay.  And you've never drafted an FDA-approved

17 indication, right?

18 A.   I've never drafted a label.

19 Q.   And so you don't offer any opinion in this case on the

20 issue of whether FDA has approved prednisone for anti-cancer

21 effects, in combination with abiraterone, correct?

22 A.   No.  I have offered my opinion as a physician, a person of

23 ordinary skill who has knowledge of the field, right.

24 Q.   That's my next question.  Okay.

25        So your testimony about the Zytiga indication is

Rettig - Cross - Klein                                          667

```
 1  solely from the perspective of a clinician, right?

 2  A.   Yeah, as a physician with knowledge of the field.

 3  Q.   Okay.  And you understand that -- you talked about

 4  on-label and off-label uses a little bit on your direct, right?

 5  A.   Yes.

 6  Q.   Okay.  You understand that pharmaceutical companies -- you

 7  generally understand -- I'm not going to ask any specifics --

 8  you generally understand that pharmaceutical companies can't

 9  market a drug for an off-label use, right?

10  A.   Yes.

11  Q.   But doctors are not bound by the scope of a FDA drug

12  indication, right?

13  A.   That's my understanding.

14  Q.   Doctors can describe for use even if FDA hadn't approved

15  it?

16  A.   That's possible.

17       MR. KLEIN:  Can we go to DDX-2701.03, please.

18  BY MR. KLEIN:

19  Q.   Okay.  On the screen, you recognize this as the 2018

20  Zytiga label?

21  A.   Yes.

22  Q.   Okay.  And this Zytiga label, the indications and usage

23  section, in particular, never actually tells doctors that

24  prednisone is indicated to achieve anti-cancer effects,

25  correct?
```

Rettig - Cross - Klein                    668

1   A.   No, that is not correct.

2   Q.   And so are you testifying that this Zytiga indication --

3   and for the record, it's DTX-1580.2 -- encourages doctors to

4   use prednisone for anti-cancer effects; that's your testimony?

5   A.   Yes.

6   Q.   But you have personally told doctors that the role of

7   prednisone in the Zytiga indication is for safety, correct?

8   A.   No, that's false.

9        I have told doctors that the role of prednisone is for

10  its anti-cancer treatment effect.  It has an added benefit of

11  potentially mitigating side effects, but that's not its role.

12  That's not its primary role.  That's not why it is

13  administered.

14  Q.   Okay.  On direct you talked about how you served on

15  Janssen's speakers bureau, right?

16  A.   Correct.

17  Q.   Okay.  And in that capacity, you specifically talked to

18  doctors about the Zytiga drug, right?

19  A.   In combination with prednisone, yes.

20  Q.   Right.  You gave more than 20 speeches about Zytiga,

21  roughly speaking?

22  A.   Yes.

23  Q.   And for these speeches, in total, Janssen has paid you

24  about $100,000, right?

25  A.   Something like that.

Rettig - Cross - Klein                    669

1   Q.   And you understand that FDA had to approve the marketing

2   slides you used and the notes for the Zytiga speeches, right?

3   A.   They approved the slide deck and any material that was

4   used.

5   Q.   And because these are -- these were FDA-approved

6   presentations, you had -- your prepared speeches had to stick

7   to the FDA-approved slides, right?

8   A.   Yes, unless I received an unsolicited question, and I can

9   respond to that.

10  Q.   Okay.  And during these presentations, you told doctors

11  that prednisone is used with Zytiga to address side effects,

12  right?

13  A.   No.  I'll repeat.  The main reason that I used -- that

14  I -- what I principally indicated to the -- to the audience was

15  that the main reason and the driving reason that prednisone is

16  being used with Zytiga was for its anti-cancer effects.

17          There was a secondary role related to safety, where we

18  have this added benefit that prednisone helps to mitigate side

19  effects from abiraterone acetate.

20  Q.   Okay.  So during these speeches, you were telling doctors

21  that safety was only a secondary role for prednisone?

22  A.   Yes.  The primary role is for the treatment of prostate

23  cancer in combination with abiraterone acetate.

24  Q.   Okay.  Are you saying -- so did -- as a physician, as a

25  clinician -- not as an FDA person, but as a clinician, are you

Rettig - Cross - Klein

670

```
 1  saying that this indication is not telling doctors to use

 2  prednisone for safety, only efficacy?

 3  A.   Yes, that's what I'm telling you.

 4         MR. KLEIN:  Let's go to DDX-2701.4.  And the document

 5  is DTX-1697.1.

 6  BY MR. KLEIN:

 7  Q.   Do you recognize this as a Zytiga slide deck you

 8  personally presented to doctors?

 9  A.   Yes.

10  Q.   And this slide deck came from Janssen, right?

11  A.   Yes.

12  Q.   And you understood that it was FDA approved?

13  A.   Yes.

14  Q.   And you see the date is July 2016?

15  A.   Hmm-hmm -- yes.

16         MR. KLEIN:  Let's go to DDX-2701.5.

17  BY MR. KLEIN:

18  Q.   Okay.  Here's -- this is obviously the notes version of a

19  PowerPoint, but this slide addresses the 302 clinical trial

20  design, right?

21  A.   Yes.

22  Q.   And your notes have some bullet points under the heading

23  "Key Points."

24         Do you see that?

25  A.   Hmm-hmm.
```

1   Q.   You have to say "yes" or "no" for the record.

2   A.   I'm sorry.  Yes.

3        THE COURT:  Sorry.  I know it does -- it sounds a lot

4   like "huh-uh."

5        THE WITNESS:  I apologize.  Yes.

6   BY MR. KLEIN:

7   Q.   Okay.  And the last bullet, which is highlighted, says,

8   Co-administration with prednisone, and it's talking about

9   co-administration of abiraterone with prednisone, right?

10  A.   Yes.

11  Q.   A corticosteroid suppresses ACTH, resulting in the

12  reduction in the incidence and severity of

13  mineralocorticoid-related adverse reactions, right?

14  A.   Yes.

15  Q.   And this is a fancy way of saying prednisone reduces

16  abiraterone side effects, right?

17  A.   Yes, but I don't think -- we can't ignore -- not only the

18  other key points on this slide, but other key points throughout

19  the whole slide deck that emphasize the initial results, the

20  efficacy results.  That's what's presented first and foremost.

21  And if you look here --

22  Q.   But, sir -- sir, your counsel will have a chance for

23  redirect.

24        But just to be clear, there's nothing in this slide

25  deck that says prednisone is having anti-cancer effects.  I'm

Rettig - Cross - Klein

672

```
 1   not talking about the combination.

 2           There's nothing in your slide deck that says

 3   prednisone itself is having anti-cancer effects, correct?

 4   A.   No, that's incorrect.

 5   Q.   Okay.  Well, if I'm incorrect, your counsel can correct me

 6   on redirect.

 7   A.   Can I please clarify that?

 8   Q.   That's what redirect is for, sir.

 9           Prednisone -- prednisone has been used -- at the time

10   you were making this speech to doctors, prednisone had been

11   used, with other cancer drugs, for similar purposes, right?

12   A.   No, that's incorrect.

13   Q.   For palliation?

14   A.   Historically, I would say many years ago prednisone had

15   been used for specific palliative purposes in the prostate

16   cancer management world.  And prostate cancer has some unique

17   complications, especially bone pain, that we could have used

18   prednisone for palliation.

19           However, patients who go on these clinical trials are

20   living a long time.  Remember, the control arm in the 302 study

21   lived 30 months.

22           So putting that patient on prednisone for some bone

23   pain would subject that patient to the remaining of his life

24   with all of the toxicities of prednisone.  And we have such

25   better ways of palliating the symptoms that we used to use
```

Rettig - Cross - Klein

673

1    prednisone more readily for.

2    Q.    Okay.  You understand Zytiga's initial approval was in

3    2011, right?

4    A.    Yes.

5    Q.    Okay.  In 2011, steroids like prednisone had been approved

6    for glucocorticoid replacement therapies, right?

7    A.    I believe so, yes.

8         MR. KLEIN:  Let's go to DDX-2701.6.

9    BY MR. KLEIN:

10   Q.    This slide is called Steroidogenesis Pathway,

11   Co-Administration of Prednisone, right?

12   A.    Hmm-hmm.

13   Q.    I'm sorry --

14   A.    I'm sorry, I keep doing that.  It's my colloquial way of

15   responding.  Yes.

16   Q.    Okay.  This side is a bit complicated for us nonmedical

17   folk, but the key point is that prednisone is addressing

18   abiraterone side effects, right?

19   A.    No, I would not say that's the key point.  There are

20   several key points here, if I can point them out to you.

21   Q.    Okay.

22        MR. KLEIN:  Well, let's just go to the next slide,

23   DDX-2701.7.

24   BY MR. KLEIN:

25   Q.    These are the notes to the slide we just looked at, and

Rettig - Cross - Klein

674

1  you see there's one key point in the notes.  Do you see that?

2  A.   I see that.  These key points -- so let me just take a

3  step back --

4  Q.   Well, sorry.  The way cross-examination works is I ask you

5  the questions, you answer it.  If there's additional

6  explanation, your counsel can come up and ask you to clarify

7  it.

8  A.   I see.

9        THE COURT:  Within reason.

10       MR. KLEIN:  Within reason.

11 BY MR. KLEIN:

12 Q.   The key point, the notes of this slide say the key point

13 is that co-administration of a corticosteroid suppresses

14 adrenocorticotropic hormone drive resulting in a reduction in

15 the incidence and severity of the adverse reactions of

16 hypokalemia, hypertension and fluid retention, right?

17 A.   That's what it says, yes.

18       MR. KRAUSE:  Your Honor, if I can I object, because we

19 don't have copies of these demonstrative exhibits.

20       MR. KLEIN:  Your Honor, they came from Janssen.  They

21 were produced from Janssen to us.

22       THE COURT:  Well --

23       MR. KRAUSE:  Well, he is selecting which pages --

24       THE COURT:  Look, I'm just going to guess that these

25 are among a large volume of material.  Help him out.  Let's --

```
 1              MR. KLEIN:  I have -- the document number is
 2    DTX-1697.66.  This was a production Janssen made to us.
 3              THE COURT:  Okay.
 4              MR. KRAUSE:  Your Honor, we had DDX numbers on here.
 5    Apparently, he has a stack of these things.  I think it would
 6    be appropriate for us to have a copy of them.
 7              As he pointed out, this is amongst the stack of the
 8    entire production.  We don't know what's coming up next.
 9              MR. KLEIN:  I think they're asking for our
10    demonstrative for cross-examination?  Is that what you're
11    asking for?
12              MR. KRAUSE:  Yes.
13              MR. KLEIN:  That's highly unusual, in my experience,
14    that you give demonstratives for cross-examination.  We have
15    not --
16              THE COURT:  I'm not sure what "demonstratives for
17    cross-examination" even means.
18              MR. KLEIN:  These are documents -- and I gave the
19    wrong number -- it's DTX-1697.
20              And I think what counsel is saying is we should have
21    told him that we were going to cross their witness on this
22    document, which is highly unusual.
23              MR. KRAUSE:  No, Your Honor, we simply --
24              THE COURT:  I think he is asking for it now.
25              MR. KRAUSE:  Yes.
```

```
 1          MR. KLEIN:  You didn't give him a binder?  The binder

 2  has the documents.  He wants the slides?

 3          MR. WONG:  Yes.

 4          MR. KLEIN:  Okay.  Give him the slides.

 5          THE COURT:  Let him see it.  Let him follow up.  He's

 6  not making a discovery objection.  He's just saying he wants to

 7  have it in front him.

 8          MR. KLEIN:  I misunderstood.

 9          THE COURT:  Okay.

10  BY MR. KLEIN:

11  Q.  All right.  I think I read into the record what the key

12  point is, as indicated in the notes of slide 65 of DTX-1697.

13  All right.

14          All right.  In essence, this key point -- again, it's

15  a little complicated.  It's saying, Coadministration of a

16  corticosteroid like prednisone addresses abiraterone side

17  effects.

18          That's what the notes are saying, right?

19  A.  That's what the notes are saying.

20  Q.  Now, to your knowledge, the FDA has not allowed Janssen to

21  tell doctors that prednisone has anti-cancer effects when used

22  with Zytiga, correct?

23  A.  Incorrect.

24  Q.  Other than citing the "indications" section, your slide

25  presentation never actually says that prednisone has
```

Rettig - Cross - Klein

1  anti-cancer effects in combination with abiraterone to improve

2  overall survival, correct?

3  A.    Incorrect.

4          MR. KLEIN:  Mr. Russell, can you play deposition 1,

5  Pages 344 to 345, starting line 3 of 344 to line 3 of 345?

6          (Video of Deposition 1 of Matthew Rettig is played.)

7  Q.    Is that your testimony, sir?

8  A.    That is a component of my testimony.  That doesn't

9  completely recapitulate what I said in that testimony.

10  Q.    Now, FDA has not approved discussions of anti-cancer

11  effects from prednisone when used with Zytiga, to your

12  knowledge, correct?

13  A.    I'm sorry, repeat the question.

14  Q.    Let me rephrase it.

15          You talked about a mechanism of action of how

16  prednisone might contribute to overall efficacy of the

17  combination with Zytiga, right?

18  A.    I have spoken about that, yes.  Yes.

19  Q.    That discussion is not part of the FDA-approved

20  presentation material, correct?

21  A.    The FDA-approved presentation material does not

22  specifically call out that mechanism of action whereby

23  prednisone potentiates the effects of abiraterone acetate and

24  how they would work together to achieve an anti-cancer effect.

25  Q.    Okay.  Thank you.

Rettig - Cross - Klein                                 678

1              Now, you testified earlier that, in your view, the
2     Zytiga indication --
3              THE COURT:  I'm sorry, just one other thing, just
4     because it was raised before.
5              When we say "FDA approved," was it pre-approved?  It
6     doesn't have to be, right?
7              THE WITNESS:  So, my understanding, Your Honor, is
8     that the slide deck is approved by the FDA.
9              THE COURT:  Before you delivered?
10             THE WITNESS:  Yes, sir.
11             THE COURT:  The presentation.  Okay, thanks.
12             MR. KLEIN:  Your Honor, I think you're referring to
13     testimony about Janssen's marketing materials.
14             THE COURT:  Marketing material, yes.  And I just
15     wondered if this was pre-approved or not.
16    BY MR. KLEIN:
17    Q.   Now, when we talked about the indication and you said the
18    indication is saying prednisone has anti-cancer effects, am I
19    correct, that's your view?
20    A.   Yes.
21    Q.   Okay.  Is that because the Zytiga indication is phrased in
22    a way that says take Zytiga, in combination with prednisone, to
23    treat patients with prostate cancer?
24             Is that wording, in your view, expressing to a doctor
25    that prednisone has anti-cancer effects?

1   A.   Yes, in isolation, but as a physician, I would use the

2   whole body of information that I have to make that

3   determination.  And I have determined that prednisone, indeed,

4   functions in combination with abiraterone acetate to achieve

5   its anti-cancer, prostate cancer effect.

6   Q.   And when you say "the whole body," you're referring to,

7   among other things, the 001 study, right?

8   A.   001, 002, 003, 004, the 301, 302 studies and the LATITUDE

9   study as well.

10  Q.   Now, we talked a moment ago about the fact that before

11  Zytiga was approved, prednisone was used with other cancer

12  drugs, right?

13  A.   Yes.

14  Q.   And one of those drugs is called Jevtana?

15  A.   Yes.

16  Q.   All right.

17       MR. KLEIN:  Let's go to DTX-2701.8.

18  BY MR. KLEIN:

19  Q.   Do you recognize DTX-1282.1 as the Jevtana indication and

20  usage section?

21  A.   Yes.

22  Q.   Okay.  And you see it says, Initial U.S. approval 2010?

23  A.   Yes.

24  Q.   So this is about a year before Zytiga was first approved,

25  right?

Rettig - Cross - Klein

680

```
 1   A.   Yes.

 2   Q.   Okay.  And you personally prescribed Jevtana?

 3   A.   Yes, I have.

 4   Q.   And the Jevtana label says that the drug -- now I'm

 5   paraphrasing, but it's indicated, in combination with

 6   prednisone, for the treatments of patients with a form of

 7   prostate cancer, right?

 8   A.   Yes.

 9   Q.   Right.

10        MR. KLEIN:  Now, let's go to DTX-2701.9.

11   BY MR. KLEIN:

12   Q.   And here is -- we've got the Zytiga label on the top,

13   which is DTX-1580.2, and the Jevtana label from 2010 on the

14   bottom, DTX-1282.3.

15        Do you see that?

16   A.   Yes.

17   Q.   Okay.  And, generally speaking -- I mean, there are some

18   specifics that are different, but, generally speaking, the

19   phraseology is similar between the two indications, right?

20   A.   Yes.

21   Q.   And your opinion is that prednisone is not providing an

22   anti-cancer effect, according to the Jevtana indication,

23   correct?

24   A.   So let me explain.  When one looks at these labels in

25   isolation, if one does not have any medical knowledge and just
```

1   reads the labels, one would conclude in this artificial way,

2   perhaps in a regulatory or legal way, that prednisone does

3   contribute to the anti-cancer effect of Jevtana.

4           As a physician, when I look at a label, I don't look

5   at it in isolation.  I look at it in the context, as I said, of

6   everything I know.  And what I know, is that I have never seen

7   a hypothesis that prednisone contributes to the anti-cancer

8   effect of Jevtana, I've never seen a clinical trial that even

9   tried to establish such a hypothesis, which I didn't see in the

10  first place, such as an extension study.

11          So when I look at the Jevtana label in the context of

12  what I know, as opposed to the Zytiga label, I, as a physician,

13  in my -- make different conclusions.

14  Q.   And so I'm not sure you answered the question directly,

15  but I understand your answer.

16          But your opinion is that prednisone is not providing

17  an anti-cancer effect when used with Jevtana, correct?

18  A.   Yes.

19  Q.   Okay.  And you explained how physicians look at -- look at

20  more than just the indication and usage section, right?

21  A.   Yes.

22  Q.   Okay.  They read the label as a whole, correct?

23  A.   Yes.

24  Q.   And then they may look at information outside the label as

25  well, right?

Rettig - Cross - Klein

682

1    A.    Sure, yes.

2    Q.    And there was -- there's nothing in the Jevtana label that

3    would convince a physician that prednisone's having an

4    anti-cancer effect, right?

5    A.    Correct.

6    Q.    Okay.  And for Zytiga, you're saying that, as a physician,

7    you are aware of the 001 study that had this reversal of

8    resistance to abiraterone hypothesis, correct?  Is that the

9    distinction between Zytiga and Jevtana, in your mind?

10   A.    That's one distinction.

11   Q.    But that's the key distinction, though, right?

12   A.    It is a key distinction.  There are other key

13   distinctions.

14   Q.    Okay.  You understand that the 001 study is not reported

15   in the Zytiga label, right?

16   A.    Yes, I understand that, but one can and one would

17   normally, as a physician, look at the clinical trial section,

18   get the papers, and then be referred to those papers.

19   Q.    Okay.  So in your opinion, a physician would look at the

20   clinical trial section of Zytiga and then do some digging, pull

21   the studies and, eventually, come across the 001 study; is that

22   what you're saying?

23   A.    Yes, and would do the same for Jevtana.

24   Q.    Okay.  And then the difference between the two drugs is

25   that if you did that for Jevtana, you're not going to find

Rettig - Cross - Klein

1  something like the 001 study?

2  A.   The 001 study and all of the other studies and work that

3  had been done with Zytiga.

4       So there were no analogous studies that were done for

5  Jevtana and no analogous hypothesis.

6  Q.   Okay.  And so I'm not sure we clarified this, but when

7  doctors use Jevtana with prednisone, they're using prednisone

8  for palliation; is that right?

9  A.   No, not quite.  The Jevtana is called -- is the brand name

10 for a chemotherapy agent Cabazitaxel.  It sounds like

11 docetaxel, because they belong to the same class called taxane.

12 And taxanes have a very unique and very serious

13 life-threatening acute side effect.  It's called a

14 hyper-sensitivity reaction.  In fact, there's a black box

15 warning in those labels and there's a requirement for

16 physicians to prescribe super-high dosages of glucocorticoids.

17      Within the 12 hours prior to receiving the

18 chemotherapy, patients must have received the equivalent of

19 171.6 milligrams of prednisone and then they stay on the

20 prednisone throughout each cycle.

21 Q.   You can't tell that role of prednisone from reading the

22 Jevtana indication, right?

23 A.   No, but it's -- the black box warning is first and

24 foremost on the label.

25 Q.   And so, I'm not sure I understand.  What exactly is the

Rettig - Cross - Klein

684

1   role of prednisone when used with Jevtana?

2   A.    Sorry, we'll get back to that?

3   Q.    Yeah.

4   A.    I forgot the question.

5           So prednisone is largely to mitigate the side effects

6   of Jevtana.  That's different than palliation.  Palliation

7   refers to the disease.

8   Q.    Okay.  Is that your understanding, as a physician, as to

9   why FDA approved Jevtana in combination with prednisone?

10  A.    So my understanding is that the FDA approved Jevtana in

11  combination with prednisone for its anti-cancer effect and

12  that's what's in the label in the indications and usage

13  section.  That's different from what I, as a physician,

14  understand the role of prednisone.

15  Q.    Okay.  And that understanding of what FDA did, is that

16  just from reading the indication and usage section or is that

17  from some other information?

18  A.    It's from the indications and usage section and the FDA

19  has used the phase III study as an important component of their

20  decision to approve that combination.

21  Q.    Okay.  But certainly doctors would look at the Jevtana

22  indication today with knowledge of, you know, the label as a

23  whole and other information and read that indication as saying

24  Jevtana is indicated in combination with prednisone because

25  prednisone is going to address Jevtana side effects, correct?

Rettig - Cross - Klein                    685

1   A.   No, that's not what I said.  I said that the label says

2   that they are supposed to be used in combination.

3        The doctor would read the indications and usage

4   section, if you want, in isolation, that's what it says; that

5   prednisone is being used with Jevtana for its anti-cancer

6   effect.

7        The premise that I'm trying to get across, is that a

8   doctor wouldn't use just the indications and usage section of

9   any label to have a fulsome understanding of the therapy that

10  they are considered.

11  Q.   I think we are saying the same thing.  I think I may have

12  asked the question poorly.

13       A doctor looking at the Jevtana label as a whole,

14  including the indications and everything else in the label,

15  would read the indications in context as saying, prednisone

16  should be used with Jevtana for side effects not as a second

17  anti-cancer agent, correct?

18  A.   Yeah, I think -- what I'm trying to say is, we don't just

19  look at the indications and don't just look at the label as a

20  whole.  We look at everything else:  We use our training, our

21  experience and the literature.

22       So when you have a label in front of you, that's not

23  the only source of information that a physician uses,

24  especially when we are talking about patients who have life-

25  threatening illnesses, and we're talking about drugs that can

Rettig - Cross - Klein

 1  have severe toxicity, chemotherapy.

 2  Q.   And I totally understand that.

 3       So when you're offering opinions about what the Zytiga

 4  label as a whole is teaching to a doctor, you can't isolate

 5  that question from what a physician would know from the

 6  literature as well and everything else the doctor would know

 7  about the drugs, right?

 8  A.   Well, I can isolate it hypothetically, but I'm telling you

 9  how the mind of a physician works; how I would look at the

10  label.

11  Q.   I see.  And so can you isolate, hypothetically, how a

12  doctor would read the Jevtana label as a whole, not just the

13  indication, the Jevtana label as a whole?

14       Would a doctor read just that label, if he or she

15  picked up the label, had no other information, and be taught

16  that prednisone is being used for anti-cancer effects?

17  A.   So we have no other knowledge and we just look at the

18  label, yes, what that says is that the combination of

19  abiraterone acetate and prednisone both contribute to the

20  anti-cancer effect.

21  Q.   But you're saying a doctor wouldn't rely just on that,

22  probably because there's nothing in the label that specifically

23  says that other than the indication, correct?

24  A.   No, the clinical trials support that as well.

25  Q.   The clinical trials in Jevtana?

Rettig - Cross - Klein

1  A.   I'm sorry, which label are we talking about?

2  Q.   Jevtana.  We're still talking about Jevtana.

3       THE COURT:  Let's back up.  I think he answered the

4  last question in respect to the abiraterone label, right?

5       THE WITNESS:  Yes.

6  Q.   Okay.  Sorry for the confusion.

7       Let's talk about Jevtana.  You said hypothetically you

8  could isolate just the label.  Okay.

9       So you have a doctor picking up the Jevtana label,

10 reading the indication, reading the label as a whole.  Would

11 that doctor believe that prednisone is being used for

12 anti-cancer effects, or to determine the role of prednisone in

13 the Jevtana label would the doctor have to go outside of the

14 label?

15 A.   Looking at the label, hypothetically, pretend world,

16 looking at the Jevtana label without any other information or

17 knowledge, experience, training, et cetera, one would conclude,

18 from looking at the Jevtana label, that is the combination of

19 Jevtana plus prednisone, in the combination, that achieves the

20 anti-cancer effect.

21 Q.   And that's because of what, the indication and usage

22 section?

23 A.   And the clinical trial section.

24 Q.   Of Jevtana?

25 A.   Correct.

Rettig - Cross - Klein                              688

 1   Q.   What is it in the clinical trial of Jevtana that teaches
 2   that prednisone has anti-cancer effects?  I'll strike the
 3   question.
 4        Can we agree that, based on the indications for
 5   Jevtana and the clinical trials that support it, a doctor would
 6   not understand that both Jevtana and prednisone are
 7   contributing to the overall survival of patients taking the
 8   combination?
 9   A.   Are you referring back to the hypothetical?
10   Q.   Well -- okay.  Let me -- so here is the hypothetical:
11        A doctor only has this label in front of him, the
12   Jevtana label.  Based on the indications and usage of Jevtana
13   and the clinical trials that support it, would a doctor
14   understand that both Jevtana and prednisone are contributing to
15   the overall survival of the combination?
16   A.   Looking at the Jevtana label only and incorporating no
17   other information but the label in its entirety, a doctor would
18   conclude that Jevtana and prednisone both contribute to the
19   anti-cancer effect of Jevtana.
20   Q.   Let's take a look at another label.  DDX-2701.10.
21        Do you recognize this as the Taxotere label?
22   A.   Yes.
23   Q.   This label is older.  It's from May 2004, right?
24   A.   Yes.
25   Q.   And you're familiar with this because it's prior art,

1    right?

2    A.   Yes.

3    Q.   We discussed this label briefly, without an exhibit, on

4    direct examination, right?

5    A.   Yes.

6    Q.   And Taxotere is obviously a cancer drug?

7    A.   Yes.

8    Q.   Okay.  And the indication for Taxotere says, Taxotere, in

9    combination with prednisone, is indicated for the treatment of

10   patients with a form of prostate cancer, right?

11   A.   Yes.

12        MR. KLEIN:  Now, let's go to DDX-2701.11.

13   BY MR. KLEIN:

14   Q.   Okay.  Now, on the screen I've got three separate

15   indications that I'll walk through them briefly.

16        On the top we have the 2018 Zytiga label again, and

17   that's DTX-1580.2.

18        In the middle we have the 2004 Taxotere label that we

19   just looked at, and that's DTX-1278.17.

20        And on the bottom we have the 2015 Taxotere label,

21   which is DTX-1288.3, right?

22   A.   Yes.

23   Q.   Okay.  And so the -- you understand the Taxotere label was

24   eventually amended?

25   A.   Yes, I think I understand that.

Rettig - Cross - Klein

690

1    Q.   Okay.  But it's substantively identical, correct?

2    A.   Yes.

3    Q.   Okay.  And both of the indications for Taxotere and Zytiga

4    similarly say that the drug is indicated, in combination with

5    prednisone, for the treatment of patients with a form of

6    metastatic prostate cancer, right?

7    A.   Similar form, yes.

8    Q.   Okay.  In your view, the Taxotere indication doesn't

9    encourage doctors to use prednisone for anti-cancer affects,

10   right?

11   A.   So the entire conversation we just had for Jevtana applies

12   to Taxotere.  We can go through it again.  I'd be happy to.

13   Q.   And you're saying doctors don't look at the indication as

14   a whole, right?

15   A.   We look at the indication as a whole, we do.

16   Q.   I misspoke.  You're saying doctors don't look at the

17   indication in isolation, right?

18   A.   That's correct.

19   Q.   And the Taxotere label doesn't say that prednisone is

20   being used for anti-cancer effects, correct?

21   A.   No, that's not what the label says in isolation.  The

22   label says that Taxotere is being used in combination with

23   prednisone for the treatment of patients with a form of

24   prostate cancer.

25   Q.   Okay.  Just to make sure I understand this.  Are you

Rettig - Cross - Klein

691

1   saying that the 2004 Taxotere label, as a whole, is teaching

2   those skilled in the art that prednisone is being used for

3   anti-cancer effects, in combination with Taxotere?

4   A.   So it's going to go back to whether we're talking about

5   real world or hypothetical.  Which answer would you like?

6   Q.   Well, I'd like you to focus on just the label.

7   A.   Okay.

8   Q.   Because for infringement we're focusing on the label.

9   A.   Okay.

10  Q.   Okay.  So if -- are you saying that the 2004 Taxotere

11  label, including the indication, is teaching doctors that

12  prednisone is being used for anti-cancer effects when used with

13  Taxotere?

14  A.   Yes.

15  Q.   And that's because of how it's worded?

16  A.   How it's worded and that's what's in the clinical trial

17  section.  The FDA approved it based upon the clinical trial --

18  in part, on the clinical trial section.

19  Q.   But it's your opinion that a doctor would understand -- in

20  the real world, a doctor would understand that prednisone, in

21  the Taxotere indication, is not being used for anti-cancer

22  effects, correct?

23  A.   Yes.  The same analogy, same concept that I applied to

24  Jevtana applies to Taxotere, yes.

25  Q.   And the key distinction between Taxotere and Zytiga, in

Rettig - Cross - Klein

692

1    terms of the labels or in terms of the drugs, is that Zytiga

2    came from the 001 study and Taxotere didn't have a similar type

3    of study to assess anti-cancer effects, correct?

4    A.    That's a little bit of it.   That's just a part of it.

5    They're completely different drugs.

6    Q.    I want to focus on the role of prednisone in the Zytiga

7    label versus the role of prednisone in the Taxotere label.

8         I totally understand that Zytiga and Taxotere are very

9    different drugs.

10   A.    Okay.

11   Q.    I just want to focus on the role of prednisone.   And if I

12   understand correctly, you're saying a doctor, today, in the

13   real world, using Zytiga, would understand prednisone is for

14   anti-cancer effect; but a doctor, in the real world, looking at

15   using Taxotere, would understand prednisone is just for safety,

16   right?

17   A.    Yes.

18   Q.    Okay.   And the reason that there's this distinction is

19   because of the 001 study, correct?

20   A.    Again, that's part of it.   There's other studies.   There's

21   actually no rationale, no hypothesis that's ever been put forth

22   that prednisone would collaborate with Taxotere or Jevtana, for

23   that matter, for its anti-cancer effect.

24        So that's just one part of it is 001.   That's one, I

25   would say, really neat study that helped establish the de Bono

Rettig - Cross - Klein                        693

1   hypothesis, but there's a lot else.

2   Q.   And just to be clear, that de Bono hypothesis is in the

3   001 study, right?

4   A.   Yes, that's -- that's built into the 001 study.

5   Q.   So if you didn't have the 001 study, then we'd be in the

6   same position, with regard to the role of prednisone, for

7   Zytiga and Taxotere, correct?

8   A.   Incorrect.

9   Q.   What other study?

10  A.   So we have the hypothesis and then we have the other

11  studies that I went through in quite some detail on direct and

12  I'm happy to go through them again with you.

13  Q.   But all those other studies, you say, refer back to 001,

14  correct?

15  A.   They don't literally refer back to it.  They build on it.

16  Q.   All right.  So that's what I was getting to.

17        If you started with the 002 study and you never had

18  the 001 study, then you'd be in the same position with Zytiga

19  that you were with Taxotere, right?

20  A.   Again, this is a total hypothetical in the pretend world.

21  If we didn't have any of these clinicals trials and any of our

22  knowledge, then, yeah, we'd be in the same place.

23        But we do have it.  We have the hypothesis.  We have

24  001; we have 002; we have 003; we have 004; and we have the

25  randomized trials times three.

Rettig - Cross - Klein

694

1  Q.  And the 001 study is not in the Zytiga label, correct?

2  A.  The results are not in the clinical trials, study section

3  or elsewhere, in the label.

4  Q.  I'm talking about the label itself.  And the --

5  Dr. de Bono's hypothesis is not in the Zytiga label, correct?

6  A.  Correct.

7  Q.  All right.

8       MR. KLEIN:  Let's go to DDX-2701.12.

9  BY MR. KLEIN:

10  Q.  And just briefly, I don't think this is disputed, but the

11  dose of prednisone, when used with Zytiga, Jevtana and

12  Taxotere, is all 10 milligrams a day, correct?

13  A.  Correct.

14  Q.  In fact, Taxotere and Zytiga both require 5 milligrams

15  twice daily, correct?

16  A.  Correct.

17  Q.  All right.

18       MR. KLEIN:  Let's go to DDX-2701.2.

19  BY MR. KLEIN:

20  Q.  And this is your demonstrative with the legal standards.

21  And I totally understand you're not a lawyer.  And, for the

22  record, it's PDX-4.3.

23       For direct infringement, you were instructed to assume

24  that a person performs all steps of a claim method, right?

25  A.  Yes.

Rettig - Cross - Klein

1   Q.   Okay.  And did counsel instruct you that Janssen carries

2   the burden of proving, for each asserted claim, that

3   10 milligrams a day of prednisone has anti-cancer effects, when

4   used with abiraterone?

5   A.   I'm sorry, repeat the question for me.

6   Q.   Did counsel instruct you that Janssen carries the burden,

7   for direct infringement, of proving, for each asserted patent

8   claim, that 10 milligrams per day of prednisone has anti-cancer

9   effects, when used with abiraterone?

10  A.   My understanding from counsel is that the claims have

11  defined the therapeutically effective amounts of those two

12  drugs, abiraterone and prednisone.  And, as indicated in my

13  demonstrative, by a physician and patient performing the steps

14  in the claim, in the same dosage, of the same drugs, in the

15  same patients, that direct infringement will occur.  That's my

16  understanding.

17  Q.   Okay.  In your opinion, prednisone monotherapy has no

18  anti-cancer effects, correct?

19  A.   That is correct.

20  Q.   And you testified that prednisone also does not have

21  anti-cancer effects, when used with other cancer drugs like

22  Taxotere or Jevtana, correct?

23  A.   Those two drugs, no.

24  Q.   And in terms of the '438 patent, you don't rely on any

25  data in the '438 patent that shows prednisone has anti-cancer

Rettig - Cross - Klein

696

```
 1  effects when combined with abiraterone, correct?
 2  A.   Correct.  There are no primary empiric data in the '438
 3  patent.
 4  Q.   Right.  And there's no hypothesis in the '438 patent that
 5  prednisone reverses resistance to abiraterone, correct?
 6  A.   Correct.  But the logical conclusion from the hypothesis
 7  is embodied in the patent.
 8  Q.   You mean in the claims?
 9  A.   In the claims.
10  Q.   Okay.  There's no mention of any 001 study data in the
11  '438 patent, correct?
12  A.   No, but the combination of abiraterone acetate and
13  prednisone is described in the patent.
14  Q.   The conclusion but with no support, correct?
15  A.   No empiric data about the 001 study in the patent, that's
16  correct.
17  Q.   Now, to support your opinions with regard to direct
18  infringement, you don't rely on any studies other than the
19  studies that Cougar or Janssen conducted in connection with
20  Zytiga, correct?
21  A.   So for direct infringement, I don't know that I need to
22  rely -- and I'm not a lawyer.  I'm telling you what I
23  understand.  That I need to rely on studies to establish direct
24  infringement so long as the physician is going to directly
25  infringe by performing the steps that are described in the
```

Rettig - Cross - Klein

697

```
 1  claims.
 2  Q.   And so what's your understanding of what's required to
 3  directly infringe?
 4  A.   That a person performs all of the steps of the claimed
 5  methods in the '438 patent.
 6  Q.   So that the physician prescribes 1000 milligrams of
 7  abiraterone, 10 milligrams a day of prednisone to treat
 8  patients with --
 9  A.   As therapeutically-effective amounts, yes.
10  Q.   And what do you mean by therapeutically-effective amounts?
11  A.   So those are the amounts that are being mentioned that are
12  therapeutically effective to treat prostate cancer, yes.  I'm
13  in agreement with you there.
14  Q.   So, in your opinion, if a doctor gives a patient two
15  prescriptions, one for 1000 milligrams of abiraterone a day,
16  second prescription of 10 milligrams per day of prednisone,
17  because the patient is suffering from metastatic
18  castration-resistant prostate cancer, that's all that needs to
19  be established for direct infringement, correct?
20  A.   That's my understanding, yes.
21  Q.   Now, Janssen never designed a study specifically to assess
22  whether prednisone has anti-cancer effects when used with
23  abiraterone, right?
24  A.   Incorrect.
25  Q.   Prednisone?
```

 1   A.   I'm sorry -- you said prednisone in combination with

 2   abiraterone?

 3   Q.   Right.  So let me rephrase the question.

 4        Janssen never designed a study specifically to assess

 5   whether prednisone is having anti-cancer effects when it's used

 6   with abiraterone?

 7   A.   What I'm saying is that those studies were designed.

 8   Q.   Which studies are you referring to?

 9   A.   So 001 --

10   Q.   Let's say -- okay -- 001, go ahead.

11   A.   Okay.  So let me be sure I'm answering the question.

12   Q.   Okay.  Let me rephrase it to make sure we're on the same

13   page.

14   A.   Yeah.

15   Q.   Janssen never specifically designed a study to isolate

16   whether prednisone is having anti-cancer effects as part of the

17   combination of prednisone and abiraterone, correct?

18   A.   And I'm saying that's incorrect.

19   Q.   Okay.  Because of the 001 study?

20   A.   The 001 study and the fact that the 00 -- the 002 and 004

21   studies were done, further provides controlled evidence that --

22   or evidence that there's a real impact of the combination.

23   Q.   Okay.  Well, let's take a look at those studies.

24        MR. KLEIN:  Let's go to DDX-2701.15, please.

25   BY MR. KLEIN:

1   Q.   This is the -- do you recognize this as the Attard 2009

2   article, right?

3   A.   Yes.

4   Q.   And it's JTX-8086.1.  And this is an article discussing

5   001 study, right?

6   A.   Yes.  What was the question?

7   Q.   I think I just asked whether this article is discussing

8   the 001 study.

9   A.   It's -- yeah, it also has I guess 002 -- yes.

10  Q.   And it's, again, it's the 001 study that you rely on most

11  heavily to show that prednisone is having anti-cancer effects,

12  correct?

13  A.   I haven't done an analysis of the relative contribution of

14  the different studies in terms of my analysis but this, I would

15  say, certainly plays an important part.

16  Q.   Okay.  And the articles you cite that talk about reverse

17  resistance to abiraterone are referring back to the 001 study,

18  right?

19  A.   The reversal -- yeah, those are the extension studies.

20  That's what we're talking about with the reversal of

21  resistance, yes.

22  Q.   And on direct, you looked at a number of other articles

23  that talk about the concept of reversed resistance of

24  abiraterone provided by prednisone.  All of those articles are

25  footnoting or relating back to the 001 study results, right?

Rettig - Cross - Klein

700

1  A.   Yes.

2  Q.   Okay.  And there hasn't been any other study conducted to

3  assess whether prednisone reverses resistance to abiraterone,

4  right?

5  A.   Not that I'm aware of.

6  Q.   Okay.  Now the 001 study wasn't designed to test whether

7  prednisone is having anti-cancer effects, right?

8  A.   No, I wouldn't quite agree with that, no.

9  Q.   Okay.

10         MR. KLEIN:  Well, let's go to DDX-2701.16.

11 BY MR. KLEIN:

12 Q.   And I don't think there's a dispute about this, but the

13 001 study used a different drug; dexamethasone, right?

14 A.   Yes.  And if I can give you my answer?

15 Q.   Well, again, that's for redirect.

16 A.   So the protocol says dexamethasone.  Yes, you're correct.

17 Q.   All right.  And let's talk about the study a little bit.

18         So there were 54 patients in this study?

19 A.   Yes.

20 Q.   All right.  And none of the patients was given prednisone,

21 right?

22 A.   None of the patients were given prednisone.

23 Q.   Okay.  Prednisone and dexamethasone, we can agree they're

24 different drugs?

25 A.   They're different drugs but belong to the same class of

1   drugs.

2   Q.   Right.  I'll agree with that.  Okay.

3        But they have different chemical structures, right?

4   A.   That's true.

5   Q.   They have different potencies?

6   A.   That's true.

7   Q.   So they're taken in different doses, right?

8   A.   That's true.

9   Q.   And in this study, dexamethasone was given in

10  .5 milligrams per day, right?

11  A.   Yes.

12  Q.   The dose for CRPC, in the Zytiga label, is 20 times that,

13  right?

14  A.   20 times that?  I'm sorry, where did you get that number?

15  Q.   20 times .5.

16  A.   But they're not -- they are not biologically equivalent.

17  Q.   I'm just doing math.  I'm not -- so your saying -- what's

18  not biologically equivalent?

19       THE COURT:  You're saying the dose of prednisone is 25

20  or the dose of dexamethasone?

21       MR. KLEIN:  Yes.

22  BY MR. KLEIN:

23  Q.   Let me put it in different way so it's not confusing.

24       The dose of dexamethasone, in the 001 study, is

25  .5 milligrams per day, right?

1   A.   Yes.

2   Q.   And the dose of prednisone, in the Zytiga label, is

3   10 milligrams per day, right?

4   A.   That's the approximately equal potent dose.

5   Q.   Okay.

6        MR. KLEIN:  Let's go to DDX-2701.17.

7   BY MR. KLEIN:

8   Q.   We're on the same article, JTX-8706.4.

9   A.   Okay.

10  Q.   And you talked about this paragraph on direct, right?

11  A.   Yes.

12  Q.   So your testimony as to the reverse of resistance focused

13  on the 11 of the 30 patients that had previously experienced

14  progression on dexamethasone, group 1, right?

15  A.   That was part of the focus.

16  Q.   Okay.  You know the two charts in Attard 2008, patient A

17  and B?

18  A.   Yes.

19  Q.   Okay.  Those were patients who previously experienced

20  progression on dexamethasone, right?

21  A.   Before they had started abiraterone, yes.

22  Q.   So those two patients -- we don't know who they were, but

23  those two patients were in this group 1, right?

24  A.   Yes.

25  Q.   Okay.  And so there were 11 patients in this group?

Rettig - Cross - Klein

703

```
 1   A.   Hmm-hmm -- yes.
 2   Q.   And these 11 -- only four of the 11 patients had greater
 3   than or equal to 50 percent declines in PSA, right?
 4   A.   You used the word "only."  I would not agree with that
 5   term, so I would not agree with your statement.
 6        I think it was a shocking result that was unexpected
 7   and established the hypothesis.  So I would not use the word
 8   "only."  So in that way, I disagree with you.
 9   Q.   Okay.  I get it.  Let me rephrase the question so the
10   record is clear.
11        Four of the 11 patients, in group 1, had greater than
12   or equal to 50 percent declines in PSA, correct?
13   A.   That's correct.
14   Q.   Okay.  And so 64 percent of the patients, in group 1, did
15   not have greater than or equal to 50 percent declines in PSA,
16   right?
17   A.   That's the math.
18   Q.   Okay.  Good.  Only two -- only data for two of these four
19   patients were actually charted out in the Attard articles,
20   right, patients A and B that we looked at?
21   A.   I believe that's correct.
22   Q.   Okay.  And so the Attard articles, when they talk about
23   reversal of resistance, are focusing on these two of 54
24   patients in the entire study, right?
25   A.   No, they're talking about the four patients who responded.
```

Rettig - Cross - Klein

704

1  They're showing the figure of two in the Attard 2008.  We're

2  talking about 2009, correct?

3  Q.   Okay.  So they're focusing -- the reversal of resistance

4  is focusing on four of the 54 patients, correct?

5  A.   No.  They're talking about all of the patients, both the

6  group 1 patients who had dexamethasone previously prior to

7  abiraterone as well as those that didn't.

8        The -- they both provide evidence -- they both provide

9  evidence that there's reversal of resistance.

10       The higher level of evidence, perhaps, is in the group

11  1 patients, but they both provide evidence, to me.

12  Q.   The articles don't have charts for data from any of the

13  patients other than those two, right?

14  A.   They don't have charts, but the data are presented.

15  Q.   Well, you don't know -- you know what I'm talking about

16  with the A and B, they're actually graphs that show

17  dexamethasone.  Abiraterone is given, the dexamethasone is

18  added, PSA declined.  Do you know what I'm talking about?

19  A.   I do know what you're talking about, but the data for all

20  of the patients are presented here.

21  Q.   Okay.  But the reversal of resistance hypothesis is

22  focusing on those two patients, correct?

23  A.   Incorrect is what I'm telling you.

24       If you look at the section, okay, I'm reading the same

25  section as you are.  They're including both the group 1 and

Rettig - Cross - Klein

705

1  group 2 patients.  They're both informative about reversal of

2  resistance.

3  Q.   There certainly wasn't reversal of resistance in even a

4  majority of the patients in this study, correct?

5  A.   That's the math, yes.

6  Q.   Okay.  And this reversal of resistance you're talking

7  about was measured by declines in PSA over 50 percent, correct?

8  That's the measurement?

9  A.   That's the measurement that's used, yes.

10  Q.   And the 001 study does not have a placebo on it, correct?

11  A.   That's correct.

12  Q.   And I believe, on direct, you said that the effects in the

13  001 study are, quote, rare times rare times rare, right?

14       Do you remember that?

15  A.   That's right, I do remember that.

16  Q.   Okay.  And you said there were a relatively few number of

17  patients, right?

18  A.   I don't quite state that.  What I said was that one

19  achieved -- one confirmed the hypothesis with a relatively few

20  number of patients.

21  Q.   Okay.  And before the 001 study, there were no reversal of

22  resistance effects from any corticosteroid, correct?

23  A.   Yes -- yes.

24  Q.   Okay.  And there were no studies done after the 001 study

25  to confirm the effects that we saw in the study, for example,

Rettig - Cross - Klein                    706

1   the patient A and B, correct?

2   A.   No, I would say that's incorrect.

3        I would use the additional studies that were done to

4   further confirm that this reversal resistance phenomenon was

5   real, further engrained it into my brain.

6   Q.   But there were no further studies that do the same type of

7   design where you have abiraterone, and then you add the

8   corticosteroid later and see if there's a reversal of

9   resistance effect in that type of matter, correct?

10  A.   There's no need to design such a study.  It was already

11  done.

12  Q.   Okay.  And I'm not asking whether there's a need to.

13  There just wasn't another study, correct?

14  A.   Yeah.

15  Q.   Okay.  And so there wasn't any specific test for reversal

16  of resistance with prednisone as opposed to dexamethasone,

17  correct?

18  A.   So a study that was designed in the 001 fashion was not

19  performed specifically with prednisone, correct.

20  Q.   Thank you.  Yes.

21       And you don't know if the co-administration of

22  abiraterone, in combination with dexamethasone, would compare

23  equally with the combination of abiraterone and prednisone,

24  right?

25  A.   Wrong.

Rettig - Cross - Klein                    707

1    Q.   You have no clinical evidence to assess whether the

2    co-administration of abiraterone, in combination with

3    dexamethasone, is as effective in treating prostate cancer as

4    the combination of abiraterone and prednisone, correct?

5    A.   Not quite.  So no prospective randomized controlled trial

6    has been done comparing the two, but that would not be -- not

7    be required because we know that prednisone and dexamethasone

8    can both achieve the effect of -- in combination with

9    abiraterone acetate.

10   Q.   You've seen no clinical evidence -- not necessarily

11   randomized phase III trials, but no clinical evidence that the

12   co-administration of abiraterone acetate, in combination with

13   dexamethasone, is as effective in treating prostate cancer as

14   the combination of abiraterone acetate and prednisone, right?

15   A.   Yeah.  I think -- let me just answer your question as best

16   as possible.  Because you're using the word "clinical

17   evidence," and I think you're trying to apply it to specific

18   studies that compared the results of abi -- abiraterone

19   prednisone to abiraterone dexamethasone, but that's not the

20   limit of the world of clinical evidence.

21        The world of clinical evidence also includes our

22   understanding of how the two work together and how both drugs,

23   dexamethasone and abiraterone, have been shown -- can -- to

24   suppress ACTH drive in the upstream steroids.

25   Q.   So are you disagreeing with my question?

1   A.   I'm trying to answer it carefully because you're using the

2   word "clinical evidence" in a way that needs to be more

3   specific for me to give you a yes or no answer.

4   Q.   Okay.

5        MR. KLEIN:  Well, let's put on the screen

6   Exhibit 1189, which is your IPR deposition, Page 11, Lines 11

7   through 19.

8   BY MR. KLEIN:

9   Q.   And so you said I was using the term "clinical evidence."

10       This is a deposition from the IPR, and the question

11  was:  "But as of today, in 2016, is it your opinion that the

12  co-administration of abiraterone acetate, in combination with

13  dexamethasone, is as effective in treating prostate cancer as

14  the combination of abiraterone acetate and prednisone?

15       "ANSWER:  I have no information in that regard, no

16  clinical evidence in that regard, nothing that I could point

17  to."

18       Is that your testimony?

19  A.   I would like to see my entire deposition before I answer

20  that question.

21  Q.   Your counsel can ask you additional questions on redirect.

22  My question is simply, was that your testimony?

23  A.   That's what it states.

24       MR. KLEIN:  Let's go to DDX-2701.18.

25  BY MR. KLEIN:

1   Q.   Okay.  Here we go.  On the screen is DTX-1190.1.

2        Do you recognize this as the Ryan 2011 reference?

3   A.   Yes.

4   Q.   Okay.  And this article relates to the 002 trial, right?

5   A.   Yes.

6   Q.   Okay.  And this was a phase II trial, right?

7   A.   Correct.

8   Q.   And it had 33 patients?

9   A.   Correct.

10  Q.   And unlike the 001 study, this study did use prednisone,

11  right?

12  A.   Correct.

13  Q.   Okay.  But you see there's the purpose, the paragraph

14  "Purpose"?

15  A.   Hmm-hmm -- yes.

16  Q.   Okay.  The stated purpose focused on abiraterone's

17  efficacy, right?

18  A.   Wrong.

19  Q.   Okay.  The term "prednisone" isn't even in the purpose

20  paragraph, right?

21  A.   It's not in the purpose paragraph, but it's throughout the

22  entire manuscript.

23  Q.   Okay.  Can we agree that the purpose of the study was not

24  to assess whether abiraterone -- I'm sorry, let me rephrase.

25        The purpose of the study was not to assess whether

1  prednisone is actually achieving anti-cancer effects

2  independent of any effects abiraterone is having, correct?

3  A.   If this study were hypothetically done in the context of

4  no other knowledge about abiraterone or prednisone, we pretend

5  we're reading this and have no other knowledge, no scientific

6  knowledge.  There's no -- all they're looking at is the

7  combination of abiraterone acetate and prednisone.

8        But again, I think I analogized this to your label

9  line of questioning.  It's not realistic to do that.

10 Q.   Okay.  Fair enough.  But what I was getting at is the 001

11 study had already happened, right?

12 A.   That's -- I don't know the date of the conclusion of the

13 001 study and the initiation of this one, so maybe you can

14 enlighten me on those dates.

15 Q.   Okay.  Well, my point is, the purpose of the study --

16 putting aside what a skilled artisan would know, the purpose of

17 conducting the 002 study was not to see if prednisone is

18 independently having anti-cancer effects distinguished from

19 abiraterone anti-cancer effects.  That's not the purpose of the

20 study, right?

21 A.   The purpose of the study was to test the effects of the

22 combination.

23 Q.   Right.  That's what I was getting at.  Okay.

24       And there was no placebo arm in the 002 study either,

25 right?

1    A.   No placebo arm.

2    Q.   And there's no comparison of abiraterone's anti-cancer

3    effects to the effects of the combination, correct?

4    A.   No.  I just -- I -- earlier, on direct, I gave you a

5    comparison of abiraterone to abiraterone and prednisone.

6    Q.   I'm sorry, in the 002 study there's no compare -- you're

7    talking about your cross comparisons?

8    A.   Right.

9    Q.   Okay.  In the 002 study itself, there's no comparison of

10   effects of the combination to effect of abiraterone alone,

11   correct?

12   A.   Right.  We talked -- this is a single-armed study of

13   abiraterone acetate and prednisone, in combination.

14   Q.   And there's no data from the 002 study in the Zytiga

15   label, right?

16   A.   Right.  We touched upon that before, yes, that's correct.

17   Q.   Okay.  We talked about the 001 study.  And just to be

18   clear, there's no data from either the 001 study or the 002

19   study in defendants' proposed generic product labels, right?

20   A.   Yes, there's no information that's specifically called out

21   about the data from those studies in those labels.

22   Q.   And there's no data from the 002 study in the '438 patent

23   either, right?

24   A.   Yes.  We touched upon that earlier.

25   Q.   Okay.

1          MR. KLEIN:  Let's go to DDX-2701 --

2          THE COURT:  When you get to a convenient break

3   point -- I don't want to cut you off in the middle of a point,

4   but when there's a convenient break.

5          MR. KLEIN:  I don't have that much longer, so --

6          THE COURT:  Maybe we should press on then.  Okay.

7          MR. KLEIN:  All right.

8          Let's go to DDX-2719.19.

9   BY MR. KLEIN:

10  Q.   Dr. Rettig, you recognize this as PDX-4.63 from your

11  direct?

12  A.   Yes.

13  Q.   Okay.  And is this is the cross-comparison that you were

14  just referring to a moment ago, right?

15  A.   Yes.

16  Q.   Okay.  And what you did here was you compared the results

17  of part of the 001 study to the 002 study, right?

18  A.   Yes.

19  Q.   Okay.  And generally speaking, cross-study comparisons are

20  disfavored, correct?

21  A.   Incorrect.

22  Q.   Okay.  So, in your opinion, from a scientific perspective,

23  a cross-study comparison would constitute an adequate and

24  well-controlled study design?

25  A.   Yes.  So let me give you an example.  So the way I would

Rettig - Cross - Klein

1   describe this is what we call a case control study of this

2   cross-comparison.  We have two endpoints.  Look back in time at

3   the patients.  Similar patients, yes, we get an answer.

4           One of the most important health policy decisions ever

5   in human history was based on a case control study, and that

6   was tobacco, smoking.  What we did was took smokers, people who

7   died from lung cancer and those that didn't, who developed lung

8   cancer and those that didn't.  We looked back and asked, Is

9   there a difference in smoking rights.  So I think it's a very

10  valid comparison.

11  Q.   In your view, would you characterize cross-comparison

12  studies like what you did in PDX 4.63 as the epitome of

13  clinical science, to borrow a phrase you used on direct?

14  A.   In isolation, I would not.  What I was referring to, in

15  direct, was the whole process from hypothesis to phase I, phase

16  II, phase III combination.  That's what I was talking about --

17  Q.   Yeah, and I'm --

18  A.   -- an epitome.

19  Q.   Right.  And I was just asking you about this study.  I

20  understood your testimony from direct, but you wouldn't

21  characterize a cross-comparison study as the epitome of

22  clinical science just in general.  Ideally, you want to have a

23  single study, correct?

24  A.   The highest -- I would agree, the highest level is a

25  randomized controlled trial -- prospective randomized

Rettig - Cross - Klein                                714

```
 1  controlled trial.
 2  Q.   And neither -- we covered this.  Neither of the two
 3  studies that you're comparing had a placebo arm, right?
 4  A.   No.  Yes, you're correct.
 5  Q.   Okay.  And what you did here is you compared time to PSA
 6  progression from the 001 study to the 002 study?
 7  A.   Essentially.
 8  Q.   Yeah.  And the 001 study had a 7.5-month time to PSA
 9  progression, right?
10  A.   Yes.
11  Q.   And the 002 study had a 16.3-month time to PSA
12  progression?
13  A.   Yes.
14  Q.   Okay.  So are you testifying that this cross-comparison
15  chart proves that prednisone more than doubles the anti-cancer
16  effects of abiraterone?
17  A.   That's what it seems to me.  Let me give you some
18  understanding then.  If we give prednisone by itself, if it
19  were not cooperating, we would expect a median time to PSA
20  progression of two to three months, and now we're seeing one
21  that's about nine months.  Okay?
22          So given the 001 study and looking at this, I think
23  the hypothesis has been established.
24  Q.   But you're not saying, looking at the cross-comparison
25  study, that prednisone doubles the anti-cancer effect of
```

Rettig - Cross - Klein                                   715

1    abiraterone?  You can't say that just from this

2    cross-comparison, right?

3    A.   I can't tell you quantitatively the role of prednisone --

4    the effect of prednisone on the overall effect of the

5    combination from looking at these two studies.

6    Q.   Okay.  And there's obviously no cross-comparison data for

7    the 001 study and the 002 study --

8              THE COURT:  Excuse me.  If you just back up one

9    second.

10             MR. KLEIN:  Yeah.

11             THE COURT:  Is the reason for your last answer the

12   confidence interval?  Because I guess what I'm talking about

13   before that is, you know, arithmetic says, you know, 16 is

14   about twice 7.5, but is it because of the confidence intervals

15   of the two?

16             THE WITNESS:  So I was responding to a potential

17   criticism that had come out by the defendants that had been

18   reported that the confidence intervals can overlap.

19             As you remember, the upper end of the confidence

20   interval just barely -- and what I was saying in my testimony

21   was that's really, really very modest, and I can still make an

22   interpretation based on the cross-study comparison, despite

23   this -- the extremes -- the overlap in the extremes of the

24   confidence intervals.

25             THE COURT:  Right.  But what I'm getting at is, what

Rettig - Cross - Klein                        716

1   is the reason that you're saying, look, I can't quantify it in

2   that way, I can't say the two is doubled?

3           THE WITNESS:  I see.  So when -- studies that require

4   assessments of drug interactions are very challenging.  I'll

5   give you an example.  So if one were to try to take drug A and

6   drug B, in order to establish the drug interaction, let's say,

7   even in a petri dish, one would take two concentrations at -- a

8   concentration of each drug had a fixed ratio and then use it at

9   ever increasing doses and assess the impact of the

10  combination -- whatever, on a prostate cancer cell life -- and

11  then one uses the data and calculates something called a

12  combination index.

13          So that's how something is done in a petri dish.  So

14  you can imagine that something like that, in a human being, is

15  not feasible.  It's not very easy to do in an animal, in a

16  small animal.

17          THE COURT:  That's all.

18          MR. KLEIN:  Okay.

19  BY MR. KLEIN:

20  Q.   PDX 4.63 doesn't contain a statistical analysis, right?

21  A.   Correct.

22  Q.   And there's no cross-comparison of the 001 and 002 studies

23  in defendants' generic abiraterone product labels, correct?

24  A.   Correct.

25          MR. KLEIN:  Let's go to DDX-2701.20.

Rettig - Cross - Klein                            717

```
 1   BY MR. KLEIN:

 2   Q.   And all I've done here is put, you know, summaries of the

 3   301 and 302 studies on the screen.  This is from DTX-1580.22

 4   and .24.

 5            You're obviously familiar with these studies, right?

 6   A.   Yes.

 7   Q.   These are phase III studies?

 8   A.   Yes.

 9   Q.   And these are the studies that are in the defendants'

10   labels, right?

11   A.   Yes.

12   Q.   And the active arm in both trials was 1000 milligrams of

13   abiraterone and 10 milligrams of prednisone, right?

14   A.   Yes.

15   Q.   Per day.

16   A.   Per day.

17   Q.   And the placebo arms of both trials, also, contain

18   10 milligrams per day of prednisone?

19   A.   Yes.

20   Q.   Okay.  And so the 10 milligrams per day of prednisone was

21   obviously in both the treatment and placebo arms?

22   A.   Yes.

23   Q.   And so it's clear that these two studies weren't

24   specifically designed to distinguish the effects of prednisone

25   from a placebo, right?
```

Rettig - Cross - Klein                        718

1   A.   Yes, these studies were not designed to establish the

2   specific quantitative role of prednisone in the overall effect

3   with abiraterone acetate with Zytiga.

4   Q.   And neither the 301 or 302 study was designed to

5   distinguish the effects of prednisone from the effects of

6   abiraterone alone, correct?

7   A.   They were designed only to assess the effects in

8   combination, and they were -- but when they were designed, they

9   were designed based upon other studies.

10        So there's no reason, there's no motivation to do such

11  a study.  I talked about that -- I talked about that on direct.

12  Q.   I understand.  I'm not asking questions about motivation,

13  I'm just asking you about how these two particular studies were

14  designed.

15        Do you agree that neither the 301 nor the 302 study

16  was designed to distinguish the effects of prednisone from the

17  effects from abiraterone alone?

18  A.   Effects of prednisone and abiraterone alone?  Can you

19  please restate the question?  I'm sorry.

20  Q.   Yes.  Neither the 301 nor the 302 study was designed to

21  distinguish any anti-cancer effects from prednisone from

22  anti-cancer effects of abiraterone when taken alone?

23  A.   When taken together -- when taken -- what was the last

24  part?

25  Q.   Let me rephrase the question.

Rettig - redirect - Krause                    719

1          Neither the 301 nor the 302 study was designed to

2    assess and compare the effects of the combination to the

3    effects of abiraterone alone?

4    A.   Right.

5    Q.   Okay.  And you're not aware if anyone has ever designed a

6    study designed to determine the relative quantitative

7    contributions of each of abiraterone and prednisone to the

8    overall survival efficacy you get with the combination,

9    correct?

10   A.   Correct.  No such study would ever be done, I would

11   imagine.

12          MR. KLEIN:  Okay.  No further questions.

13          THE COURT:  Okay.  Let's now take our break.  It's

14   3:50.  Let us come back at 5 past 4.

15          (Recess at 3:51 p.m. to 4:07 p.m.)

16          THE COURT:  Are you ready?

17          MR. KRAUSE:  Yes, Your Honor.

18          THE COURT:  Let's resume.

19                      REDIRECT EXAMINATION

20   BY MR. KRAUSE:

21   Q.   Dr. Rettig, do you recall that you were asked, on cross,

22   about DTX 1697?

23   A.   I believe so, yes.

24   Q.   If you could find it in your binder.

25          THE COURT:  I'm sorry, we're in your binder now?

```
 1              MR. KRAUSE:  I'm sorry, defendants' binder.
 2              THE WITNESS:  Yes, I got it.
 3   BY MR. KRAUSE:
 4   Q.   And I believe you were indicating that you believe that
 5   these slides reflect the fact that prednisone and abiraterone
 6   acetate, in combination, have an anti-cancer effect.  Is that
 7   right?
 8   A.   Yes.
 9   Q.   If you could turn to the page DTX 1697, Page 13.
10              What does this -- I'm sorry --
11   A.   Got it.
12   Q.   What does this page reflect with respect to your views and
13   what you would be imparting to an audience?
14   A.   So this is sort of the -- what I'll call the money slide,
15   if you will.  It's towards the front of the slide deck and it
16   is showing the survival advantage of the combination of
17   abiraterone acetate plus prednisone over the control arm of the
18   302 study.
19   Q.   Did you ever suggest to an audience, in your talks, that
20   abiraterone acetate and prednisone's efficacy might be due to
21   abiraterone acetate alone?
22   A.   Never.
23   Q.   If you could also turn to Page 16.  This is, again, is DTX
24   1697.
25   A.   Okay.
```

 1   Q.   And again, what information is this relaying with respect
 2   to your talks?
 3   A.   So this is the 302 study looking at a cold primary
 4   endpoint.  So not overall survival, but radiographic
 5   progression-free survival.  Also showing the marked improvement
 6   in radiographic progression-free survival.  You can see the
 7   numbers there.  They are strikingly different.
 8   Q.   So does this graph, in this information relate to side
 9   effects?
10   A.   No.
11   Q.   What does it relate to?
12   A.   Efficacy.  Anti-cancer effect.
13   Q.   If I could ask you to turn, in your binder, to JTX-8086,
14   please.
15   A.   Okay.
16   Q.   You were asked about whether this study -- this is Attard
17   2009; is that correct?
18   A.   Yes.
19   Q.   Whether it was designed to assess the contribution of
20   prednisone to the combination of abiraterone acetate and
21   prednisone, and counsel focused you on dexamethasone.
22        I think you were cut off in your explanation of the
23   relationship between dexamethasone and prednisone with respect
24   to the activity.  Would you like to express your views?
25   A.   Yes, thank you.

Rettig - redirect - Krause 722

1              I was trying to express that, for the purposes of

2    interactions with abiraterone acetate, prednisone and

3    dexamethasone are interchangeable.  It's a class effect.

4    They'll both suppress the concentrations of upstream steroids

5    that occur as a result of the CYP17 blockade by abiraterone

6    acetate.

7    Q.   I believe counsel also said something to the effect that

8    the only figures reflecting a benefit to patients was in figure

9    A.1 of the Attard 2008 paper.  I would like to direct your

10   attention to the final page JTX-8086, the same document.

11   A.   Okay.

12   Q.   Oh, I'm sorry, the second to the last page.

13   A.   I see it.  Yes.

14   Q.   And, Doctor, what does this reflect?

15   A.   So this is another graphical representation of how the PSA

16   changed in all of the patients who were in the extension study.

17   So in red are group 1, in blue is group 2.

18              If you remember, group 1 had the dexamethasone prior

19   to abiraterone, before it was then added back.  And group 2 was

20   the group that had not received dexamethasone prior to its

21   being added back.  And each column represents an individual

22   patient.

23              And you can see the zero here -- I'll circle it for

24   you -- and that represents the patient's own baseline value.

25              So when it goes down, that's indicating that the

723

 1   patient had a PSA fall.  And you can see the magnitude of the

 2   drop in percentage for each patient and the magnitude of the

 3   increase.  And this is also called the waterfall plot, it looks

 4   like -- I don't know -- a waterfall.

 5   Q.   What does this tell you about the activity of

 6   dexamethasone or glucocorticoid?

 7   A.   That it's very active and surprisingly so.  In combination

 8   with abiraterone acetate.

 9   Q.   If we could turn now to DTX-1190.

10   A.   Got it.

11   Q.   And I believe you were asked a number of questions

12   emphasizing the part of the abstract entitled "purpose" and the

13   fact that abiraterone -- that word alone is provided there,

14   suggesting that somehow prednisone was not also in combination.

15          What's your understanding of the results of this

16   paper?

17   A.   This -- the results are about the combination of

18   abiraterone acetate and prednisone and the -- its impact on

19   various clinical measures of response.

20          And my interpretation, especially in light of the

21   abiraterone acetate monotherapy results, was that this study,

22   with the combination of abiraterone acetate plus prednisone,

23   yielded a clinically meaningful improvement in those results.

24   Q.   And what does the title of this paper tell you about

25   whether its stating abiraterone acetate alone or abiraterone

Colloquy

724

```
 1   acetate in combination of prednisone?
 2   A.   Well, that's right there in the first line of the title,
 3   phase II study of abiraterone acetate plus prednisone.
 4   Q.   If you could turn to PDX-4.63.
 5   A.   Okay.
 6   Q.   You were asked questions about this as well; is that
 7   right?
 8   A.   Yes.
 9   Q.   Is there any explanation for the difference in time to PSA
10   progression, between Attard 2009 and Ryan 2011, other than
11   prednisone was contributing an anti-cancer effect with
12   abiraterone acetate?
13   A.   Not in my analysis.
14        MR. KRAUSE:  No further questions.
15        THE COURT:  Okay.  Not much there, but any redirect --
16   or recross, excuse me.
17        MR. KLEIN:  No, no recross.
18        THE COURT:  You may step down, sir.
19        (Witness excused.)
20        THE COURT:  Okay.  Let's just talk scheduling.  Is
21   there anything we can productively do with the limited time
22   left today?
23        MR. REIN:  Your Honor, that is our last witness in our
24   case in chief, which I've provided, as I indicated on the
25   phone -- I guess it was last week now.  One of our witnesses,
```

1   Mr. Vellturo, is on trial right now.  He is primarily a

2   validity witness, but he's going to have some testimony on the

3   infringement issue.

4           On top of that, we have a biostatistician who's

5   providing testimony in the rebuttal portion of our case

6   relative to the infringement case.  But with that, we would

7   pass the case over to the defendants.

8           THE COURT:  Okay.  Once again, let me ask whoever

9   would like to speak, is there anything we can sensibly do in

10  the time remaining or should we do a little business, call it a

11  day and start in the morning?

12          MS. BLOODWORTH:  Your Honor, we have a couple of

13  depositions that we could play.  One is 20 minutes and one is

14  27 minutes, if you wanted to fill the time.

15          THE COURT:  Maybe we could just do one dep excerpt and

16  take it from there.  On the subject of scheduling, though, is

17  it tomorrow --

18          I just wanted to tell all counsel tomorrow I have a

19  criminal matter at 12:00.  What that means is we'll take a long

20  lunch break, long mid-day break, probably from 12:00 to 1:45

21  should do it.  So just so your aware of that.  Okay.

22          MS. BLOODWORTH:  Can I ask you about Friday, Your

23  Honor?

24          THE COURT:  Yeah.  And on Friday I have a matter in

25  the afternoon -- I have a matter beginning at 2:00.  By the

```
 1    time that's over, I think it would be pointless for us to

 2    start-up again.  So why don't we call it a day before that

 3    2 o'clock matter.  Maybe, you know, 1:15 or so.

 4            MS. BLOODWORTH:  I think, Your Honor, my understanding

 5    is plaintiffs need to call their -- Dr. Ballman this week.  And

 6    I know Dr. Mega, our oncologist, can only go on Friday.  So

 7    with that said, I think we would like to start Dr. Nagaich now

 8    and get his --

 9            THE COURT:  Sure.

10            MS. BLOODWORTH:  -- the 45 minutes in so that we can

11    keep the schedule of live witnesses moving.

12            THE COURT:  Okay.  We can do that.  And, of course, it

13    being a bench trial, we can call witnesses out of order, if we

14    really need to.  It's not a big deal.  If we can accommodate

15    people.

16            MS. BLOODWORTH:  We'll refigure our seats here.

17            THE COURT:  Sure.

18            MS. BLOODWORTH:  Thank you, Your Honor.

19               AKHILESH NAGAICH, DEFENSE WITNESS,

20            having been duly sworn, testifies as follows:

21            THE COURT:  Okay.  When you're ready.

22                    DIRECT EXAMINATION

23    BY MR. WONG:

24    Q.  Hello, Doctor.  Can you please state your name for the

25    record?
```

 1  A.   Akhilesh Nagaich.  The spelling is A-K-H-I-L-E-S-H, last

 2  name, N-A-G-A-I-C-H.

 3           THE COURT:  And we have a new court reporter.

 4  Mr. Wong, introduce yourself as well.

 5           MR. WONG:  Sorry.  Jovial Wong from Winston and

 6  Strawn.

 7  BY MR. WONG:

 8  Q.   Dr. Nagaich, have you been asked to provide expert

 9  opinions in this case by defendants?

10  A.   Yes.

11  Q.   And specifically, from what perspective or expertise, are

12  you offering your opinions?

13  A.   I'm offering my opinion as an FDA industry expert.

14  Q.   And have you ever testified as an expert in a court of law

15  before?

16  A.   No.

17  Q.   Did you prepare some slides to help you explain your

18  opinions to the Court?

19  A.   Yes, I have.

20           MR. WONG:  Let's go to DDX-22100.2.

21  BY MR. WONG:

22  Q.   In general, Doctor, what do your opinions relate to?

23  A.   My opinions relate to the infringement of the '438 patent.

24  Q.   Okay.  And what are your opinions as to the alleged

25  infringement?

1   A.   My opinions are summarized in the slide.  I say the

2   defendants do not induce infringement of the asserted claims of

3   the '438 patent.  And defendants do not contribute to the

4   infringement of the asserted claims of the '438 patent.

5   Q.   Thank you.  And in a nutshell can you explain to the Court

6   the primary reason supporting your opinions of no infringement?

7   A.   My opinion is that FDA has not approved the use of

8   prednisone as an anti-cancer drug, either alone or when used

9   with Zytiga.

10  Q.   Let's talk a little bit --

11        THE COURT:  Let's just back up one moment.  Am I

12  correct there's no objection to the qualification of

13  Dr. Nagaich as an expert in this area?

14        MR. REIN:  I'm not sure what he's being proffered for,

15  but I have no objection to his testifying as an expert on the

16  FDA matter.

17        MR. WONG:  I'm going to go through a little bit of

18  background so the Court understands his background.

19  BY MR. WONG:

20  Q.   Let's talk a little bit about your background, training,

21  and work experience.

22        Doctor, where are you currently employed?

23  A.   I'm employed with Emergent Biosolutions and also with the

24  FDA Group, LLC.

25  Q.   What is Emergent Biosolutions?

Nagaich - direct - Wong                                          729

1    A.   Emergent Biosolutions is a pharmaceutical company located

2    in Gettysburg, Maryland.   Emergent manufactures vaccines and

3    medical countermeasure drugs.

4    Q.   And what is your title at Emergent Biosolutions?

5    A.   I'm a senior manager of regulatory affairs.

6    Q.   And as a senior manager of regulatory affairs, what do you

7    do?

8    A.   I'm regulatory lead for a number of vaccine candidates for

9    Emergent.   I develop regulatory strategies for vaccine

10   candidates and countermeasure drugs.   I write briefing packages

11   to be submitted to the FDA, negotiate with FDA regarding drug

12   approvals.

13   Q.   Okay.   Doctor, in your day-to-day job activity at Emergent

14   are you required to deal with and keep abreast of FDA

15   regulations with respect to drug approval?

16   A.   Yes.   I am required to keep myself abreast with

17   regulations, current regulations, as well as any changes in FDA

18   regulations that could impact Emergent's products.

19   Q.   And you also mention FDA Group.   What is FDA Group?

20   A.   It's an quality and regulatory consulting firm located in

21   Westborough, Massachusetts.

22   Q.   And what do you do at FDA Group?

23   A.   I'm a senior quality and regulatory consultant with them.

24   I develop, again, regulatory strategies for drugs.   Mostly

25   clients of pharmaceutical companies.   I advise them regarding

Nagaich - direct - Wong                                    730

1   FDA approval, help them write briefing packages for FDA

2   submissions.

3   Q.   And can you just briefly describe your educational

4   background?

5   A.   Yes, sure.  I have undergraduate degrees from India.  I am

6   a Bachelor of Science in chemistry and biology and Master of

7   Science degrees in chemistry.  I also obtained my Ph.D. in

8   chemistry from University of Allahabad, India.

9   Q.   Okay.  After you got your Ph.D. did you complete any

10  postdoctoral training?

11  A.   Yes, I had a number of postdoctoral appointments.  I was a

12  postdoctoral fellow at the molecular biophysics unit in the

13  India Institute of Science.

14         I then came to U.S. and I was a postdoctoral fellow at

15  the University of Nevada, Reno, from '94 to '99.

16         Then I came to NIH the National Cancer Institute,

17  where I was an cancer training of arts fellow, from 2000 to

18  2005.

19  Q.   And when you were at NCI, what kind of research did you

20  do?

21  A.   I worked on studying the molecular mechanisms involved in

22  hormone action.  Especially the role of hormones in

23  oncogenesis.

24  Q.   What does that mean?

25  A.   That means I was looking at how steroid nuclear receptors

1  regulate expression in the context of chromatin, particularly

2  in cancer cells.

3  Q.   Okay.  And you were there until 2005.  Is that right?

4  A.   Yes.

5  Q.   Then what did you do?

6  A.   I moved to FDA to start my own research lab.

7       I was a principal investigator at the Office of

8  Biotechnology Products, and also quality and labelling reviewer

9  for FDA submissions.

10  Q.   And how long were you at FDA in that capacity?

11  A.   I was there for about eight years, starting from 2005 to

12  end of 2013.

13  Q.   And you mentioned that you were a principal investigator.

14  What did you do in that role at FDA?

15  A.   I led and directed a group involved in scientific research

16  and mentored postdoctoral fellows and other research and

17  regulatory staff and, you know, wrote grants, published papers.

18  Q.   Okay.  And you also mentioned you had a role as a drug

19  quality reviewer.  What does that entail?

20  A.   I was -- I was a regulatory reviewer for a number of FDA

21  submissions, including investigation of New Drug Applications,

22  biologics license applications, BLA, NDA, New Drug

23  Applications, and reviewed New Drug Applications for drugs

24  being doubled up for cancer and metabolic disorders, yes.

25  Q.   Okay.  And what qualifications do you have to have to

Nagaich - direct - Wong                                    732

1   become a reviewer at FDA of those dossiers?

2   A.   You have to have a solid education and training in

3   sciences.  Also you have to have some on-site training, how to

4   perform regulatory review work and develop an insight, sort of

5   a regulatory insight into reviewing applications.

6   Q.   Okay.  So can you explain to the Court what you did when

7   would review a dossier or a submission by an applicant?

8   A.   Sure.  So I would review, sometimes, thousands of pages of

9   scientific data, and then summarize that data and recommend --

10  recommend approvals.

11  Q.   Okay.  And was there differences in reviewers?  Is there a

12  difference between a primary reviewer and a secondary reviewer?

13  A.   Yes.  So the primary reviewer, you take a first look at

14  the submission, analyze all the data, review all the data, all

15  the sections of the FDA submissions, and then, you know,

16  write -- write a summary report and your recommendation; and

17  then as a secondary reviewer, you review the summaries of other

18  reviewers in your group.

19  Q.   Okay.  And would you review the entire application, if it

20  was submitted?

21  A.   Yes, I would review the entire submission and entire

22  application.

23  Q.   Okay.  And as a primary reviewer, did you review clinical

24  trial data and other efficacy submissions that supported

25  approval of an indication?

Nagaich - direct - Wong                                733

1  A.   Yes.  For investigation of New Drug Applications, I would

2  review the entire submission.  That would include chemistry,

3  manufacturing and control, nonclinical studies as well as the

4  proposed clinical protocols, investigator's broad shield and

5  clinical protocols.

6          For NDAs and BLAs, again, I would review the entire

7  submission.  That would include CMC, labelling, nonclinical

8  studies and pivotal clinical trial studies.

9  Q.   Okay.  And we heard a little bit about a

10 cross-disciplinary review team.  Were you part of any

11 cross-disciplinary review teams --

12 A.   Yes.

13 Q.   -- while you were at FDA?

14 A.   Yes, I was.

15 Q.   And what is that?

16 A.   Typically, once you -- once your drug gets some kind of an

17 accelerated -- put on an accelerated approval pathway, FDA

18 assembles the reviewers to really accelerate the approval

19 pathway.  And so the cross-disciplinary team is a team of about

20 10 to 12 FDA regulators and subject matter experts who would

21 review and coordinate the review with different divisions.

22 Q.   Okay.  And as part of this cross-disciplinary review team,

23 did you have ultimate sign-off authority to recommend approval?

24 A.   Yes, I did.

25 Q.   During your time at FDA, how many different kinds of drug

Nagaich - direct - Wong                                      734

1    applications did you review?

2    A.   I reviewed pre-INDs, INDs.

3    Q.   About how many pre-INDs did you review?

4    A.   About -- I was -- I had about 30 INDs in my portfolio, so

5    I was responsible for the life cycle management of about 30

6    INDs.  I may have reviewed close to 100 pre-IND applications

7    during my tenure at FDA, about six NDAs and about two volatile

8    license applications.

9    Q.   Okay.  And during your time at FDA, did you participate in

10   any fellowship programs?

11   A.   Yes.  I was a preceptor for the FDA commissioner's

12   fellowship program, and I was also a preceptor for intra-agency

13   oncology task force, fellowship program that was a program set

14   up by the National Cancer Institute and FDA to train the

15   reviewers in the FDA submission work, FDA review work.

16   Q.   Okay.  During your time at FDA, were you ever involved in

17   preparing FDA guidances?

18   A.   Yes, I was.  I was part of the working group to draft

19   regulatory guidances for -- for bio-similar drugs.

20   Q.   And what would you help draft in that regard?

21   A.   My primary focus was on quality and labelling aspect of

22   the guidance documents.

23   Q.   Okay.  You said you were at FDA until 2013.  What did you

24   do then?

25   A.   I moved back to NIH for a couple of years, and then

Nagaich - direct - Wong                                   735

1    subsequently moved to USP.

2    Q.   What is USP?

3    A.   USP is called United States Pharmacopeia, which is a

4    nonprofit organization, roughly about 200 years old, and USP

5    sets the standards for drugs, biologics and dietary supplements

6    in the United States.

7              USP is also directly into Food, Drug, and Cosmetics

8    Act, and so USP standards are enforced by the FDA.  USP general

9    chapters, there are below 1,000, are enforced by the FDA.

10   Q.   And what were you doing at USP?

11   A.   My role was, I was assigned for an expert committee on

12   labelling and nomenclature of drugs and biologics.  I was

13   involved in drafting and revising a chapter on drug labelling.

14   So I was liaisoning with an expert committee of about 12

15   experts from industry, FDA, academia and other regulatory

16   bodies across the world, including WHO.

17   Q.   Okay.  And after USP, did you go to Emergent Solutions

18   where you are now?

19   A.   Yes.

20   Q.   Thank you.

21             MR. WONG:  Your Honor, defendants tender Dr. Akhilesh

22   Nagaich as an expert in the field of drug regulations, drug

23   labelling, drug approval and FDA.

24             MR. REIN:  No objection.

25             THE COURT:  Okay.  Dr. Nagaich is obviously well

Nagaich - direct - Wong

736

```
 1  qualified by his background and training to give opinion

 2  testimony in those areas, and I'll accept his testimony as

 3  such.  Continue.

 4        MR. WONG:  Thank you.

 5  BY MR. WONG:

 6  Q.  Dr. Nagaich, with respect to your opinions on alleged

 7  infringements, did you prepare a slide that reviews the legal

 8  standards that you applied and as you understand them?

 9  A.  Yes, I did.

10        MR. WONG:  Let's go to the next slide, DDX-2100.4.

11  BY MR. WONG:

12  Q.  Doctor, what is your understanding as to induced

13  infringement?

14  A.  My understanding of induced infringement is that there

15  would be no induced infringement if the claimed use of the '438

16  patent is not FDA approved.

17  Q.  Okay.  So let me ask you this:  Is the method of treating

18  prostate cancer that is claimed in the '438 patent approved by

19  FDA?

20  A.  No.

21  Q.  And what is your understanding as to the requirements for

22  contributory infringement?

23  A.  My understanding is that there will be no contributory

24  infringement if the FDA approved use is a substantial

25  non-infringing use, or the claimed use of the '438 patent is an
```

1  off-label use.

2  Q.   Okay.  So is the FDA-approved indication for treating

3  mCRPC that is found in the Zytiga label, as well as in

4  defendants' proposed labelings, a substantial non-infringing

5  use?

6  A.   Yes, it is.

7  Q.   All right.  Let's move on to the asserted claims.

8       Doctor, have you reviewed the claims of the '438

9  patent?

10  A.   Yes, I have.

11       MR. WONG:  Let's go to the next side, DDX-2100.5.

12  BY MR. WONG:

13  Q.   Is this claim 1 of the '438 patent?

14  A.   Yes.  The top slide, that is claim 1 of the '438 patent.

15  Q.   And generally, what is your understanding of claim 1?

16  A.   Well, it's a method of use patent.  And the claim 1 states

17  that a method for the treatment of prostate cancer in a human

18  comprising administering a therapeutically effective amount of

19  abiraterone acetate and a therapeutically effective amount of

20  prednisone.

21  Q.   Doctor, have you also reviewed the Court's claim

22  construction order with respect to the terms "treatment" and

23  "treating"?

24  A.   Yes, I have.

25  Q.   And what is your understanding of the Court's order?

Nagaich - direct - Wong                                738

1    A.   My understanding is that treatment or treating means the

2    eradication, removal, modification, management or control of a

3    tumor or primary, regional or metastatic cancer cells or tissue

4    and the minimization or the delay of the spread of cancer.

5    Q.   Do you have a shorthand understanding as to what that

6    means?

7    A.   That means that both prednisone and abiraterone acetate

8    must contribute in the eradication -- as an anti-cancer drug.

9    Q.   Thank you.  And did you apply this claim construction to

10   your analysis of whether or not defendants infringed the claims

11   of the '438 patent?

12   A.   Yes, I have.

13   Q.   Now, if independent claim 1 is not infringed, what is your

14   opinion as to whether defendants infringe any of the other

15   asserted dependent claims, 4, 8, 11, 19 and 20, of the '438

16   patent?

17   A.   My understanding is that if the independent claim is not

18   infringed, then the dependent claims are also not infringed.

19   Q.   All right.  So for the record, have you been in the

20   courtroom since opening statements on Monday?

21   A.   Yes, I have.

22   Q.   Okay.  And were you in the courtroom when Ms. O'Shea

23   described the FDA approval process?

24   A.   Yes, I was.

25   Q.   What did you think of her explanation?

1   A.    In general, I agree with her explanations.  I would have

2   explained things slightly differently, though.

3   Q.    Doctor, do you have slides that describe the process for

4   the FDA to approve a drug?

5   A.    Yes, I do.

6         MR. WONG:  Let's go to the next slide, DDX-2100.6.

7   BY MR. WONG:

8   Q.    What is shown here, Doctor?

9   A.    Broadly speaking, the FDA approval process comprises the

10  four major steps.  You have a preclinical research, followed by

11  clinical research, then FDA review, and then FDA post market

12  safety monitoring.

13  Q.    Okay.  Let's look at the first step.  The preclinical

14  research step, what's entailed in this first step?

15  A.    The preclinical research is a stage where a lot of animal

16  studies are carried out to study toxicity of the drug in

17  animals.  FDA would not allow administration of the drug in

18  humans unless a safety has been established in animal models.

19  Q.    Okay.  What happens in the next step, clinical research?

20  A.    Once the safety data is gathered in animal models,

21  sponsors, they seek out a pre-IND meeting with the agency to

22  discuss their proposed clinical development plan, and then they

23  submit something called IND, Investigational New Drug

24  Application.

25        The FDA reviews the IND, and then if they are

Nagaich - direct - Wong

1   satisfied that -- satisfied that there are no potential safety

2   concerns with their proposed protocol in the drug, they allow

3   INDs approved and the sponsors, they can proceed with the

4   phase I trial.

5   Q.   Okay.  And what is a phase I trial?

6   A.   A phase I trial is a small trial, roughly about 20 to 80

7   subjects, and the primary goal is to gather safety data

8   regarding a drug, typically like the first inhuman study to

9   gather safety and sometimes gather activity information of a

10   drug.

11   Q.   Do phase I trials ever measure the efficacy of a drug?

12   A.   They are not required to make an application, but for

13   certain therapies, preliminary efficacy data are derived

14   from -- from the phase I studies as well.

15   Q.   Is it particularly common in one therapeutic area?

16   A.   Yes, particularly in oncology -- oncology indications.

17   Q.   What happens after the phase I studies are completed?

18   A.   The sponsors will typically have an end of phase I meeting

19   with the FDA, submit their phase I studies, and then in that

20   meeting, they try to discuss their proposed study plan for the

21   phase II stage.

22   Q.   Okay.  And can you describe what a phase II study is,

23   then?

24   A.   Phase II studies are slightly larger studies.  And it's

25   the primary goal of the phase II study, to gather efficacy data

Nagaich - direct - Wong                          741

1    regarding the drug and also look for short-term risks

2    associated with the drug.

3    Q.   And what happens after phase II studies are completed?

4    A.   Again, I think the sponsors, they would like to have an

5    end of phase II meeting with the FDA to discuss their pivotal

6    plan for their pivotal clinical trials.

7    Q.   And would those be the phase III trials?

8    A.   Yes.

9    Q.   Okay.  What happens or what is a phase III study?

10   A.   The phase III studies are pivotal clinical studies that

11   would support labelling claims.  And the primary goal of these

12   studies is to look at the risk and benefit, gather more data

13   regarding efficacy, and then also assess the risk/benefit ratio

14   or risk/benefit assessment of the drug.

15   Q.   Doctor, do the FDA regulations describe what is required

16   for FDA approval of a drug in terms of clinical trials?

17   A.   Yes.

18        MR. WONG:  Let's go to the next slide, DDX-2100.10.

19   BY MR. WONG:

20   Q.   What is shown here, Doctor?

21   A.   This slide shows the clinical trial requirements to

22   support an approved indication.  And this is an excerpt from

23   21 CRF Part 201.57(c)(2)(4), and it states that for drug

24   products other than biological products, all indications listed

25   in this section must be supported by substantial evidence of

Nagaich - direct - Wong                              742

 1  effectiveness based on adequate and well-controlled studies as

 2  defined in Part 314.126(b).

 3  Q.   Okay.  And we'll look at that part, but when it says,

 4  substantial evidence of effectiveness, what's required there?

 5  I mean, why does it require such a high degree of evidence?

 6  A.   The FDA will not approve a drug unless there is a

 7  substantial evidence for its effectiveness.

 8  Q.   Let's look at the next slide.

 9       Doctor, what is shown here on this next slide?  For

10  the record, it's DDX-201.11.

11  A.   So this an excerpt from 21 CFR 314.126(b)(2), and this

12  describes the statistics of an adequate and well-controlled

13  study.  And it states the study uses a design that permits a

14  valid comparison with a control to provide a quantitative

15  assessment of drug effect.

16  Q.   And why is that required?

17  A.   You need to have a proper control to quantify a drug, a

18  drug effect.

19  Q.   Okay.  And how would you design a study to be adequate and

20  well controlled?

21  A.   So, typically, in a control experiment, you change one

22  variable at a time.  And then in a trial, you have a control

23  arm and you have an experimental arm or an active arm.  And a

24  control arm receives everything other than the active component

25  or active drug that you are trying to test.

Nagaich - direct - Wong                                    743

1  Q.   All right.  Let's go back to the approval process.  What
2  is the next step after the clinical research step?
3  A.   So after the phase III trials are completed, sponsors,
4  they write an NDA, New Drug Application, and then submit all
5  their studies to FDA.
6  Q.   And to be clear, during your time at FDA, did you actually
7  review and recommend for approval NDA submissions?
8  A.   Yes, I did.
9  Q.   If an NDA is approved by the FDA, what happens next?
10  A.   Once the NDA is approved the FDA issues an approval
11  letter.  Sponsors are allowed to market the drug, introduce the
12  drug into interstate commerce.
13  Q.   How will FDA communicate an approval to the applicant?
14  A.   FDA sends out an approval letter.
15  Q.   Will FDA, also, make available to the public the basis and
16  rationale for that approval?
17  A.   Yes.  At some point after the approval, FDA puts together
18  this approval package and then -- describing the reviews from
19  different reviewers and then make them available on their
20  website.
21  Q.   Okay.  Let's go to the last step in the process.  What is
22  FDA post-market safety monitoring?
23  A.   So after the drug is approved, the post-safety -- post-
24  market safety monitoring continues.  There's a database where
25  adverse events associated with the drug are reported with the

Nagaich - direct - Wong                                    744

1    drug -- adverse events are reported.

2            Also, if a sponsor wants to expand their label or

3    change the manufacturing side or -- and make any change in the

4    process, they are -- what they do is they submit a supplemental

5    application called SNDA or supplemental NDA to the FDA.

6    Q.   All right.  Thank you.

7            Let's start talking about your substantive opinions as

8    they relate to the alleged infringement.  Doctor, can you

9    remind the Court again why you think the defendants do not

10   induce or contribute to infringement of the '438 patent?

11   A.   Because I think the FDA has not approved prednisone as an

12   anti-cancer drug.

13   Q.   Okay.

14   A.   Either alone or in combination vis-à-vis.

15   Q.   Doctor, let's start with monotherapy prednisone.  Has FDA

16   ever approved prednisone as a monotherapy as an anti-cancer

17   treatment?

18   A.   No, it has not.

19   Q.   How did you come to that opinion?

20   A.   I reviewed all the available package inserts for

21   prednisone, and I have not seen any indications as an

22   anti-cancer for prednisone.

23   Q.   Okay.  And in reviewing those prednisone labels, what

24   indications did you see that FDA approved and that are relevant

25   to our case here?

Nagaich - direct - Wong                            745

1  A.   I believe I have a slide on this.  But prednisone is sort

2  of a classic antiinflammatory drug.  I have seen that it has

3  been approved as a glucocorticoid replacement.  It has been

4  approved for palliative use, and for endocrine disorders.

5  Q.   Let's take a look at an example.

6         MR. WONG:  Can we see JTX-8125.

7  BY MR. WONG:

8  Q.   Doctor, what's on the screen here, what is this document?

9  A.   This is a package insert of one of the prednisone drugs

10 that is available in the market called prednisone tablets USP.

11 Q.   Okay.  And let's go to Pages 2 and 3 of this document.

12        MR. WONG:  Can we, also, have Page 3 up.

13 BY MR. WONG:

14 Q.   Great.  What is listed here on Pages 2 and 3, generally?

15 A.   So in Page 2 and 3, indications and usage of prednisone

16 are listed.

17 Q.   Okay.

18 A.   As you can see, there are a number of indications.

19 Q.   Let's look at the first indication, I believe it says

20 "endocrine disorders."  What does it describe here in

21 prednisone's first indication?

22 A.   It says that it's approved for endocrine disorders,

23 primary or secondary adrenal cortical insufficiency,

24 hydrocortisone or cortisone is the first choice.

25         Synthetic analogs may be used, in conjunction with

Nagaich - direct - Wong                                746

```
 1   mineralocorticoids with Eplerenone -- basically, it is approved

 2   for primary or secondary adrenal corticoid insufficiency.

 3   Q.   Okay.  And I think you also mentioned another use on

 4   Page 3.

 5           MR. WONG:  Can we blow-up what says "neoplastic

 6   diseases."

 7   BY MR. WONG:

 8   Q.   What is a neoplastic disease?

 9   A.   Neoplastic diseases are some kind of diseases that are

10   cancerous, in the sense.

11   Q.   In that sense, what is prednisone indicated for?

12   A.   It's indicated for palliative management of leukemia and

13   lymphomas in adults.

14   Q.   All right.  Thank you.

15           MR. WONG:  Let's go to the next slide.

16   BY MR. WONG:

17   Q.   This is DDX-2100.14.

18           Doctor, what is listed here on the next slide?

19   A.   The slide lists all the prednisones approved by the FDA.

20   Q.   Right.  I forgot to ask you a question.

21           Going back to that prednisone label on Pages 2 and 3,

22   was there any indication in that prednisone label that it was

23   approved by FDA for anti-cancer effects?

24   A.   No, there was no indication that prednisone was approved

25   as an anti-cancer.
```

1  Q.   Okay.  Sorry.  What's listed here now on this slide?

2  A.   So these are the prednisones approved by the FDA.  These

3  are brand names of prednisone drugs that are already on the

4  market.

5  Q.   And did you review the labels of each of these drugs?

6  A.   Yes, I did.

7  Q.   And when you reviewed these other labels, what did you

8  find?

9  A.   I found that prednisone has not been approved as an

10  anti-cancer drug.

11  Q.   Okay.  Let's talk about combination therapies.  To your

12  knowledge, has FDA previously approved the use of prednisone in

13  combination with an anti-cancer drug for treating prostate

14  cancer?

15  A.   No, it has not.

16  Q.   All right.  What about in general, whether it has

17  anti-cancer effects or not?  In general, has FDA approved

18  prednisone in combination with another drugs in the prostate

19  cancer space?

20  A.   Prednisone in combination --

21  Q.   Let me repeat the question.  In general, has FDA

22  previously approved the use of prednisone, in combination with

23  another drug, for treatment of prostate cancer treatment?

24  A.   Yes, it has.

25  Q.   In those approvals, has FDA ever approved the use of

Nagaich - direct - Wong                                       748

```
 1  prednisone as an anti-cancer agent specifically in those

 2  combinations?

 3  A.   No.

 4  Q.   What about for Zytiga; did FDA approve the use of

 5  prednisone as an anti-cancer agent when it approved Zytiga?

 6  A.   No.

 7  Q.   Now, Doctor, in forming your opinion in this case, did you

 8  familiarize yourselves with the regulatory development and

 9  history of Zytiga?

10  A.   Yes, I have.

11  Q.   And did you review the pertinent regulatory documents

12  filed in support of Zytiga's NDA approval?

13  A.   Yes, I have.

14          MR. WONG:  Let's go to the next slide.

15  BY MR. WONG:

16  Q.   This is a timeline on DDX-2100.15.

17          Doctor, what is shown here?

18  A.   This slide shows the regulatory timeline for Zytiga,

19  starting from their IND submissions, back in 2005, to all the

20  way to the recent approval, in 2018.

21  Q.   Okay.

22  A.   Yeah.

23          MR. WONG:  Your Honor, we're about to get into some of

24  these documents.  I'm not sure what time it is or if it's a

25  good time to break for the day.
```

1            THE COURT:  As it happens, I have an appointment at

2    five in chambers, so we're going to get five minutes, tops.  So

3    if you don't think it makes sense to launch on this new area,

4    let's break for the day.

5            MR. WONG:  Great.  Thank you.

6            THE COURT:  And we'll resume at 9 o'clock in the

7    morning.

8            (Proceedings concluded at 4:55 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Nagaich - direct - Wong                           750

## FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE

I, **Mary-Jo Monteleone, CCR, CRCR, RPR,** Official Court Reporter of the United States District Court for the District of New Jersey, do hereby certify that the foregoing proceedings are a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place, and on the date hereinbefore set forth.

I further certify that I am neither related to any of the parties by blood or marriage, nor do I have any interest in the outcome of the above matter.


/S/ Mary-Jo Monteleone, CCR, CRCR, RPR          07/25/2018
Official Court Reporter                          Date

*United States District Court*
*Newark, New Jersey*