Donald A. Robinson
Keith J. Miller
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone No.:  (973) 690-5400
Facsimile No.:  (973) 466-2761

*Attorneys for Plaintiffs BTG International Ltd.,*
*Janssen Biotech, Inc., Janssen Oncology, Inc., and*
*Janssen Research & Development, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BTG INTERNATIONAL LIMITED, et al., | ) Hon. Kevin McNulty, U.S.D.J |
| | ) |
| Plaintiffs, | ) Civil Action No.: |
| | ) 2:15-cv-05909-KM-JBC |
| v. | ) **JOINT NOTICE OF** |
| AMNEAL PHARMACEUTICALS LLC, et al., | ) **UNOPPOSED MOTION TO** |
| | ) **SEAL** |
| | ) |
| Defendants. | ) **Return date:  December 17, 2018** |
| | ) |
| BTG INTERNATIONAL LIMITED, et al., | ) *Document electronically filed.* |
| | ) |
| Plaintiffs, | ) Hon. Kevin McNulty |
| | ) Civil Action No.: |
| v. | ) 2:16-cv-02449-KM-JBC |
| AMERIGEN PHARMACEUTICALS, INC., et al., | ) |
| Defendants. | ) |
| | ) |
| BTG INTERNATIONAL LIMITED, et al., | ) Hon. Kevin McNulty |
| | ) |
| Plaintiffs, | ) Civil Action No.: |
| v. | ) 2:17-cv-06435-KM-JBC |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendant. | ) |

**PLEASE TAKE NOTICE** that on December 17, 2018, or as soon thereafter as counsel may be heard, Plaintiffs, BTG International Limited, Janssen Biotech, Inc., Janssen Oncology, Inc., and Janssen Research & Development, LLC (collectively, "Plaintiffs") and Defendants Amerigen Pharmaceuticals Limited, Amerigen Pharmaceuticals, Inc. ("Amerigen"); Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC ("Amneal"); Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Ltd. ("DRL"); Mylan Pharmaceuticals Inc., Mylan Inc. ("Mylan"); Teva Pharmaceuticals USA, Inc. ("Teva"); West-Ward Pharmaceuticals Corp. and Hikma Pharmaceuticals, LLC ("West-Ward");  Wockhardt Bio AG, Wockhardt USA LLC, Wockhardt Ltd. ("Wockhardt") (collectively, "Defendants") (together, the "Parties"), shall move jointly pursuant to Local Civil Rule 5.3(c) before the Honorable James B. Clark III, U.S.M.J., at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, for the entry of an Order sealing limited portions of the following:

1.      Plaintiffs' brief in support of their motion pursuant to Fed. Cir. Civ. P. 62(c) for Injunction Pending Appeal. (Dkt. 564);

2.      Exhibits 7-8 of the Declaration of Andrew T. Langford in Support of Plaintiffs' Motion for Injunction Pending Appeal. (Dkt. 564-7-8);

3.      Declaration of Reshema Kemps-Polanco in Support of Plaintiffs' Motion for Injunction Pending Appeal. (Dkt. 564-1);

4.      Declaration of Christopher A. Vellturo, PhD in support of Plaintiffs' Motion for Injunction Pending Appeal. (Dkt. 564-2-3); and

5.      October 30, 2018 hearing transcript before Judge McNulty regarding Plaintiffs' Motion for Injunction Pending Appeal. (Dkt. 578).

**PLEASE TAKE FURTHER NOTICE THAT** the Parties shall rely upon the accompanying Statement of Keith J. Miller pursuant to Local Civil Rule 7.1(d)(4), counsel for Plaintiffs; the Declarations of Maria A. Stubbings and William D. Hare; Index in Support of Motion to Seal; Proposed Findings of Fact and Conclusions of Law; and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that a certification attesting to the form of service also is submitted herewith.

**PLEASE TAKE FURTHER NOTICE THAT** this motion is unopposed.

Respectfully submitted,

Dated: November 13, 2018

s/ Keith J. Miller
Donald A. Robinson (drobinson@rwmlegal.com)
Keith J. Miller (kmiller@rwmlegal.com)
Justin T. Quinn (jquinn@rwmlegal.com)
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400 (Telephone)
(973) 466-2760 (Facsimile)

*Attorneys for Plaintiffs BTG International Ltd., Janssen Biotech, Inc., Janssen Oncology, Inc. and Janssen Research & Development, LLC*

s/ Arnold B. Calmann
Arnold B. Calmann
Jeffrey S. Soos
Katherine A. Escanlar
SAIBER LLC

s/ James S. Richter
James S. Richter
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166

3

One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
Tel: (973) 622-3333
Fax: (973) 622-3349
abc@saiber.com
js@saiber.com
kae@saiber.com

Shannon M. Bloodworth
Brandon M. White
Maria A. Stubbings
PERKINS COIE LLP
700 Thirteenth Street N.W., Suite 600
Washington, D.C. 20005-3960
Tel: (202) 654-6200
Fax: (202) 654-9135
SBloodworth@perkinscoie.com
BMWhite@perkinscoie.com
MStubbings@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Tel: (503) 727-2000
Fax: (503) 346-2116
BBeel@perkinscoie.com

*Attorneys for Defendants Mylan Inc. and
Mylan Pharmaceuticals Inc.*

/s/ Christopher Casieri
Christopher Casieri
MCNEELY, HARE & WAR LLP
12 Roszel Road, Suite C 104
Princeton, New Jersey 08540
Tel: (609) 731-3668
chris@miplaw.com

William D. Hare
MCNEELY, HARE & WAR LLP
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
Tel: (202) 640-1801
bill@miplaw.com

Tel: (212) 294-6700
Fax: (212) 294-4700
jrichter@winston.com

Of Counsel:

Charles B. Klein
Jovial Wong
Sharon Lin
WINSTON & STRAWN LLP
1700 K Street
Washington, D.C. 20006
Tel: (202) 282-5000
Fax: (202) 282-5100
cklein@winston.com
jwong@winston.com

Ryan B. Hauer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
rhauer@winston.com

*Attorneys for Defendants
Amneal Pharmaceuticals LLC, Amneal
Pharmaceuticals of New York, LLC,
Dr. Reddy's Laboratories, Inc.,
Dr. Reddy's Laboratories, Ltd.,
West-Ward Pharmaceuticals Corp.,
Hikma Pharmaceuticals, LLC, and Teva
Pharmaceuticals USA, Inc.*

s/ Dennies Varughese
Dennies Varughese
Cassandra Simmons
STERNE, KESSLER, GOLDSTEIN & FOX
1100 New York Ave. NW, Suite 600
Washington, DC 20005
Tel. (202) 772-8805
dvarughe@skgf.com

Sheila R. Wiggins (3985041)
DUANE MORRIS LLP
One Riverfront Plaza

4

*Attorneys for Defendant Amerigen
Pharmaceuticals, Inc. and Amerigen
Pharmaceuticals Ltd.*

1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429

*Attorneys for Defendants
Wockhardt Bio AG, Wockhardt USA LLC,
Wockhardt Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I caused a copy of the foregoing and accompanying documents to be served upon all counsel of record via the Court's electronic filing system.

Dated: November 13, 2018                                          s/ Keith J. Miller