# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BTG INTERNATIONAL LIMITED, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC, et al.<br><br>Defendants. | Honorable Kevin McNulty, U.S.D.J.<br><br>Civil Action No. 15-cv-5909 (KM) (JBC)<br><br>**NOTICE OF UNOPPOSED MOTION TO SEAL THE [AMENDED PROPOSED] FINAL PRETRIAL ORDER**<br><br>**Return Date: January 22, 2019** |
| BTG INTERNATIONAL LIMITED, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIGEN PHARMACEUTICALS, INC., AND AMERIGEN PHARMACEUTICALS LTD.,<br><br>Defendants. | Honorable Kevin McNulty, U.S.D.J.<br><br>Civil Action No. 16-cv-2449 (KM) (JBC) |
| BTG INTERNATIONAL LIMITED, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Honorable Kevin McNulty, U.S.D.J.<br><br>Civil Action No. 17-cv-6435 (KM) (JBC)<br><br>*Document Filed Electronically* |

**PLEASE TAKE NOTICE** that on January 22, 2019, or as soon thereafter as counsel may be heard, Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. ("Mylan") will appear before the Honorable James B. Clark, III, United States Magistrate Judge, at the Martin Luther King Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, and will move this Court pursuant to Local Civil Rule 5.3(c), for the entry of an Order permanently sealing the [Amended Proposed] Final Pretrial Order, which has been filed under temporary seal (ECF No. 502).[1]

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs and the other Defendants do not oppose the relief requested by the instant motion.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon the accompanying Declaration of Maria A. Stubbings in Support of Unopposed Motion to Redact and Seal the [Amended Proposed] Final Pretrial Order; Index in Support of Motion to Redact and Seal the [Amended Proposed] Final Pretrial Order; and all papers submitted herewith. A proposed form of Order, including Proposed Findings of Fact and Conclusions of Law, is also submitted for the Court's consideration.

---

[1] Mylan also seeks to seal the home address of one of its expert witnesses, which appears in Exhibit 6 to the Declaration of Andrew T. Langford in Support of Plaintiffs' Motion to Strike, filed under temporary seal (ECF No. 535-7), under the Fed. R. Civ. P. 5.2 privacy protection of personal information appearing in court filings.

Dated: December 26, 2018

Respectfully submitted,

**SAIBER LLC**

*Attorneys for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

s/ Arnold B. Calmann
Arnold B. Calmann
Jeffrey Soos
Katherine A. Escanlar
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
Tel: (973) 622-3333
Fax: (973) 622-3349
abc@saiber.com
js@saiber.com
kae@saiber.com

Shannon M. Bloodworth
Brandon M. White
Maria A. Stubbings
**PERKINS COIE LLP**
700 Thirteenth Street N.W., Suite 600
Washington, D.C. 20005-3960
Tel: (202) 654-6200
Fax: (202) 654-9135
SBloodworth@perkinscoie.com
BMWhite@perkinscoie.com
MStubbings@perkinscoie.com

Bryan D. Beel
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Tel: (503) 727-2000
Fax: (503) 346-2116
BBeel@perkinscoie.com

*Attorneys for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*