*** CLOSED ***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BTG INTERNATIONAL LIMITED, et al., | |
| Plaintiffs | Hon. Kevin McNulty, U.S.D.J. |
| v. | Civil Action No.: 2:15-cv-05909-KM-JBC |
| AMNEAL PHARMACEUTICALS, LLC, et al. | |
| Defendants. | |

### STIPULATION AND ORDER OF FINAL JUDGMENT

Whereas, Plaintiffs brought this action against Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. (collectively, "Par") on July 31, 2015;

Whereas, on October 26, 2015, this Court entered a "Stipulation and Order" (Dkt. 103) staying the litigation as to Par;

Now, therefore, based on and subject to the terms and conditions in the Stipulation and Order, Final Judgment is hereby entered in this action in favor of Defendant Par.

Plaintiffs and Par, by stipulation, waive their respective rights to appeal from this judgment.

1

Dated:      February 11, 2022

*s/ Keith J. Miller*                                   *s/ Jason B. Lattimore*
Keith J. Miller                                       Jason B. Lattimore
Justin T. Quinn                                       **LAW OFFICE OF JASON B.**
**ROBINSON MILLER LLC**                               **LATTIMORE, ESQ.**
One Newark Center, 19th Floor                         55 Madison Avenue, Suite 400
Newark, New Jersey 07102                              Morristown, NJ 07960
(973) 690-5400 (Telephone)                            (973) 998-7477 (Telephone)
(973) 466-2760 (Facsimile)                            (973) 264-1159 (Facsimile)


*Attorneys for Plaintiffs BTG International Ltd.,*    *Attorney for Defendants Par Pharmaceutical,*
*Janssen Biotech, Inc., Janssen Oncology, Inc.,*     *Inc. and Par Pharmaceutical Companies, Inc.*
*and Janssen Research & Development, LLC*



SO ORDERED:
Date: February 14, 2022


/s/ Kevin McNulty

Honorable Kevin McNulty
United States District Judge

2